UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO.: 22-8336-BER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Jeff Philossaint, Defendant.

COMES NOW _David Tucker_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): David Tucker

Counsel's Signature: /s/

Address (include City/State/Zip Code):
2333 Brickell Ave Suite A-1
Miami, Fla 03129

Telephone: 305-798-5922    Florida Bar Number: 40623

Date: 8/08/22