FILED BY _____ D.C.

AUG 12 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __22-8336 BER__

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

__Jeff Stenn Wray Philossand__
    Defendant.
_____/

COMES NOW __Gregory Solnick__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __Gregory Solnick__

Counsel's Signature: __[signature]__

Address (include City/State/Zip Code):
__1645 Palm Beach Lakes Blvd ste 1000
WPB, FL 33401__

Telephone: __561 471-1000__  Florida Bar Number: __085361__

Date: __8/12/22__