**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80144-CR-SMITH/MAYNARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
      Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE OF COUNSEL**
**(TRIAL PURPOSES ONLY)**

      COMES NOW, IAN J. GOLDSTEIN, and files this appearance as counsel for the above named defendant for trial purposes only. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

      Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

      Counsel acknowledges responsibility to advise the defendant of the right to appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

      I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF this 12th day of September, 2022.

      Respectfully submitted,

      LAW OFFICES OF IAN GOLDSTEIN P.A.
      Counsel for Defendant
      330 Clematis Street, Suite 209
      West Palm Beach, FL  33401
      Tel: (561) 600-0950
      Email: ian@iangoldsteinlaw.com

      */s/ Ian J. Goldstein*
      IAN J. GOLDSTEIN, ESQUIRE
      Florida Bar No. 0085219