**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  **Plaintiff,** | **CASE NO.: 22-CR-80144-RS** |
| **vs.** ) | |
| **MARIEL TOLLINCHI** )  **Defendant.** | |

### NOTICE OF CHANGE OF ADDRESS

Attorney David K. Tucker, Esq., of the law firm of DAVID TUCKER P.A., files this Notice of Change of Address in the above mentioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> David K. Tucker, P.A.
> Ingraham Building
> 25 SE Second Avenue
> Suite 1105
> Miami, FL  33131
> Cell: 305-798-5922
> http://www.tuckerdefense.com
> David@tuckerdefense.com

*Cell is the easiest number to reach counsel

Respectfully submitted,

By: */s/ David K. Tucker, Esq.*

David K. Tucker, P.A.
Ingraham Building
25 SE Second Avenue
Suite 1105
Miami, FL  33131
Cell: 305-798-5922
E-mail: david@tuckerdefense.com
Florida Bar No.: 406023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF. I also certify that the attached motion was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF this September 20th, 2022.

**By:*/S David K. Tucker***
**DAVID K. TUCKER**