**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-CR-80144-SMITH/MAYNARD**

**UNITED STATES OF AMERICA**

vs.

**JOFF STENN WROY PHILOSSAINT,**
**MARIEL TOLLINCHI,**
**REGINE MARIE RENE, and**
**BRIANNA MONIQUE GAYLE,**

**Defendants.**
_____/

## DISCOVERY RESPONSE

The United States of America, by and through the undersigned Assistant United States

Attorney, respectfully files this Discovery Response, which complies with Local Rule 88.10 and

Federal Rule of Criminal Procedure 16.   Defendants Philossaint, Tollinchi, and Gayle have asked

for entry of the Standing Discovery Order (DE35, DE37, DE 38).   The Government anticipates

that Defendant Rene will also ask for entry of the Standing Discovery Order at her arraignment.

Accordingly, on today's date, the Government has provided an encrypted hard drive to counsel for

defendants Philossaint, Rene, and Gayle[1] containing the following items:

(A) **Defendants' Oral Statements:**   A report of defendant Philossaint's encounter with
CBP officers at the Miami International Airport upon his re-entry into the United States
in June 2022 is included because it contains the substance of oral statements made by
the defendant, before arrest, in response to interrogation by a person the defendant
knew was a government agent.   At this time, the government does not intend to use
those statements.   A report of defendant Philossaint's proffer statement, which
contains the substance of a relevant oral statement made by the defendant, after arrest,

---

[1] The blank hard drive has not yet been received from counsel for defendant Tollinchi.
Upon receipt, the items mentioned herein will be copied onto the hard drive and returned to
Tollinchi's attorney.   It should be noted that counsel for defendants Tollinchi, Rene, and Gayle
received early production of materials related specifically to their clients.

in response to interrogation by a person the defendant knew was a government agent, will be produced upon receipt.   The government's ability to use the proffer statement at trial is limited by the terms of the proffer agreement (which will be produced with the report).

A report of defendant Rene's post-arrest statement is attached.   That statement also is recorded, and is discussed in item (B).

The government is unaware of any oral statements by defendants Tollinchi and Gayle, in response to interrogation by a person the defendant knew was a government agent, that the government intends to use at trial.

(B) **Defendants' Written or Recorded Statements:**   Defendant Rene's post-arrest statement was recorded, and a copy is provided on the hard drive.   Recordings of defendant Philossaint's and defendant Tollinchi's telephone calls from the Palm Beach County Jail are provided on the hard drive.

There are a number of written loan applications and correspondence with the SBA, banks, and ADP that are attributed to each of the defendants.   Copies of those written statements are provided on the hard drive.

Defendant Philossaint's written statements as part of his immigration proceedings are included only on defendant Philossaint's hard drive.   If the government determines that any of those materials are *Brady* or *Giglio* or otherwise relevant to the preparation of a co-defendant's defense, then a copy will be provided to that co-defendant.   Also, if a co-defendant believes that he/she needs access to defendant Philossaint's A-file to prepare his/her defense, please contact the undersigned and counsel for Mr. Philossaint to address the matter.

Please note that a cellular telephone was recovered from defendant Joff Philossaint. That cellular telephone contains emails, text messages, and voice messages from numerous individuals.   Written statements of all of the defendants have been located on that phone and are produced on the hard drive.   Recorded oral statements of defendants Philossaint and Rene have been located on that phone and are produced on the hard drive.   It is possible that there are recorded oral statements of defendants Gayle and Tollinchi on the phone as well, although they have not yet been located.   A complete copy of the portion of the cellular telephone that has been cleared by the USAO filter team has been provided to all defendants.   (A complete copy of the *entire* cellular telephone has already been provided to counsel for defendant Philossaint. That was sent directly to him by AUSA Shannon Shaw, who leads the filter team.)

(C) **Grand Jury Testimony of the Defendant:**   No defendant testified before the grand jury.

(D) **Prior Criminal Record of the Defendant:**   Copies of the defendants' NCIC and FCIC reports are contained on the hard drives.

(E) **Documents and Objects:**   The hard drives contain the documents, data, and photographs within the government's possession, custody or control, which are material to the preparation of the defendants' defenses, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants, including loan applications, real and counterfeit tax records, payroll records, bank records, government filings, emails, and cellular phone contents.   It is believed that all evidence relevant to the case is contained within the hard drives, but additional items may be collected as the investigation is continuing. As new items come into the government's possession, custody or control, they will be provided to the defendants via electronic uploads, or they will be invited to inspect them at a mutually convenient time at:   the Office of the United States Attorney, 500 S. Australian Ave, Suite 400, West Palm Beach, Florida.

The items already provided electronically and provided with this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial, but any additional items will be produced in advance of trial, as noted in the previous paragraph.

(F) **Reports of Examinations and Tests:**   There were no physical or mental examinations or scientific tests or experiments made in connection with this case, with the exception of the Cellbrite extraction of the data from Joff Philossaint's cellular telephone and the Cellbrite extraction of the data from the cellular telephone of an individual with initials A.O.   Should the government determine that it intends to introduce any material from those telephones at trial, then it will produce reports of the extractions.

(G) **Expert Witnesses:**   At this time, the government does not intend to introduce any expert testimony at trial.

**DEMAND FOR RECIPROCAL DISCOVERY**: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.     This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

**L.R. 88.10(c):   BRADY/GIGLIO INFORMATION:**   The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

Please review the information produced herewith, as it may contain information that the defense deems favorable on issues of guilt or punishment.

**L.R. 88.10(d):   WITNESS INDUCEMENTS:**   The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States,

405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

> The government is unaware of any payments to any potential government witnesses. David Johnson is a prospective government witness.   His proffer letter is included on the hard drive.   He has been charged in S.D. Fla. Case No. 22-Cr-60201-Smith/Valle, and is expected to enter a guilty plea on September 26, 2022.   His plea agreement will be made available after he enters his guilty plea.

**L.R. 88.10(e):   PRIOR CONVICTIONS:**   The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

> David Johnson's criminal history is included on the hard drive.   As additional witnesses are confirmed, their criminal histories will be provided.

**L.R. 88.10(f):    IDENTIFICATION PROCEEDINGS:**   In some interviews that occurred after their arrests, some of the defendants were identified in photo arrays. Reports of those interviews and the photo arrays used are included on the hard drives.

**L.R. 88.10(g):   AGENT NOTES:**   The government has advised its agents and officers involved in this case to preserve all rough notes.

**L.R. 88.10(h):   F.R.E. 404(b):**   The government will timely advise the defendants of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

> You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

**L.R. 88.10(i):   ELECTRONIC SURVEILLANCE:**   None of the defendants is an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. § 2516 and 18 U.S.C § 2518 and that has been unsealed in accordance with 18 U.S.C § 2518.

**L.R. 88.10(j):   GRAND JURY TRANSCRIPTS:**   The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

**L.R. 88.10(k):   TESTING OF CONTRABAND:**   No contraband is involved in this indictment.

**L.R. 88.10(l):   VESSEL USED IN OFFENSE:**   Not applicable.

**L.R. 88.10(m):   FINGERPRINT EVIDENCE:**   The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of any of the defendants.

**L.R. 88.10(n):   STIPULATIONS:**   The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.   These stipulations will be discussed at a pre-trial conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

**<u>A 153-page index of the electronic files contained on the hard drive, along with the size of each file and the file type, has been provided to counsel for each of the defendants. The entire index is not included in the court file because it contains account numbers and information regarding third parties.  The first six pages of the index is included for the Court's review.  A redacted version of the complete index will be filed prior to trial.  If counsel for any of the defendants has difficulty accessing any of the files, please contact the undersigned to resolve the issue.</u>**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

s/ *A. Marie Villafaña*
A. MARIE VILLAFAÑA
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0018255
500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711/Fax: (561) 820-8777
ann.marie.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2022, a copy of this pleading was filed and served via CM/ECF upon counsel for the defendants.

s/ *A. Marie Villafaña*
A. MARIE VILLAFAÑA
Assistant United States Attorney

**PHILOSSAINT, ET AL. DISCOVERY INDEX**

**HARD DRIVE CONTAINING THE FOLLOWING 14 FOLDERS AND 1 FILE**

| Name | Date modified | Type | Size |
|---|---|---|---|
| (1) All Jail Calls_JPMT | 9/22/2022 9:03 AM | File folder | |
| (2) ALL SBA LOANS | 9/22/2022 3:00 PM | File folder | |
| (3) All wage and earnings records | 9/22/2022 9:25 AM | File folder | |
| (4) David Johnson phone | 9/22/2022 12:37 PM | File folder | |
| (5) DMV Records | 9/22/2022 9:27 AM | File folder | |
| (6) Interviews | 9/22/2022 9:28 AM | File folder | |
| (7) IRS Documents | 9/22/2022 9:38 AM | File folder | |
| (8) NCICs | 9/22/2022 9:43 AM | File folder | |
| (9) Oriental phone | 9/21/2022 3:33 PM | File folder | |
| (10) Philossaint A-File (to Philossaint only) | 9/22/2022 1:02 PM | File folder | |
| (11) Philossaint phone (partial - cleared by filt... | 9/22/2022 2:10 PM | File folder | |
| (12) PPP Forgiveness Files | 9/21/2022 3:22 PM | File folder | |
| (13) Subpoena returns | 9/22/2022 9:46 AM | File folder | |
| (14) SUNBIZ | 9/22/2022 9:44 AM | File folder | |
| Inventory.xlsx | 9/22/2022 2:22 PM | Microsoft Excel W... | 12 KB |

**THE CONTENTS OF EACH OF THE FOLDERS LISTED ABOVE ARE AS FOLLOWS:**

**FOLDER (1), ENTITLED "All Jail Calls_ JPMT," CONTAINS THE FOLLOWING:**

| Name | Date modified | Type | Size |
|---|---|---|---|
| calls updated sept 9 | 9/22/2022 9:02 AM | File folder | |
| Jail Calls Tollinchi through Aug 10 | 9/22/2022 9:02 AM | File folder | |
| JailCallsJP Aug 23 Upload | 9/22/2022 9:02 AM | File folder | |
| JailCallsMT upload aug 23 | 9/22/2022 9:02 AM | File folder | |
| JP Aug18 Upload | 9/22/2022 9:02 AM | File folder | |
| JP Calls Aug 11 and 12 | 9/22/2022 9:02 AM | File folder | |
| JP Calls Aug 31 upload | 9/22/2022 9:03 AM | File folder | |
| MT Calls Aug 11 and 12 | 9/22/2022 9:03 AM | File folder | |
| PHILO Jail Calls through Aug 10 | 9/22/2022 9:03 AM | File folder | |
| J. PHILO. CALL TO MARIEL 9.19.22.WMA | 9/21/2022 5:30 PM | WMA Audio File (... | 10,259 KB |
| V238116-081822-DELGADOL-JOFFPHILO... | 8/18/2022 5:15 PM | Adobe Acrobat D... | 4 KB |

PHILOSSAINT, ET AL. DISCOVERY INDEX
SEPTEMBER 23, 2022

## FOLDER (2), ENTITLED "ALL SBA LOANS," CONTAINS THE FOLLOWING:

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| (2)(a) | 50 State | 9/2/2022 2:13 PM | File folder | |
| (2)(b) | 420 SOLUTIONS LLC | 9/2/2022 2:13 PM | File folder | |
| (2)(c) | 720FAST.COM INC_2110378007 | 9/2/2022 2:13 PM | File folder | |
| (2)(d) | 720FAST.COM INC_2911478601 | 9/2/2022 2:13 PM | File folder | |
| (2)(e) | 3000135676 Schneider Saintil | 9/2/2022 2:13 PM | File folder | |
| (2)(f) | 3300986576 Joff Philossaint | 9/2/2022 2:14 PM | File folder | |
| (2)(g) | 3301473948 MAX SAINTIL | 9/2/2022 2:14 PM | File folder | |
| (2)(h) | 3302336126 Elizee & Tollinchi | 9/2/2022 2:14 PM | File folder | |
| (2)(i) | 3302794780 Choumie Francois | 9/2/2022 2:14 PM | File folder | |
| (2)(j) | 3302794780 Choumie Francois MOD1 | 9/2/2022 2:14 PM | File folder | |
| (2)(k) | 3302802274 Peterson Norzil-Arrive | 9/2/2022 2:14 PM | File folder | |
| (2)(l) | A GODDESS FASHION BOUTIQUE_664758... | 9/2/2022 2:14 PM | File folder | |
| (2)(m) | ALL EIDL Application Files | 9/2/2022 2:15 PM | File folder | |
| (2)(n) | ALLSTAR KIDZ THERAPY INC_1759977809 | 9/2/2022 2:15 PM | File folder | |
| (2)(o) | Angeluscious Authentic Dishes | 9/22/2022 1:58 PM | File folder | |
| (2)(p) | Application Submitted 2021-03-03 - Etien... | 9/2/2022 2:15 PM | File folder | |
| (2)(q) | Application Submitted 2021-04-07 | 9/2/2022 2:15 PM | File folder | |
| (2)(r) | ARLY LARIVIERE_2040797807 | 9/2/2022 2:15 PM | File folder | |
| (2)(s) | ARLY LARIVIERE_9917808509 | 9/2/2022 2:15 PM | File folder | |
| (2)(t) | Azara Import & Export LLC | 9/22/2022 1:58 PM | File folder | |
| (2)(u) | Black Diamond Investment Group LLC_2... | 9/2/2022 2:15 PM | File folder | |
| (2)(v) | Black Diamond Investment Group LLC_7... | 9/2/2022 2:15 PM | File folder | |
| (2)(w) | Blanc Entertainment | 9/22/2022 1:58 PM | File folder | |
| (2)(x) | Brianna Monique Gayle | 9/22/2022 1:59 PM | File folder | |
| (2)(y) | BUILD A BASKET & MORE LLC | 9/2/2022 2:15 PM | File folder | |
| (2)(z) | Champion Leader LLC | 9/22/2022 1:59 PM | File folder | |
| (2)(aa) | Cinda Foundation | 9/22/2022 1:59 PM | File folder | |
| (2)(bb) | Clear Shot Entertainment | 9/22/2022 2:00 PM | File folder | |
| (2)(cc) | Code Red Management LLC | 9/22/2022 2:00 PM | File folder | |
| (2)(dd) | Code Red Management LLC_7990838406 | 9/2/2022 2:15 PM | File folder | |
| (2)(ee) | Comms | 9/2/2022 2:15 PM | File folder | |
| (2)(ff) | CRUNCH TIME DELIVERY SERVICES LLC | 9/2/2022 2:15 PM | File folder | |
| (2)(gg) | D & P PREMIUM AUTO INC_9002928708 | 9/2/2022 2:15 PM | File folder | |
| (2)(hh) | Dad Money Investment Group | 9/22/2022 2:00 PM | File folder | |
| (2)(ii) | DDZ Family Enterprises LLC | 9/22/2022 2:01 PM | File folder | |
| (2)(jj) | DDZ FAMILY ENTERPRISES LLC_2370878501 | 9/2/2022 2:15 PM | File folder | |
| (2)(kk) | DDZ FAMILY ENTERPRISES LLC_6997288906 | 9/2/2022 2:15 PM | File folder | |
| (2)(ll) | De Angelo's Limousine Inc | 9/22/2022 2:01 PM | File folder | |
| (2)(mm) | DENYVE CATERING SERVICES LLC_705374... | 9/2/2022 2:15 PM | File folder | |
| (2)(nn) | Direct Forgiveness from SBA | 9/2/2022 2:15 PM | File folder | |
| (2)(oo) | DJ SUPAMAN-SUPA SOUNDS ENT_49573... | 9/2/2022 2:15 PM | File folder | |
| (2)(pp) | DJ SUPAMAN-SUPA SOUNDS ENT_93270... | 9/2/2022 2:15 PM | File folder | |
| (2)(qq) | Dulce Figueroa DBA Perfect Landscaping | 9/22/2022 2:01 PM | File folder | |

PHILOSSAINT, ET AL. DISCOVERY INDEX
SEPTEMBER 23, 2022

## FOLDER (2) (Continued):

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| | Dulce Figueroa DBA Perfect Landscaping | 9/22/2022 2:01 PM | File folder | |
| (2)(rr) | E&E PROPERTIES OF BROWARD LLC_961... | 9/2/2022 2:15 PM | File folder | |
| (2)(ss) | EDEN TO EDEN ECO-FRIENDLY GLOBAL S... | 9/2/2022 2:15 PM | File folder | |
| (2)(tt) | EDEN TO EDEN ECO-FRIENDLY GLOBAL S... | 9/2/2022 2:15 PM | File folder | |
| (2)(uu) | Emmanuel Charlien | 9/22/2022 2:01 PM | File folder | |
| (2)(vv) | Emmanuel Charlien_6093048607 | 9/2/2022 2:15 PM | File folder | |
| (2)(ww) | EXCELCIUM FINANCIAL INC | 9/2/2022 2:15 PM | File folder | |
| (2)(xx) | EXCELCIUM FINANCIAL INC ( SBA Loan ... | 9/2/2022 2:15 PM | File folder | |
| (2)(yy) | EXCELCIUM FINANCIAL INC SBA Loan # ... | 9/2/2022 2:15 PM | File folder | |
| (2)(zz) | EXCELCIUM FINANCIAL INC_1788797802 | 9/2/2022 2:16 PM | File folder | |
| (2)(aaa) | EXCELCIUM FINANCIAL INC_3260058800 | 9/2/2022 2:16 PM | File folder | |
| (2)(bbb) | F & C HANDYMAN SERVICES LLC_90336... | 9/2/2022 2:16 PM | File folder | |
| (2)(ccc) | FATOY TECH SOLUTIONS LLC SBA Loan #... | 9/2/2022 2:16 PM | File folder | |
| (2)(ddd) | Ferro's Entertainment and Production LLC | 9/22/2022 2:02 PM | File folder | |
| (2)(eee) | G.L.A.S. ANGELS INC SBA Loan #  998696... | 9/2/2022 2:16 PM | File folder | |
| (2)(fff) | Gayle's Trucking | 9/22/2022 2:02 PM | File folder | |
| (2)(ggg) | George & Associate Contractors and Dev... | 9/22/2022 2:02 PM | File folder | |
| (2)(hhh) | GEORGE & ASSOCIATE CONTRACTORS A... | 9/2/2022 2:16 PM | File folder | |
| (2)(iii) | GLORY CARE LLC SBA Loan # 8201528900 | 9/2/2022 2:16 PM | File folder | |
| (2)(jjj) | Goldstone Enterprises Inc | 9/2/2022 2:16 PM | File folder | |
| (2)(kkk) | Goldstone Enterprises inc_4344428708 | 9/2/2022 2:16 PM | File folder | |
| (2)(lll) | Goldstone Enterprises inc_9483977302 | 9/2/2022 2:16 PM | File folder | |
| (2)(mmm) | GREENER CONSULTING SOLUTIONS LLC_... | 9/2/2022 2:16 PM | File folder | |
| (2)(nnn) | H2OIL COMPANY LLC SBA Loan # 80092... | 9/2/2022 2:16 PM | File folder | |
| (2)(ooo) | HEART 2 HEART HOME HEALTHCARE LL... | 9/2/2022 2:16 PM | File folder | |
| (2)(ppp) | HEART 2 HEART HOME HEALTHCARE LL... | 9/2/2022 2:16 PM | File folder | |
| (2)(qqq) | HOME LOCATOR GROUP REALTY INC SB... | 9/2/2022 2:16 PM | File folder | |
| (2)(rrr) | HOME LOCATOR GROUP REALTY INC_79... | 9/2/2022 2:16 PM | File folder | |
| (2)(sss) | IDA TRANSPORTATION SERVICES LLC SB... | 9/2/2022 2:16 PM | File folder | |
| (2)(ttt) | INSIGHT DEVELOPMENT ESTATE GROUP ... | 9/2/2022 2:16 PM | File folder | |
| (2)(uuu) | INTERNATIONAL ADVANCEMENT FOR KI... | 9/2/2022 2:16 PM | File folder | |
| (2)(vvv) | Jabrea Savanna_1963148509 | 9/2/2022 2:16 PM | File folder | |
| (2)(www) | Jabrea Savanna_3017798102 | 9/2/2022 2:16 PM | File folder | |
| (2)(xxx) | JANVIER FAMILY LLC SBA Loan # 6094268... | 9/2/2022 2:16 PM | File folder | |
| (2)(yyy) | JCB HELPING HANDS. SBA Loan # 40855... | 9/2/2022 2:16 PM | File folder | |
| (2)(zzz) | JREAM VISION T.V. LLC ( SBA Loan #  645... | 9/2/2022 2:16 PM | File folder | |
| (2)(aaaa) | JREAM VISION T.V. LLC_6455948408 | 9/2/2022 2:16 PM | File folder | |
| (2)(bbbb) | JREAM VISION T.V. LLC_6914658905 | 9/2/2022 2:16 PM | File folder | |
| (2)(cccc) | Jream Vision TV LLC | 9/22/2022 2:03 PM | File folder | |
| (2(dddd) | JUMEL IMPORT-EXPORT LLC_3449587400 | 9/2/2022 2:16 PM | File folder | |

**PHILOSSAINT, ET AL. DISCOVERY INDEX**
**SEPTEMBER 23, 2022**

## FOLDER (2) (Continued):

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| | JOMEL IMPORT EXPORT LLC_5449507400 | 9/2/2022 2:16 PM | File folder | |
| (2)(eeee) | kc an transport llc_5720518503 | 9/2/2022 2:16 PM | File folder | |
| (2)(ffff) | kc an transport llc_6381317810 | 9/2/2022 2:16 PM | File folder | |
| (2)(gggg) | Kenny Transporter Mechanic Inc | 9/22/2022 2:03 PM | File folder | |
| (2)(hhhh) | KEVIN_MULGRAVE_9763898804 | 9/2/2022 2:16 PM | File folder | |
| (2)(iiii) | KEVIN MULGRAVE SBA Loan #  9763898804 | 9/2/2022 2:16 PM | File folder | |
| (2)(jjjj) | Kimberly Wells | 9/22/2022 2:03 PM | File folder | |
| (2)(kkkk) | KSB Extreme Transport Inc_6809037800 | 9/2/2022 2:16 PM | File folder | |
| (2)(llll) | Lema's Realty LLC | 9/22/2022 2:03 PM | File folder | |
| (2)(mmmm) | LEMA'S REALTY LLC SBA Loan # 6834748... | 9/2/2022 2:16 PM | File folder | |
| (2)(nnnn) | LITTLE ANGELS HOME DAYCARE LLC ( SB... | 9/22/2022 2:03 PM | File folder | |
| (2)(oooo) | LITTLE ANGELS HOME DAYCARE LLC_505... | 9/2/2022 2:16 PM | File folder | |
| (2)(pppp) | Loan Files 092222 | 9/2/2022 3:00 PM | File folder | |
| (2)(qqqq) | Loan(s) through Bluevine - DDZ Family E... | 9/2/2022 2:16 PM | File folder | |
| (2)(rrrr) | Loan(s) through Bluevine - New Beginni... | 9/2/2022 2:16 PM | File folder | |
| (2)(ssss) | Loan(s) through Revenued | 9/2/2022 2:16 PM | File folder | |
| (2)(tttt) | LOUIS MIO TRANSPORTATION_2111227809 | 9/2/2022 2:16 PM | File folder | |
| (2)(uuuu) | LOUIS MIO TRANSPORTATION_4471898603 | 9/2/2022 2:16 PM | File folder | |
| (2)(vvvv) | MD SIMMONS PRODUCTIONS LLC SBA L... | 9/2/2022 2:16 PM | File folder | |
| (2)(wwww) | MIABOATS LLC | 9/22/2022 2:03 PM | File folder | |
| (2)(xxxx) | MY TURN RECORDS LLC SBA Loan # 343... | 9/2/2022 2:16 PM | File folder | |
| (2)(yyyy) | MYESTYLEZ LLC ( SBA Loan #  220252740... | 9/2/2022 2:16 PM | File folder | |
| (2)(zzzz) | MYESTYLEZ LLC_2202527408 | 9/2/2022 2:16 PM | File folder | |
| (2)(aaaaa) | NETL MANAGEMENT LLC SBA Loan #  97... | 9/2/2022 2:16 PM | File folder | |
| (2)(bbbbb) | New Beginnings Soflo LLC | 9/22/2022 2:03 PM | File folder | |
| (2)(ccccc) | New Beginnings SoFlo LLC_3919858509 | 9/2/2022 2:16 PM | File folder | |
| (2)(ddddd) | New Beginnings SoFlo LLC_7174988908 | 9/2/2022 2:16 PM | File folder | |
| (2)(eeeee) | NIRBEL GROUPS LLC_9549227402 | 9/2/2022 2:16 PM | File folder | |
| (2)(fffff) | Nu Look Band Inc, Corp | 9/22/2022 2:03 PM | File folder | |
| (2)(ggggg) | Nu Look Recovery Home LLC | 9/22/2022 2:03 PM | File folder | |
| (2)(hhhhh) | One Solution Group | 9/22/2022 2:03 PM | File folder | |
| (2)(iiiii) | ONE SOLUTION GROUP LLC | 9/2/2022 2:16 PM | File folder | |

**PHILOSSAINT, ET AL. DISCOVERY INDEX**
**SEPTEMBER 23, 2022**

## FOLDER (2) (Continued):

| | | | |
|---|---|---|---|
| (2)(jjjjj) | 📁 Perfection Car Dealer LLC | 9/22/2022 2:03 PM | File folder |
| (2)(kkkkk) | 📁 PF AUTO REPAIR CORPORATION SBA Loa... | 9/2/2022 2:16 PM | File folder |
| (2)(lllll) | 📁 PF AUTO REPAIR CORPORATION_9259848... | 9/2/2022 2:16 PM | File folder |
| (2)(mmmmm) | 📁 PINK PLUM BOUTIQUE LLC_4184088506 | 9/2/2022 2:16 PM | File folder |
| (2)(nnnnn) | 📁 Premier Athlete Academy Inc | 9/22/2022 2:03 PM | File folder |
| (2)(ooooo) | 📁 RASCAL KINGDOM ACADEMY LLC_4354... | 9/2/2022 2:16 PM | File folder |
| (2)(ppppp) | 📁 RASCAL KINGDOM ACADEMY LLC_8770... | 9/2/2022 2:16 PM | File folder |
| (2)(qqqqq) | 📁 RC GETAWAYS LLC SBA Loan # 9435148705 | 9/2/2022 2:16 PM | File folder |
| (2)(rrrrr) | 📁 RC GETAWAYS LLC_9435148705 | 9/2/2022 2:16 PM | File folder |
| (2)(sssss) | 📁 REAL TAILOR ALTERATIONS LLC ( SBA Lo... | 9/22/2022 2:03 PM | File folder |
| (2)(ttttt) | 📁 REAL TAILOR ALTERATIONS LLC_5206038... | 9/2/2022 2:16 PM | File folder |
| (2)(uuuuu) | 📁 REDHILLS TRANSPORTATION LLC SBA Lo... | 9/2/2022 2:16 PM | File folder |
| (2)(vvvvv) | 📁 RELIABLE GREEN SOLAR LLC | 9/2/2022 2:16 PM | File folder |
| (2)(wwwww) | 📁 RELIABLE GREEN SOLAR LLC_1915547409 | 9/2/2022 2:16 PM | File folder |
| (2)(xxxxx) | 📁 RELIABLE GREEN SOLAR LLC_4647428607 | 9/2/2022 2:16 PM | File folder |
| (2)(yyyyy) | 📁 Royal Elite and Joff loans - BOA-47300-S... | 9/2/2022 2:16 PM | File folder |
| (2)(zzzzz) | 📁 Royal Elite Trans - Forgiveness Informatio... | 9/2/2022 2:17 PM | File folder |
| (2)(aaaaaa) | 📁 Royal Elite Trans - Loan(s) through Reven... | 9/2/2022 2:17 PM | File folder |
| (2)(bbbbbb) | 📁 Royal Elite Trans LLC | 9/22/2022 2:03 PM | File folder |
| (2)(cccccc) | 📁 SAMUEL'S FUNERAL HOME INC_1779888... | 9/2/2022 2:17 PM | File folder |
| (2)(dddddd) | 📁 SBA - Saintil & Philossaint - All EIDL and ... | 9/22/2022 1:45 PM | File folder |
| (2)(eeeeee) | 📁 SBT Logistics LLC | 9/22/2022 2:03 PM | File folder |
| (2)(ffffff) | 📁 SBT LOGISTICS LLC_1372627804 | 9/2/2022 2:17 PM | File folder |
| (2)(gggggg) | 📁 SCREEN ART PROMOTIONS & PRINTING ... | 9/2/2022 2:17 PM | File folder |
| (2)(hhhhhh) | 📁 SHALIEVE LLC | 9/22/2022 2:04 PM | File folder |
| (2)(iiiiii) | 📁 Smyrna Seventh Day Adventist Church | 9/2/2022 2:17 PM | File folder |
| (2)(jjjjjj) | 📁 SNP ENTERPRISES LLC SBA Loan # 74319... | 9/2/2022 2:17 PM | File folder |
| (2)(kkkkkk) | 📁 SOLOSO LLC_3648297802 | 9/2/2022 2:17 PM | File folder |
| (2)(llllll) | 📁 SOLOSO LLC_6940028407 | 9/2/2022 2:17 PM | File folder |
| (2)(mmmmmm) | 📁 SOUTHEAST QUALITY TRANSPORT LLC S... | 9/2/2022 2:17 PM | File folder |
| (2)(nnnnnn) | 📁 SPAULDIND HOLDINGS LLC SBA Loan # ... | 9/2/2022 2:17 PM | File folder |
| (2)(oooooo) | 📁 STANLEY BRUTUS_4223268701 | 9/2/2022 2:17 PM | File folder |
| (2)(pppppp) | 📁 Stellar Residential Services LLC | 9/22/2022 2:04 PM | File folder |
| (2)(qqqqqq) | 📁 Stelle Martial (Self-Employed) | 9/22/2022 2:04 PM | File folder |
| (2)(rrrrrr) | 📁 Stelle the Realtor | 9/22/2022 2:04 PM | File folder |
| (2)(ssssss) | 📁 SUAV BAND LLC_4590858605 | 9/2/2022 2:17 PM | File folder |
| (2)(tttttt) | 📁 SUAV BAND LLC_9465957401 | 9/2/2022 2:17 PM | File folder |
| (2)(uuuuuu) | 📁 Sunrise City Construction Development | 9/22/2022 2:04 PM | File folder |

PHILOSSAINT, ET AL. DISCOVERY INDEX
SEPTEMBER 23, 2022

## FOLDER (2) (Continued):

| | | | | |
|---|---|---|---|---|
| (2)(vvvvvv) | TATAS CARRIBEAN KITCHEN LLC SBA Lo... | 9/2/2022 2:17 PM | File folder | |
| (2)(wwwwww) | TATAS CARRIBEAN KITCHEN LLC_10859... | 9/2/2022 2:17 PM | File folder | |
| (2)(xxxxxx) | Tollinchi, Mariel | 9/2/2022 2:17 PM | File folder | |
| (2)(yyyyyy) | trained to survive llc_8076027406 | 9/2/2022 2:17 PM | File folder | |
| (2)(zzzzzz) | Unfold Perception | 9/2/2022 2:17 PM | File folder | |
| (2)(aaaaaaa) | Unfold Perception 2nd draw | 9/2/2022 2:17 PM | File folder | |
| (2)(bbbbbbb) | Unfold Perception LLC | 9/22/2022 2:04 PM | File folder | |
| (2)(ccccccc) | Valentin's Vending Services LLC | 9/22/2022 2:04 PM | File folder | |
| (2)(ddddddd) | VALENTIN'S VENDING SERVICES LLC SBA ... | 9/2/2022 2:17 PM | File folder | |
| (2)(eeeeeee) | Vee & Empowerment LLC | 9/22/2022 2:08 PM | File folder | |
| (2)(fffffff) | VILLAGE OF EXTENSION LLC SBA Loan # ... | 9/2/2022 2:17 PM | File folder | |
| (2)(ggggggg) | VILLAGE OF EXTENSION LLC_6823828510 | 9/2/2022 2:17 PM | File folder | |
| | 420 Solutions.PNG | 8/26/2022 11:35 AM | PNG File | 90 KB |
| | Account_ D & P PREMIUM AUTO INC _ S... | 8/26/2022 11:39 AM | Adobe Acrobat D... | 453 KB |
| | Account_ ETIENNE INVESTMENT GROUP,... | 8/26/2022 11:40 AM | Adobe Acrobat D... | 447 KB |
| | BUILD A BASKET & MORE LLC.PNG | 8/26/2022 11:36 AM | PNG File | 78 KB |
| | Contact_DEMETRICE PRICE _ Salesforce -... | 8/26/2022 11:39 AM | Adobe Acrobat D... | 279 KB |
| | Contact_MICHELLE ALFRED _ Salesforce ... | 8/26/2022 11:40 AM | Adobe Acrobat D... | 297 KB |
| | CRUNCH TIME DELIVERY SERVICES LLC.P... | 8/26/2022 11:37 AM | PNG File | 92 KB |
| | Customer Details - Royal Elite Trans LLC (... | 8/29/2022 5:39 PM | Adobe Acrobat D... | 59 KB |
| | D & P PREMIUM AUTO INC.PNG | 8/26/2022 11:39 AM | PNG File | 87 KB |
| | ETIENNE INVESTMENT GROUP LLC.PNG | 8/26/2022 11:40 AM | PNG File | 81 KB |
| | EXCELCIUM FINANCIAL INC 2.PNG | 8/26/2022 11:44 AM | PNG File | 92 KB |
| | Opportunity_ D & P PREMIUM AUTO - Su... | 8/26/2022 11:39 AM | Adobe Acrobat D... | 1,226 KB |
| | Opportunity_ ETIENNE INVESTMENT GRO... | 8/26/2022 11:40 AM | Adobe Acrobat D... | 1,228 KB |
| | Royal Elite Trsns SBA Loan # 2578358606.... | 8/29/2022 5:39 PM | PNG File | 98 KB |