JP:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80144-SMITH

UNITED STATES OF AMERICA

vs.

JOFF STENN WROY PHILOSSAINT, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    The United States of America, by and through the undersigned, Assistant United States Attorney Joshua Paster, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

    Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: */s/ Joshua Paster*
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov