UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80144-SMITH/MAYNARD(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE, and
MAURICE SHAZIER,

    Defendants.

## NOTICE OF APPEARANCE

COMES NOW the United States of America and gives notice that Assistant United States Attorney Marc Osborne will represent the government in this matter, in addition to Assistant United States Attorney A. Marie Villafaña.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov