UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
and MAURICE SHAZIER,

    Defendants.

## GOVERNMENT'S SECOND DISCOVERY RESPONSE

The United States respectfully supplements our discovery response in this matter. The government has provided additional discovery to the defense as summarized in the attached inventory. All materials were disclosed via USAfx, the government's filesharing program. **The inventory is optimized for printing on legal paper.**

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:   s/ Marc Osborne
       Assistant United States Attorney
       Court ID# A5500796
       500 S. Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1014
       marc.osborne@usdoj.gov