| Path | Records of | Description | Re | notes | Date disclosed |
|---|---|---|---|---|---|
| \221108.zip\ADP Cinda | ADP | | Cinda Foundation | partially duplicates records available in HD\Subpoena returns\001_ADP | 11/8/2022 |
| \221108.zip\Documents from JP | Philossaint | | | Received from counsel | 11/8/2022 |
| \221108.zip\NT Interview | FBI | interview report | NT | | 11/8/2022 |
| \221108.zip\Loan Files\3311068098 MOD1 Sunrise City Construction Dev LLC | SBA | loan file | Sunrise City Construction | mod only | 11/8/2022 |
| \221108.zip\Loan Files\3312364244 MOD1 Jream | SBA | loan file | Jream Vision | mod only | 11/8/2022 |
| \221108.zip\Loan Files\Perfect Landscaping EIDL | SBA | loan file | Perfect Landscaping | original and mod | 11/8/2022 |
| \221108.zip\036_CHASE | JP Morgan Chase | | Tollinchi and others | | 11/8/2022 |
| \221108.zip\037_BOA | Bank of America | | Tollinchi, Shazier, others | | 11/8/2022 |
| \221108.zip\038_WF.pdf | Wells Fargo | | Tollinchi | | 11/8/2022 |
| \221108.zip\045_WM | WM | tax and loan preparation records | various | | 11/8/2022 |
| \221108.zip\39 NFCU.pdf | Navy Federal Credit Union | | Tollinchi, Mariel | | 11/8/2022 |
| \221108.zip\040_Wells Fargo | Wells Fargo | | RL | | 11/8/2022 |
| \221108.zip\041_SpaceCoast | Space Coast Credit Union | | Ferro's Entertainment | | 11/8/2022 |
| \221108.zip\042_AMERITRADE | Ameritrade | | Ferro's Entertainment | | 11/8/2022 |
| \221108.zip\corporate records | FL Dept of State | | various | certified public records | 11/8/2022 |
| \221108.zip\47 Chase | JP Morgan Chase | | RL and others | | 11/8/2022 |
| \221108.zip\051_TD BANK | TD Bank | | Philossaint, Tollinchi, One Solution Group others | | 11/8/2022 |
| \221108.zip\052_TMOBILE | T-Mobile | | | | 11/8/2022 |
| \221108.zip\54_Verizon.zip | Verizon | | | | 11/8/2022 |
| 221109 FDIC Certificates.pdf | FDIC | | various | | 11/9/2022 |

| Path | Records of | Description | Re | notes | Date disclosed |
|---|---|---|---|---|---|
| \221110.zip\007 PNC | PNC | | Dad Money Investment Group, Elite International Venture Capital, Royal Elite Trans | | 11/11/2022 |
| \221110.zip\014_Chase.zip | JP Morgan Chase | | Tollinchi, Tollinchi Law | | 11/11/2022 |
| \221110.zip\015_SYNOVUS.zip | Synovus | bank records | Philossaint, Elite International Venture Capital, Dad Money Investment Group, Royal Elite Trans | | 11/11/2022 |
| \221110.zip\018_POPULAR.zip | Popular Bank | bank records | Cinda Foundation Inc, OF, DF | | 11/11/2022 |
| \221110.zip\028_WellsFargo.zip | Wells Fargo | bank records | Rene, Unfold Perception | | 11/11/2022 |
| \221110.zip\010_BOA.zip | Bank of America | bank records | Royal Elite Trans, Jream Vision Development, Sunrise City Construction | | 11/11/2022 |
| \221112.zip\\Elizee&Tollinchi PA | SBA | loan file | Ellizee & Tollinchee | | 11/12/2022 |
| \221112.zip\Clear Shot Entertainment Cross River PPP.zip | Cross River Bank | loan file | Clear Shot Entertainment | | 11/12/2022 |
| \221112.zip\Ferro's Entertainment | SBA | loan file | Ferro's Entertainment | | 11/12/2022 |
| \221112.zip\Cinda EIDL | SBA | loan file | Cinda Foundation Inc | | 11/12/2022 |
| \221112.zip\Cinda PPP | Itria | loan file | Cinda Foundation Inc | | 11/12/2022 |
| \221112.zip\Sunrise City EIDL | SBA | loan file | Sunrise City Construction | | 11/12/2022 |
| \221112.zip\Sunrise City PPP | Cross River Bank | loan file | Sunrise City Construction | | 11/12/2022 |
| \221112.zip\DDZ PPP loans.zip | Cross River Bank | loan file | DDZ Family Entertainment | | 11/12/2022 |
| \221112.zip\DDZ EIDL.zip | SBA | loan file | DDZ Family Entertainment | | 11/12/2022 |
| \221112.zip\Gayle PPP.zip | Itria | loan file | Gayle, Brianna | | 11/12/2022 |
| \221112.zip\\Clear Shot Entertainment Itria PPP | Itria | loan file | Clear Shot Entertainment | | 11/12/2022 |
| \221112.zip\Unfold Perception ADP | ADP | payroll records | Unfold Perception | partially duplicates records available in HD\Subpoena returns\001_ADP | 11/12/2022 |