UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
and MAURICE SHAZIER,

    Defendants.

**GOVERNMENT'S NOTICE OF INTENT TO OFFER RECORDS
OF REGULARLY CONDUCTED ACTIVITY BY CERTIFICATION**

The United States respectfully notifies the defense that it intends to introduce domestic records of regularly conducted activity that meet the requirements of Federal Rule of Criminal Procedure 803(6)(A)–(C), as shown by a certification of a custodian or another qualified person that complies with Federal Rules of Criminal Procedure 803(6)(D) and 902(11).

The records to be introduced and the corresponding certifications are as follows:

| | Records | | Certification | |
| How disclosed[*] | Location of records | Records of | File name[†] | p.[‡] |
|---|---|---|---|---|
| HD | \Subpoena returns\008_NavyFederal | Navy Federal Credit Union | Cover Letter & Certification.pdf | 2 |
| HD | \Subpoena returns\002_WellsFargo | Wells Fargo | Part 1 of 2\RecordsDelivered_Doc_ID_16488356_2.pdf | |
| HD | \Subpoena returns\001_ADP | ADP | ADP 1\Certification.pdf | |
| HD | \Subpoena returns\020_GMAIL\GMAIL Production | Google | Letter 20424683.pdf | 3-13 |
| HD | \Subpoena returns\026_AT&T | AT&T | Declaration.pdf | |
| USAfx | \221108\036_CHASE | JP Morgan Chase | SB1357534-F1_SCD_1.PDF | 1 |
| USAfx | \221108\037_BOA | Bank of America | D082422000819 Declaration esig.pdf | |
| USAfx | \221108038_WF.pdf | Wells Fargo | | 1 |
| USAfx | \22110839 NFCU.pdf | Navy Federal Credit Union | | 1-3 |
| USAfx | \221108\040_Wells Fargo | Wells Fargo | RecordsDelivered_Doc_ID_17313870_2.pdf | |
| USAfx | \221108\041_SpaceCoast | Space Coast Credit Union | CERTIFICATION.pdf | |
| USAfx | \221108\042_AMERITRADE | Ameritrade | TDA Declaration of Custodian of Records 09.15.2022.pdf | |
| USAfx | \221108\47 Chase | JP Morgan Chase | SB1367824-F1_SCD_1.PDF | 1 |
| USAfx | \221108\051_TD BANK | TD Bank | Records Cert.pdf | |
| USAfx | \221108\052_TMOBILE | T-Mobile | 4026272_20220927_Certification.pdf | |
| USAfx | \22110854_Verizon.zip | Verizon | certificate.pdf | |

---

[*] 'HD' refers to the hard drive provided to all defense counsel at the beginning of the case, as discussed in the government's response to the standing discovery order. The government has disclosed additonal discovery by USAfx, the government's file-share program.

[†] If the file name is blank, the certification is found in the same file that also contains the records. If a filename is given, then, except where indicated, the file containing the certification is found inside the folder that also contains the records.

[‡] If the page number is blank, the entire file constitutes the certification.

| How disclosed[*] | Records | | Certification | |
|---|---|---|---|---|
| | Location of records | Records of | File name[†] | p.[‡] |
| USAfx | \221110\007 PNC | PNC | 007 PNC certification.pdf | |
| USAfx | \221110\014_Chase.zip | JP Morgan Chase | \HD\Subpoena returns\014_ChaseBank\ChaseSubpoenaReturn(June7).PDF[§] | 2 |
| USAfx | \221110\015_SYNOVUS.zip | Synovus | SYNOVUS_ALLproduction\SYNOVUS Final Production Part 3 July 6\SynovusFinalJuly6\Certification-Mariel Tollinchi et al-S22-0460.pdf | |
| USAfx | \221110\018_POPULAR.zip | Popular Bank | Popular Bank Subpoena Return July 11\S20220623-3-GR\POPULARBank_SUBReturn1.pdf | 9 |
| USAfx | \221110\028_WellsFargo.zip | Wells Fargo | RecordsDelivered_Doc_ID_17206104_2.pdf | |
| USAfx | \221112\\Clear Shot Entertainment Itria PPP | Itria | Certificate of Authenticity- Clear Shot Entertainment LLC.pdf | |

WHEREFORE, the government respectfully notifies the defense that it intends to introduce records of regularly conducted activity by certification.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1014
marc.osborne@usdoj.gov

---

[§] These records were disclosed through USAfx, but the certification had already been disclosed on the discovery hard drive.