UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## VERDICT

We, the jury, unanimously find as follows:

### COUNT 1

As to Count 1, conspiracy to commit wire fraud, we find the Defendant, JOFF STENN WROY PHILOSSAINT:

☐    GUILTY      ☐    NOT GUILTY

### COUNT 2

As to Count 2, conspiracy to launder money, we find the Defendant, JOFF STENN WROY PHILOSSAINT:

☐    GUILTY      ☐    NOT GUILTY

### COUNT 3

As to Count 3, conspiracy to launder money, we find the Defendant, JOFF STENN WROY PHILOSSAINT:

☐    GUILTY      ☐    NOT GUILTY

If you find the defendant guilty, select one or both of the following options:

As to Count 3, we find the Defendant guilty of conspiring to commit the following offense:

☐ international transfer of proceeds;

☐ transaction of more than $10,000 in proceeds;

### COUNT 4

As to Count 4, procuring naturalization contrary to law, we find the Defendant, JOFF STENN WROY PHILOSSAINT:

☐ GUILTY   ☐ NOT GUILTY

SO SAY WE ALL:

_____        _____
Foreperson (please sign)              Date
West Palm Beach, Florida