UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)

UNITED STATES OF AMERICA

v.

MAURICE SHAZIER,

    Defendant.

## VERDICT

We, the jury, unanimously find as follows:

### COUNT 1

As to Count 1, conspiracy to commit wire fraud, we find the Defendant, MAURICE SHAZIER:

☐    GUILTY      ☐    NOT GUILTY

### COUNT 2

As to Count 2, conspiracy to launder money, we find the Defendant, MAURICE SHAZIER:

☐    GUILTY      ☐    NOT GUILTY

SO SAY WE ALL:

_____      _____
Foreperson (please sign)      Date
West Palm Beach, Florida