**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80144-CR-SMITH/MAYNARD(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
    Defendant.
_____/

## **UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW, the defendant, JOFF STENN WROY PHILOSSAINT, by and through his undersigned counsel, who would hereby move for a continuance of the currently scheduled trial in this case, and in support thereof would show as follows:

1. Defendant was charged by superseding indictment with multiple financial crimes. Today, defendant entered guilty pleas to counts 1, 2 and 3 of the superseding indictment.

2. Defendant remains charged with count 4, Obtaining Citizenship by Fraud, in violation of Title 18 U.S.C. § 1425(a), and is proceeding to trial on that count.

3. The defense requires additional time to prepare to defend this charge. To date, virtually all defense preparation has centered around counts 1, 2 and 3. The discovery in this case is voluminous, and the undersigned counsel has received two separate 1 TB hard drives containing discovery.

4. Undersigned counsel is beginning a trial before the Honorable Donald Middlebrooks in the case of U.S.A. v. John Moore, Jr. and Tanner Mansell in Case No. 22-80073-CR-MIDDLEBROOKS. Jury selection is to begin this Wednesday, November 16,

1

2022. It is anticipated that this trial will last until November 21 or 22, 2022.

5. In addition to finalizing plea negotiations in the instant case, almost all the undersigned counsel's time has been spent preparing for this week's trial before Judge Middlebrooks. As such, counsel has not been able to begin preparing for trial on count 4 of Mr. Philossaint's case.

6. Until just a few days ago, counsel believed that Mr. Philossaint would plead guilty to all counts of the indictment this morning. As such, preparation for the trial was delayed.

7. All other defendants have moved for a continuance of the currently scheduled trial.

8. This case has not been continued previously.

9. The undersigned counsel has discussed this matter with AUSA Marc Osborne, who has no objection to the requested continuance.

10. Defendant agrees that the time of continuance is excludable under the Speedy Trial Act. Further, the rights of the defendants and the public to a speedy trial are outweighed by the need for additional time by all defendants to prepare for trial.

WHEREFORE, based upon the foregoing, defendant respectfully requests that the trial in this matter be continued.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been electronically filed and served on counsel for all parties via CM/ECF this 14th day of November, 2022.

Respectfully submitted,

LAW OFFICES OF IAN GOLDSTEIN P.A.
Counsel for Defendant Philossaint
330 Clematis Street, Suite 209

West Palm Beach, FL 33401
Tel: (561) 600-0950
Email: ian@iangoldsteinlaw.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219