UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
and MAURICE SHAZIER,

    Defendants.

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States respectfully requests that the Court ask the following questions, in addition to its standard questions, during *voir dire* of the jury panel:

(1) Do you or a family member own a small business?
(2) Have you or a family member applied for a Paycheck Protection Program (PPP) Loan and/or an Economic Injury Disaster Loan (EIDL)?
    a. If so, were the loans received?
    b. If yes, what were the amounts of the loans?

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:     s/ Marc Osborne
    Assistant United States Attorney
    Court ID# A5500796
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9198
    Fax: (305) 530-7976
    marc.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2022, a copy of this pleading was filed and served via CM/ECF upon counsel for the defendant.

        s/Marc Osborne
MARC OSBORNE
Assistant United States Attorney