UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
MAURICE SHAZIER, and
ROBENSON LAUVINCE,

    Defendants.

## GOVERNMENT'S THIRD DISCOVERY RESPONSE

The United States respectfully supplements our discovery response in this matter. The government has provided additional discovery to the defense as summarized in the attached inventory.[*] All materials were disclosed via USAfx, the government's filesharing program.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1014
marc.osborne@usdoj.gov

---

[*] The listed discovery items were disclosed via USAfx on the dates specified in the inventory to all defense counsel other than counsel for Mr. Lauvince. Mr. Lauvince was added to the case in the second superseding indictment. The government gave his counsel access to the USAfx discovery on December 19, 2022.