| Path | Records of | Description | Re | notes | Date disclosed |
|---|---|---|---|---|---|
| \221114.zip\Bank of America _ Declaration.pdf | Bank of America | certification | | | 11/14/2022 |
| 010_Bank of America | Bank of America | | | | |
| \221114.zip\Itria Gayle loan file | Itria | loan file(s) | Gayle, Brianna | duplicates records disclosed on 11/12/22 | 11/14/2022 |
| \221114.zip\Itria Cinda loan file | Itria | loan file(s) | Cinda Foundation Inc | duplicates records disclosed on 11/12/22 | 11/14/2022 |
| \221115\Celtic loan files | | | | | 11/15/2022 |
| \221115\Maurice Shazier interview documents | | interview report | Shazier | documents reviewed during post-arrest interview | 11/15/2022 |
| \221115\MOI CB.pdf | USSS | interview report | CB | | 11/15/2022 |
| \221115\photo array shown to Johnson.pdf | FBI | photo array | | shown to Johnson during 2 interviews | 11/15/2022 |
| \221115\NF interview.pdf | | interview report | NF | | 11/15/2022 |
| \221116\Chase April-May 2022.zip | Chase | bank records | Tollinchi | | 11/16/2022 |
| \221116.zip\048 PNC | PNC | bank records | Clear Shot Entertainment | | 11/16/2022 |
| \221119\076_NFCU.zip | Navy Federal Credit Union | | Shazier | | 11/18/2022 |
| \221119\PNC_5131.zip | PNC | | Shazier | | 11/18/2022 |
| \221201\Comcast_Trial_Subpoena_Response.pdf | Comcast | | Philossaint | | 12/1/2022 |
| \221201\079_CHASE | Chase | | NT | | 12/1/2022 |
| \221202\029_POPULAR BANK | Popular Bank | | | | 12/2/2022 |
| \221202\030_CHASE | Chase | | | | 12/2/2022 |
| \221202\031_SYNOVUS | Synovus | | | | 12/2/2022 |
| \221205\27 US Bank response 1 | US Bank | | Tollinchi, Mariel | | 12/5/2022 |
| \221205\27 US Bank Response2.pdf | | | Tollinchi, Mariel | | 12/5/2022 |
| \221205\Ferro's PPP loan file | Itria | | Ferro's Entertainment | | 12/5/2022 |
| \221213\certified FLDOR records.pdf | FL Dept of Revenue | | various | | 12/13/2022 |

| Path | Records of | Description | Re | notes | Date disclosed |
|---|---|---|---|---|---|
| \221213\Trust Alliance corporate records.pdf | FL Dept of State | | Trust Alliance Enterprises Inc | | 12/13/2022 |
| \221214.zip\27081344AU_66573_ATM_6512X_WO_9847922_INCIDENT_08222022_BN (1).zip | Wells Fargo | ATM video | Lauvince | | 12/15/2022 |
| \221214\032_AMEX.zip | American Express | | Tollinchi | | 12/15/2022 |
| \221214.zip\Clear Shot | SBA | loan file(s) | Clear Shot Entertainment | | 12/15/2022 |
| \221219.zip\Clear Shot property records 221130.pdf | GP | property records | Clear Shot Entertainment | | 12/19/2022 |
| \221219.zip\Clear Shot property records 221205.pdf | GP | property records | Clear Shot Entertainment | | 12/19/2022 |
| \221219.zip\Unfold Perception | SBA | | Unfold Perception | | 12/19/2022 |
| \221219.zip\Unfold Perception | Cross River Bank | | Unfold Perception | | 12/19/2022 |
| 221222 Lauvince arrest report.pdf | FBI | report | Lauvince | | 12/22/2022 |
| 221223.zip | Discover | bank records | Lauvince | | 12/23/2022 |
| 221228,zip | MidFirst Bank | bank records | Lauvince | | 12/28/2022 |
| \221229.zip\3312364244 JREAM VISON TV LLC.zip | SBA | loan file(s) | Jream Vision | | 12/29/2022 |
| \221229.zip\Black Diamond Investment Group LLC.zip | Cross River Bank | loan file(s) | Black Diamond Investment Group | | 12/29/2022 |
| \221229.zip\Creative Capital & Consulting LLC.zip\Creative Capital & Consulting LLC\EIDL Application #3312629337 | SBA | loan file(s) | Creative Capital & Consulting | | 12/29/2022 |
| \221229.zip\Creative Capital & Consulting LLC.zip\Creative Capital & Consulting LLC\EIDL Application #3312629337 MOD1 | SBA | | Creative Capital & Consulting | MOD file | 12/29/2022 |

| Path | Records of | Description | Re | notes | Date disclosed |
|---|---|---|---|---|---|
| \221229.zip\Creative Capital & Consulting LLC.zip\PPP Loan | Celtic Bank | | Creative Capital & Consulting | | 12/29/2022 |
| \221229.zip\De Angelo's | | loan file(s) | De Angelo's Limousinie | | 12/29/2022 |
| \221229.zip\MVP Global.zip\MVP Global\PPP Loan #8931568500 | TD Bank | loan file(s) | MVP Global | | 12/29/2022 |
| \221229.zip\MVP Global.zip\MVP Global\Loan Application #3306248732 | SBA | loan file(s) | MVP Global | | 12/29/2022 |
| \221229.zip\MVP Global.zip\MVP Global\Loan Application #3306248732 MOD1 | SBA | loan file(s) | MVP Global | MOD file | 12/29/2022 |