UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
MAURICE SHAZIER, and
ROBENSON LAUVINCE,

     Defendants.

## GOVERNMENT'S SECOND NOTICE OF INTENT TO OFFER RECORDS OF REGULARLY CONDUCTED ACTIVITY BY CERTIFICATION

The United States respectfully notifies the defense that it intends to introduce domestic records of regularly conducted activity that meet the requirements of Federal Rule of Criminal Procedure 803(6)(A)–(C), as shown by a certification of a custodian or another qualified person that complies with Federal Rules of Criminal Procedure 803(6)(D) and 902(11).

The records to be introduced and the corresponding certifications are as follows:

| Records Location[*] | Records of | Certification File[†] | p.[‡] |
|---|---|---|---|
| HD\010_Bank of America | Bank of America | 221114.zip\Bank of America _ Declaration.pdf | |

---

[*] All records were disclosed by USAfx except where the location of the records begins with 'HD', in which case the records were provided to defense counsel on a hard drive at the beginning of the case, as discussed in the government's initial discovery responses (D.E. 44, 87, 134).

[†] All certifications were provided by USAfx. If the file name is blank, the certification is found in the same file that also contains the records. If a filename is given without a folder path, then the file containing the certification is found in the same folder as the records. If a path and filename are given, the file is found at the location specified.

[‡] If the page number is blank, the entire file constitutes the certification.

| Records Location* | Records of | Certification File† | p.‡ |
|---|---|---|---|
| \221114.zip\Itria Gayle loan file | Itria | Certificate of Authenticity- Brianna Gayle.pdf | |
| \221114.zip\Itria Cinda loan file | Itria | Certificate of Authenticity- Cinda Foundation INC.pdf | |
| \221116\Chase April-May 2022.zip | Chase | SB1379601-F1_SCD_1.PDF | |
| \221116.zip\048 PNC | PNC | 048_PNCCertification.pdf | 2 |
| \221119\076_NFCU.zip | Navy Federal Credit Union | Certification.pdf | |
| \221119\PNC_5131.zip | PNC | PNC5131_CERT.pdf | |
| \221201\Comcast_Trial_Subpoena_Response.pdf | Comcast | Comcast_Trial_Subpoena_Response.pdf | 2 |
| \221201\079_CHASE | Chase | SB1384937-F1_SCD_1.PDF | 2 |
| \221202\029_POPULAR BANK | Popular Bank | 029_Certification.pdf | |
| \221202\030_CHASE | Chase | SB1357096-F1_SCD_1.PDF | 2-3 |
| \221202\031_SYNOVUS | Synovus | Certification-S22-0830.pdf | |
| \221205\Ferro's PPP loan file | Itria | certification.pdf | |
| \221214\032_AMEX.zip | American Express | AMEX_Return Certification Password Docs.pdf | 3 |
| \221219.zip\Clear Shot property records 221130.pdf | GP | | 1-2 |
| \221219.zip\Clear Shot property records 221205.pdf | GP | | 1 |
| 221223.zip | Discover | Discover Certification Document.pdf | |
| 221228.zip | MidFirst Bank | Affidavit & Appendix.pdf | |

WHEREFORE, the government respectfully notifies the defense that it intends to introduce records of regularly conducted activity by certification.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov