UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## VERDICT

We, the jury, unanimously find as follows:

### COUNT 4

As to Count 4, procuring naturalization contrary to law, we find the Defendant, JOFF STENN WROY PHILOSSAINT:

☐ GUILTY      ☐ NOT GUILTY

SO SAY WE ALL:

_____       _____
Foreperson (please sign)      Date
West Palm Beach, Florida