UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States respectfully requests that the Court ask the following questions, in addition to its standard questions, during *voir dire* of the jury panel:

(1) Do you or a family member own a small business?

(2) Have you or a family member applied for a Paycheck Protection Program (PPP) Loan and/or an Economic Injury Disaster Loan (EIDL)? If so, was the loan received?

(3) The defendant is charged with procuring citizenship contrary to law. Have you or a loved one had any experiences with U.S. immigration officials that might influence your consideration of this case? Or do you have strong opinions about immigration policy that might influence you?

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    s/ Marc Osborne
    Assistant United States Attorney
    Court ID# A5500796
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9198
    Fax: (305) 530-7976
    marc.osborne@usdoj.gov