```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

         CASE NO. 22-CR-80144-Smith/Maynard(s)(s)
```

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

**GOVERNMENT'S UNOPPOSED MOTION REGARDING ELECTRONICS AT TRIAL**

The United States respectfully moves to bring laptop computers to court for trial in this matter and to permit trial witnesses to retain their personal electronics in the courthouse.

A jury trial in the above-captioned case has been scheduled for on or about Monday, February 6, 2023. The defendant has pled guilty to conspiracies to commit fraud and money laundering and is scheduled for trial on a charge of procuring naturalization contrary to law. The defendant obtained naturalization by making false statements about his role in the fraud and money laundering to which he has pled guilty. Accordingly, the government expects a document-intensive trial. Almost all the evidence is electronic. Accordingly, the government requests the Court's permission to bring laptop computers and computer

accessories to trial to help keep track of the evidence and to display scanned documents to the jury.

In addition, the government requests that the Court permit trial witnesses to retain their personal electronics, such as cell phones. These devices will assist the government to communicate with the witnesses and ensure they are available to testify when needed.

On January 24, 2023, defense counsel Ian Goldstein informed the undersigned by email that the defense has no objection to this motion.

WHEREFORE, the government respectfully moves to bring laptop computers to court for trial in this matter and to permit trial witnesses to retain their personal electronics in the courthouse.

>                       Respectfully submitted,
>
>                       MARKENZY LAPOINTE
>                       UNITED STATES ATTORNEY
>
>                   By: s/ Marc Osborne
>                       Assistant United States Attorney
>                       Court ID# A5500796
>                       500 S. Australian Ave., Suite 400
>                       West Palm Beach, Florida 33401
>                       Tel: (561) 209-1014
>                       marc.osborne@usdoj.gov