UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80144-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## ORDER REGARDING ELECTRONICS AT TRIAL

This matter came before the Court on the government's Unopposed Motion regarding Electronics at Trial [D.E. _____]. The Court being fully advised of the premises and finding good cause for the motion, the Court hereby

ORDERS that the motion is GRANTED;

ORDERS that attorneys, paralegals, law enforcement agents, and financial analysts for the government may bring laptop computers into the courtroom for trial in this matter; and

ORDERS that government trial witnesses under subpoena may retain their personal electronics in the courthouse.

DONE AND ORDERED in chambers in West Palm Beach, Florida this _____ day of July, 2023.

 

                                            RODNEY SMITH
                                            UNITED STATES DISTRICT JUDGE