UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-80144-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## ORDER REGARDING ELECTRONICS AT TRIAL

This matter came before the Court on the Government's Unopposed Motion regarding Electronics at Trial [D.E. 176]. The Court being fully advised of the premises and finding good cause for the motion, the Court hereby

ORDERS that the motion is GRANTED;

The Government attorneys, paralegals, law enforcement agents, and financial analysts may bring laptop computers into the courtroom for trial in this matter; and

FURTHER ORDERS that the Government trial witnesses under subpoena may retain their personal electronics/cellular phones in the courthouse.

DONE AND ORDERED in chambers in Ft. Lauderdale, Florida this 25th day of January, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE