UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-SMITH/MAYNARD(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
    Defendant.
_____/

## DEFENDANT PHILOSSAINT'S NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, Joff Stenn Wroy Philossaint, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, and present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed and electronically served on counsel for all parties via CM/ECF on this 26$^h$ day of January, 2023.

    Respectfully submitted,

    LAW OFFICES OF IAN GOLDSTEIN P.A.
    Counsel for Defendant Philossaint
    330 Clematis Street, Suite 209
    West Palm Beach, FL  33401
    Tel: (561) 600-0950
    Email: ian@iangoldsteinlaw.com

    */s/ Ian J. Goldstein*
    IAN J. GOLDSTEIN, ESQUIRE
    Florida Bar No. 0085219