| Path | Records of | Description | Re | notes | Date disclosed | Means of disclosure | disclosure notes |
|---|---|---|---|---|---|---|---|
| \230103.zip\Clear Shot Entertainment LLC - complete payroll documents.zip | ADP | payroll records | Clear Shot Entertainment | at least partially duplicates records available in HD\Subpoena returns\001_ADP | 1/2/2023 | USAfx | |
| \230103.zip\Discover Audio | Discover | bank records | Lauvince | | 1/2/2023 | USAfx | |
| Photo Array from Philossaint interview 220920.pdf | | photo array | | shown to Philossaint during interview of 9/20/22 | 1/3/2023 | email | |
| 230104 Boys and Girls Club.zip | Boys and Girls Clubs of Palm Beach County | employment records | Rene | | 1/4/2023 | USAfx | |
| \230106.zip\Kenny Transporter | Itria | loan file(s) | Kenny Transporter Mechanic | | 1/6/2023 | USAfx | |
| \230106.zip\Premier Athletes | Celtic Bank | loan file(s) | Premier Athlete Academy Inc | | 1/6/2023 | USAfx | |
| \230106.zip\Azara Import & | Itria | loan file(s) | Azara Import & Export LLC | | 1/6/2023 | USAfx | |
| \230106.zip\Miaboats LLC | itria | loan file(s) | Miaboats LLC | | 1/6/2023 | USAfx | |
| \230106.zip\Vee & Empowerment | Itria | loan file(s) | Vee & Empowerment LLC | | 1/6/2023 | USAfx | |
| \230107.zip\Webull | Webull Finance LLC | bank records | Lauvince | | 1/7/2023 | USAfx | |
| \230107.zip\Palm Beach School Board.zip | Palm Beach School District | employment records | Rene | | 1/7/2023 | USAfx | |
| \230107.zip\The Technical Advantage, Inc. EIDL | SBA | loan file(s) | The Technical Advantage, Inc. | | 1/7/2023 | USAfx | |
| \230110.zip\FLDOR WPL.pdf | FL Dept of Revenue | employment records | WPR | | 1/10/2023 | USAfx | |
| \230110.zip\089_Title Abstract Agency of America.zip | Title Abstract Agency of America | property records | Rene residence | | 1/10/2023 | USAfx | |
| \230111.zip\007 PNC | PNC | bank records | Dad Money Investment Group, Elite International Venture Capital, Royal Elite | | 1/11/2023 | USAfx | |
| \230111.zip\018_POPULAR | Popular Bank | bank records | Cinda Foundation Inc | | 1/11/2023 | USAfx | |
| \230111.zip\24 NavyFederal | Navy Federal Credit Union | bank records | Gayle, Brianna | | 1/11/2023 | USAfx | |
| \230111.zip\025_Wells Fargo | Wells Fargo | bank records | Unfold Perception, Rene | duplicates records disclosed on 9/23/2022 | 1/11/2023 | USAfx | |

| Path | Records of | Description | Re | notes | Date disclosed | Means of disclosure | disclosure notes |
|---|---|---|---|---|---|---|---|
| \230111.zip\028_WellsFargo | Wells Fargo | bank records | Unfold Perception, Rene | duplicates records disclosed on 9/23/2022 | 1/11/2023 | USAfx | |
| \230111.zip\ADP (Unfold and Clear Shot) | ADP | payroll records | Unfold Perception, Clear Shot Entertainment | duplicates records disclosed on 9/23/2022 | 1/11/2023 | USAfx | |
| \230111.zip\Technical Advantage EIDL file DLs | SBA | loan file(s) | The Technical Advantage, Inc. | uploaded DL | 1/11/2023 | USAfx | |
| \230111.zip\CINDA FOUNDATION INC - EIDL #3324020491.zip | SBA | loan file(s) | Cinda Foundation Inc | | 1/11/2023 | USAfx | |
| \230111.zip\FL DOR records WPL (certified).pdf | FL Dept of Revenue | employment records | WPR | certified version of records disclosed 1/10/2023 | 1/11/2023 | USAfx | |
| \230116.zip\One Solution Group - Denied EIDL application | SBA | loan file(s) | One Solution Group | | 1/16/2023 | USAfx | |
| \230116.zip\Royal Elite Trans EIDL (3300986576) | SBA | loan file(s) | Royal Elite Trans | duplicates records disclosed on 9/23/2022 | 1/16/2023 | USAfx | |
| \230116.zip\Arrest_of_REGINE_MARIE_RENE_.pdf | FBI | report | Rene | arrest | 1/16/2023 | USAfx | |
| \230116.zip\blank N445 with instructions.pdf | USCIS | Immigration records | | Form N-445 | 1/16/2023 | USAfx | |
| \230116.zip\LAUVINCE_Passport.pdf | FBI | seized evidence | | passport | 1/16/2023 | USAfx | |
| \230117.zip\SBA EIDL Certifications of Record | SBA | certification | | | 1/17/2023 | USAfx | |
| \230117.zip\3315391689 Mariel Tollinchi file upload email.pdf | SBA | loan file(s) | The Technical Advantage, Inc. | partially duplicates records disclosed on 1/7/23 | 1/17/2023 | USAfx | |
| \230117.zip\ADP - Communications, Notes, Audit Trails.zip | ADP | payroll records | various | | 1/17/2023 | USAfx | |
| \230117.zip\FBI Arrest Report_Mariel Tollinchi Joff Philossaint.pdf | FBI | report | Tollinchi | arrest | 1/17/2023 | USAfx | |

| Path | Records of | Description | Re | notes | Date disclosed | Means of disclosure | disclosure notes |
|---|---|---|---|---|---|---|---|
| \230119.zip\ADP Certification 01-18-23.pdf | ADP | certification | | | 1/19/2023 | USAfx | |
| \230119.zip\Chase trial subpoena 221230 Lauvince.PDF | Chase | bank records | Lauvince | | 1/19/2023 | USAfx | |
| \230119.zip\Cross River Bank - Certification of Records (final 01-19-23).pdf | Cross River Bank | certification | | | 1/19/2023 | USAfx | |
| \230119.zip\MOI-CB.pdf | IRS | interview report | CB | | 1/19/2023 | USAfx | |
| A-5457 Philossaint.pdf | USCIS | ELIS N-400 | Philossaint | | 1/19/2023 | USAfx | Philossaint only |
| \230122\Chase Tollinchi credit cards.zip | Chase | bank records | Tollinchi | | 1/22/2023 | USAfx | |
| \230122\Yahoo Technical Advantage.zip | Yahoo | email records | The Technical Advantage, Inc. | | 1/22/2023 | USAfx | |
| \220123.zip\Technical Advantage corporate records.pdf | FL Dept of State | corporate records | The Technical Advantage, Inc. | | 1/23/2023 | USAfx | |
| \220123.zip\Orlando Ferro Auto LLC - EIDL.zip | SBA | loan file(s) | Orlando Ferro Auto LLC | | 1/23/2023 | USAfx | |
| \220123.zip\ADP documents 01- | ADP | payroll records | | | 1/23/2023 | USAfx | |
| \230124.zip\3312947901 Dad Money Investment Grp LLC.zip | SBA | loan file(s) | Dad Money Investment Group | | 1/24/2023 | USAfx | |
| \230124.zip\Cross River Bank - Certification of Records (01-19-23).pdf | Cross River Bank | certification | | duplicates file disclosed 1/19/23 | 1/24/2023 | USAfx | |
| \230124.zip\FPL Lauvince.pdf | FPL | | Lauvince | | 1/24/2023 | USAfx | |
| \230125.zip\Clear Shot 1st PPP | Celtic Bank | loan file(s) | Clear Shot Entertainment | | 1/24/2023 | USAfx | |
| Curriculum Vitae (CV).pdf | HSI | expert notice | eletronic forensic analysis | | 1/25/2023 | email | |
| WP17HQ22WP0001-019-iPhone Forensic Extraction.pdf | HSI | expert notice | eletronic forensic analysis | | 1/25/2023 | email | disclosed to Philossaint on 1/26/23 |
| 230126 WM subpoena return | WM | | | | 1/26/2023 | USAfx | |