UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,
MARIEL TOLLINCHI,
REGINE MARIE RENE,
BRIANNA MONIQUE GAYLE,
MAURICE SHAZIER, and
ROBENSON LAUVINCE,

      Defendants.

## GOVERNMENT'S THIRD NOTICE OF INTENT TO OFFER RECORDS OF REGULARLY CONDUCTED ACTIVITY BY CERTIFICATION

The United States respectfully notifies the defense that it intends to introduce domestic records of regularly conducted activity that meet the requirements of Federal Rule of Criminal Procedure 803(6)(A)–(C), as shown by a certification of a custodian or another qualified person that complies with Federal Rules of Criminal Procedure 803(6)(D) and 902(11).

The records to be introduced and the corresponding certifications are as follows. All records and certifications were disclosed by online filesharing.

| Records Location | Records of | Certification File[*] | p.[†] |
|---|---|---|---|
| \221108.zip\Loan Files\3311068098 MOD1 Sunrise City Construction Dev LLC | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3311068098 Mod1 Sunrise City Construct.pdf | |

---

    [*] If the file name is blank, the certification is found in the same file that contains the records. If a file name is given without a folder path, then the file containing the certification is found in the same folder as the records. If a path and filename are given, the file is found at the location specified.
    [†] If the page number is blank, the entire file constitutes the certification.

| Records Location | Records of | Certification File[*] | p.[†] |
|---|---|---|---|
| \221108.zip\Loan Files\3312364244 MOD1 Jream Vision TV LLC | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3312364244 Mod1 Jream Vision TV LLC.pdf | |
| \221108.zip\Loan Files\Perfect Landscaping EIDL\3310550190 Perfect Landscaping | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3310550190 Perfect Landscaping.pdf | |
| \221108.zip\Loan Files\Perfect Landscaping EIDL\3310550190 MOD1 Perfect Landscaping | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3310550190 Mod1 Perfect Landscaping.pdf | |
| \221112.zip\Elizee&Tollinchi PA EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3302336126 Elizee & Tollinchi.pdf | |
| \221112.zip\Clear Shot Entertainment EIDL.zip | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3308327695 Robenson Lauvince.pdf | |
| \221112.zip\Ferro's Entertainment EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3311531360 Ferros Entertainment.pdf | |
| \221112.zip\Ferro's Entertainment EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3311531360 Mod1 Ferros Entertainment.pdf | |
| \221112.zip\Cinda EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3315331426 Cinda Foundation.pdf | |
| \221112.zip\Sunrise City EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3311068098 Sunrise City Construction Dev LLC.pdf | |
| \221112.zip\Sunrise City PPP | Cross River Bank | \230119.zip\Cross River Bank - Certification of Records (final 01-19-23).pdf | |
| \221112.zip\DDZ PPP loans.zip | Cross River Bank | \230119.zip\Cross River Bank - Certification of Records (final 01-19-23).pdf | |
| \221112.zip\DDZ EIDL.zip | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3308656924 DDZ Family Enterprises.pdf | |
| \221115\Celtic loan files\Clear Shot Entertainment | Celtic Bank | \221115.zip\Celtic loan files\Celtic certification.pdf | |

| Records Location | Records of | Certification File[*] | p.[†] |
|---|---|---|---|
| \221115\Celtic loan files\One Solution Group LLC | Celtic Bank | \221115.zip\Celtic loan files\Celtic certification.pdf | |
| \221115\Celtic loan files\ Unfold Perception LLC | Celtic Bank | \221115.zip\Celtic loan files\Celtic certification.pdf | |
| \221214.zip\Clear Shot Entertainment EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3312479714 Unfold Perception.pdf | |
| \221219.zip\Unfold Perception EIDL | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3312479714 Unfold Perception.pdf | |
| \221229.zip\3312364244 JREAM VISON TV LLC.zip | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3312364244 Jream Vision TV LLC.pdf | |
| \230103.zip\Clear Shot Entertainment LLC - complete payroll documents.zip | ADP | Certification of Records - 12 29 2022.pdf | |
| \230103.zip\Discover Audio Calls.zip | Discover | \221223.zip\Discover Certification Document.pdf | |
| \230107.zip\Webull | Webull Finance LLC | Robenson Lauvince - signed page.pdf | |
| \230107.zip\Palm Beach School Board.zip | Palm Beach School District | The .zip file includes multiple PDF files. The first page of each file is the certification for that file. | |
| \230110.zip\089_Title Abstract Agency of America.zip | Title Abstract Agency of America | Responsive Docs 1 of 2.pdf | 8–9 |
| \230111.zip\CINDA FOUNDATION INC - EIDL #3324020491.zip | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3324020491 Cinda Foundation.pdf | |
| \230116.zip\One Solution Group - Denied EIDL application #3300986116 | SBA | \230117.zip\SBA EIDL Certifications of Record\CERTIFICATION OF RECORDS 3300986116 One Solution Group.pdf | |
| \230116.zip\Royal Elite Trans EIDL (3300986576) | SBA | \230117.zip\SBA EIDL Certifications of Record\Certification of Records 3300986576 Royal Elite Trans LLC.pdf | |
| \230117.zip\ADP - Communications, Notes, Audit Trails.zip | ADP | \230119.zip\ADP Certification 01-18-23.pdf | |
| \230122\Chase Tollinchi credit cards.zip | Chase | Certification.pdf | |
| \230122\Yahoo Technical Advantage.zip | Yahoo | Yahoo Declaration 539152.pdf | |
| \230124.zip\FPL Lauvince.pdf | FPL | | 1–2 |

WHEREFORE, the government respectfully notifies the defense that it intends to introduce records of regularly conducted activity by certification.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: s/ Marc Osborne
     Assistant United States Attorney
     Court ID# A5500796
     500 S. Australian Avenue, Suite 400
     West Palm Beach, Florida 33401
     Tel: (561) 209-1014
     marc.osborne@usdoj.gov