**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80144-CR-SMITH/MAYNARD(s)(s)

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
  Defendant.
_____/

**DEFENDANT PHILOSSAINT'S PROPOSED VOIR DIRE**

  The defendant, Joff Stenn Wroy Philossaint, through undersigned counsel, respectfully requests that the Court ask the following questions, in addition to its standard questions, during voir dire of the jury panel:

1. Are you, or is anyone close to you a naturalized citizen, born in another country?

2. Have you, or has anyone close to you ever lived in Haiti or had Haitian citizenship?

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the foregoing has been filed and electronically served on counsel for all parties via CM/ECF on this 30$^h$ day of January, 2023.

            Respectfully submitted,

            LAW OFFICES OF IAN GOLDSTEIN P.A.
            Counsel for Defendant Philossaint
            330 Clematis Street, Suite 209
            West Palm Beach, FL  33401
            Tel: (561) 600-0950
            Email: ian@iangoldsteinlaw.com
            */s/ Ian J. Goldstein*
            IAN J. GOLDSTEIN, ESQUIRE
            Florida Bar No. 0085219