UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-SMITH/MAYNARD(s)(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
        Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO BRING ELECTRONICS INTO COURTHOUSE FOR TRIAL

The undersigned counsel for defendant respectfully moves to bring a laptop computer to court for trial in this matter. This will be a document intensive trial, and almost all evidence in this case is electronic. Accordingly, the undersigned requests the Court's permission to bring a laptop computer into the courthouse for purposes of trial. On January 24, 2023, AUSA Marc Osborne informed the undersigned by email that the Government has no objection to this motion.

WHEREFORE, counsel respectfully moves to bring a laptop computer into court for trial in this matter.

I HEREBY CERTIFY that this motion has been electronically filed via CM/ECF providing notice to all counsel of record on February 1, 2023.

        Respectfully submitted,

        LAW OFFICES OF IAN GOLDSTEIN P.A.
        Counsel for Defendant Philossaint
        330 Clematis Street, Suite 209
        West Palm Beach, FL  33401
        Tel: (561) 600-0950
        Email: ian@iangoldsteinlaw.com
        */s/ Ian J. Goldstein*
        IAN J. GOLDSTEIN, ESQUIRE
        Florida Bar No. 0085219