UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-SMITH/MAYNARD(s)(s)

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOFF STENN WROY PHILOSSAINT,
      Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION TO BRING
ELECTRONICS INTO COURTHOUSE FOR TRIAL**

      This matter came before the Court on the defendant's Unopposed Motion to Bring Electronics into Courthouse for Trial. The Court being fully advised of the premises and finding good cause for the motion, the Court hereby ORDERS that the motion is GRANTED. Defense counsel may bring a laptop computer into the courtroom for trial in this matter commencing February 6, 2023.

      DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this 2nd day of February, 2023.

_____
RODNEY SMITH
United States District Judge

COPIES FURNISHED TO:
Counsel of Record