UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## GOVERNMENT'S WITNESS LIST

Special Agent Michelle McDaniel, FBI
Wonal Jean, Forensic Accountant
Walkiria Vancott, Immigration Services Officer 2, U.S. Citizenship and Immigration Services

Respectfully submitted,

MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
       Assistant United States Attorney
       Court ID# A5500796
       500 S. Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1014
       marc.osborne@usdoj.gov