UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

### GOVERNMENT'S EXHIBIT LIST

| Ex. # | Date offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | | | | Transcript of plea hearing |
| 2 | | | | Superseding indictment |
| 3 | | | | Summary, loan dates and amounts |
| 4 | | | | Summary, Florida Dep't of Revenue records |
| 5 | | | | Summary, IRS records |
| 6 | | | | Summary, ADP records |
| 7 | | | | Summary, kickbacks |
| 10 | | | | Corporate records of Dad Money Investment Group |
| 14 | | | | EIDL file, Royal Elite Trans, application |
| 15 | | | | PPP loan file, One Solution Group, application |
| 16 | | | | EIDL file, Dad Money Investment Group, application |
| 22 | | | | Corporate records of One Solution Group |
| 24 | | | | PPP loan file, Unfold Perception, first draw, tax records |
| 25 | | | | PPP loan file, Unfold Perception, second draw, tax records |
| 26 | | | | Dad Money Investment Group bank records, PNC account 3583, signature card |
| 28 | | | | Summary, PPP loans financial analysis |
| 29 | | | | Summary, EIDL financial analysis |
| 30a | | | | Summary, Clear Shot Entertainment, bank accounts |
| 30l | | | | Summary, Clear Shot Entertainment, loan deposits |
| 30p | | | | Summary, Clear Shot Entertainment, payroll analysis |
| 30r | | | | Summary, Clear Shot Entertainment, revenue analysis |
| 32 | | | | PPP loan file, Clear Shot Entertainment, first draw, application |
| 33 | | | | PPP loan file, Clear Shot Entertainment, second draw, application |
| 34 | | | | EIDL file, Clear Shot Entertainment, application |
| 35a | | | | Summary, Royal Elite Trans, bank accounts |

| Ex. # | Date offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 35l | | | | Summary, Royal Elite Trans, loan deposits |
| 35r | | | | Summary, Royal Elite Trans, revenue analysis |
| 36a | | | | Summary, One Solution Group, bank accounts |
| 36l | | | | Summary, One Solution Group, loan deposits |
| 36p | | | | Summary, One Solution Group, payroll analysis |
| 37a | | | | Summary, Unfold Perception, bank accounts |
| 37l | | | | Summary, Unfold Perception, loan deposits |
| 37p | | | | Summary, Unfold Perception, payroll analysis |
| 37r | | | | Summary, Unfold Perception, revenue analysis |
| 38a | | | | Summary, DDZ Family Enterprises, bank accounts |
| 38l | | | | Summary, DDZ Family Enterprises, loan deposits |
| 38p | | | | Summary, DDZ Family Enterprises, payroll analysis |
| 38r | | | | Summary, DDZ Family Enterprises, revenue analysis |
| 39a | | | | Summary, Figueroa DBA Perfect Landscaping, bank accounts |
| 39l | | | | Summary, Figueroa DBA Perfect Landscaping, loan deposits |
| 39r | | | | Summary, Figueroa DBA Perfect Landscaping, revenue analysis |
| 40a | | | | Summary, Sunrise City Construction, bank accounts |
| 40l | | | | Summary, Sunrise City Construction, loan deposits |
| 40p | | | | Summary, Sunrise City Construction, payroll analysis |
| 40r | | | | Summary, Sunrise City Construction, revenue analysis |
| 41a | | | | Summary, Ferro's Entertainment, bank accounts |
| 41l | | | | Summary, Ferro's Entertainment, loan deposits |
| 41r | | | | Summary, Ferro's Entertainment, revenue analysis |
| 42a | | | | Summary, Jream Vision TV, bank accounts |
| 42l | | | | Summary, Jream Vision TV, loan deposits |
| 42p | | | | Summary, Jream Vision TV, payroll analysis |
| 42r | | | | Summary, Jream Vision TV, revenue analysis |
| 43a | | | | Summary, Cinda Foundation, bank accounts |
| 43l | | | | Summary, Cinda Foundation, loan deposits |
| 43p | | | | Summary, Cinda Foundation, payroll analysis |
| 43r | | | | Summary, Cinda Foundation, revenue analysis |
| 45 | | | | Naturalization records, N-445 |
| 46 | | | | Naturalization records, ELLIS records |
| 47 | | | | Naturalization records, N-400 |
| 48 | | | | USCIS certification |
| 50 | | | | Factual proffer |