UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-80144-CR-SMITH(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOFF STNN WROY PHILOSSAINT,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We have reached a verdict

DATE: 2/7/2023

TIME: 2/7/2023
11:14

FOREPERSON SIGNATURE

FOREPERSON PRINT