UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## VERDICT

We, the jury, unanimously find as follows:

As to the charge of procuring naturalization contrary to law, we find the Defendant:

    ☒    GUILTY      ☐    NOT GUILTY

SO SAY WE ALL this __07__ day of February, 2023.

_____      _____
(Foreperson please sign)      (Foreperson please print)