UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

Defendant.

## GOVERNMENT'S EXHIBIT LIST

| Ex. # | Date offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1 | 2/6/23 | ✓ | ✓ | Transcript of plea hearing |
| 2 | " | ✓ | ✓ | Superseding indictment |
| 3 | " | ✓ | ✓ | Summary, loan dates and amounts |
| 4 | " | ✓ | ✓ | Summary, Florida Dep't of Revenue records |
| 5 | | | | Summary, IRS records |
| 6 | 2-6-23 | ✓ | ✓ | Summary, ADP records |
| 7 | | ✓ | ✓ | Summary, kickbacks |
| 10 | | ✓ | ✓ | Corporate records of Dad Money Investment Group |
| 14 | | ✓ | ✓ | EIDL file, Royal Elite Trans, application |
| 15 | | ✓ | ✓ | PPP loan file, One Solution Group, application |
| 16 | | ✓ | ✓ | EIDL file, Dad Money Investment Group, application |
| 22 | | ✓ | ✓ | Corporate records of One Solution Group |
| 24 | | | | PPP loan file, Unfold Perception, first draw, tax records |
| 25 | | | | PPP loan file, Unfold Perception, second draw, tax records |
| 26 | 2-6-23 | ✓ | ✓ | Dad Money Investment Group bank records, PNC account 3583, signature card |
| 28 | | ✓ | ✓ | Summary, PPP loans financial analysis |
| 29 | | ✓ | ✓ | Summary, EIDL financial analysis |
| 30a | | ✓ | ✓ | Summary, Clear Shot Entertainment, bank accounts |
| 30l | | ✓ | ✓ | Summary, Clear Shot Entertainment, loan deposits |
| 30p | | ✓ | ✓ | Summary, Clear Shot Entertainment, payroll analysis |
| 30r | | ✓ | ✓ | Summary, Clear Shot Entertainment, revenue analysis |
| 32 | | ✓ | ✓ | PPP loan file, Clear Shot Entertainment, first draw, application |
| 33 | | ✓ | ✓ | PPP loan file, Clear Shot Entertainment, second draw, application |
| 34 | | | | EIDL file, Clear Shot Entertainment, application |
| 35a | | ✓ | ✓ | Summary, Royal Elite Trans, bank accounts |

| Ex. # | Date offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 35l | 2/6/23 | ✓ | ✓ | Summary, Royal Elite Trans, loan deposits |
| 35r |  | ✓ | ✓ | Summary, Royal Elite Trans, revenue analysis |
| 36a |  | ✓ | ✓ | Summary, One Solution Group, bank accounts |
| 36l |  | ✓ | ✓ | Summary, One Solution Group, loan deposits |
| 36p |  | ✓ | ✓ | Summary, One Solution Group, payroll analysis |
| 37a |  | ✓ | ✓ | Summary, Unfold Perception, bank accounts |
| 37l |  | ✓ | ✓ | Summary, Unfold Perception, loan deposits |
| 37p |  | ✓ | ✓ | Summary, Unfold Perception, payroll analysis |
| 37r |  | ✓ | ✓ | Summary, Unfold Perception, revenue analysis |
| 38a |  | ✓ | ✓ | Summary, DDZ Family Enterprises, bank accounts |
| 38l |  | ✓ | ✓ | Summary, DDZ Family Enterprises, loan deposits |
| 38p |  | ✓ | ✓ | Summary, DDZ Family Enterprises, payroll analysis |
| 38r |  | ✓ | ✓ | Summary, DDZ Family Enterprises, revenue analysis |
| 39a |  | ✓ | ✓ | Summary, Figueroa DBA Perfect Landscaping, bank accounts |
| 39l |  | ✓ | ✓ | Summary, Figueroa DBA Perfect Landscaping, loan deposits |
| 39r |  | ✓ | ✓ | Summary, Figueroa DBA Perfect Landscaping, revenue analysis |
| 40a |  | ✓ | ✓ | Summary, Sunrise City Construction, bank accounts |
| 40l |  | ✓ | ✓ | Summary, Sunrise City Construction, loan deposits |
| 40p |  | ✓ | ✓ | Summary, Sunrise City Construction, payroll analysis |
| 40r |  | ✓ | ✓ | Summary, Sunrise City Construction, revenue analysis |
| 41a |  | ✓ | ✓ | Summary, Ferro's Entertainment, bank accounts |
| 41l |  | ✓ | ✓ | Summary, Ferro's Entertainment, loan deposits |
| 41r |  | ✓ | ✓ | Summary, Ferro's Entertainment, revenue analysis |
| 42a |  | ✓ | ✓ | Summary, Jream Vision TV, bank accounts |
| 42l |  | ✓ | ✓ | Summary, Jream Vision TV, loan deposits |
| 42p |  | ✓ | ✓ | Summary, Jream Vision TV, payroll analysis |
| 42r |  | ✓ | ✓ | Summary, Jream Vision TV, revenue analysis |
| 43a |  | ✓ | ✓ | Summary, Cinda Foundation, bank accounts |
| 43l |  | ✓ | ✓ | Summary, Cinda Foundation, loan deposits |
| 43p |  | ✓ | ✓ | Summary, Cinda Foundation, payroll analysis |
| 43r |  | ✓ | ✓ | Summary, Cinda Foundation, revenue analysis |
| 45 |  | ✓ | ✓ | Naturalization records, N-445 |
| 46 |  | ✓ | ✓ | Naturalization records, ELLIS records |
| 47 | ✓ | ✓ | ✓ | Naturalization records, N-400 |
| 48 |  |  |  | USCIS certification |
| 50 |  |  |  | Factual proffer |