UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## GOVERNMENT'S WITNESS LIST

Special Agent Michelle McDaniel, FBI   2-6-2023
Wonal Jean, Forensic Accountant   2-6-2023
Walkiria Vancott, Immigration Services Officer 2, U.S. Citizenship and Immigration Services   2-6-2023

Respectfully submitted,

MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov