UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.       22-CR-80144-RS

UNITED STATES OF AMERICA

vs.

JOFF STENN WROY PHILOSSAINT, et al.,

    Defendants.
_____/

## NOTICE OF REMOVAL OF ATTORNEY

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Notice of Removal, pursuant to Section 3D of the Southern District of Florida CM/ECF NextGen Administrative Procedures. The undersigned will be leaving the United States Attorney's Office. AUSA Marc Osborne has already filed a Notice of Appearance and will remain as lead counsel on the matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
Assistant United States Attorney
Florida Bar No. 0018255
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: 561 820-8711/Facsimile: 561 820-8777
ann.marie.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 14, 2023, a copy of this pleading was served and filed with the Court's CM/ECF filing system upon all counsel of record.

s/*A. Marie Villafaña*
Assistant United States Attorney