UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

## GOVERNMENT'S FIRST INDEX TO TRIAL EXHIBITS

The United States respectfully files the following exhibits from the trial in this matter:

| | |
|---|---|
| 3 | Summary, loan dates and amounts |
| 4 | Summary, Florida Dep't of Revenue records |
| 6 | Summary, ADP records |
| 7 | Summary, kickbacks |
| 10 | Corporate records of Dad Money Investment Group LLC |
| 14 | EIDL file, Royal Elite Trans, LLC, application |
| 15 | PPP loan file, One Solution Group LLC, application |
| 16 | EIDL file, Dad Money Investment Group LLC, application |
| 22 | Corporate records of One Solution Group LLC |
| 26 | Dad Money Investment Group LLC bank records, PNC account 3583, signature card |
| 28 | Summary, PPP loans financial analysis |
| 29 | Summary, EIDL financial analysis |
| 30a | Summary, Clear Shot Entertainment LLC, accounts |
| 30l | Summary, Clear Shot Entertainment LLC, loan deposits |
| 30p | Summary, Clear Shot Entertainment LLC, payroll analysis |
| 30r | Summary, Clear Shot Entertainment LLC, revenue analysis |
| 32 | PPP loan file, Clear Shot Entertainment LLC, first draw, application |

| | |
|---|---|
| 33 | PPP loan file, Clear Shot Entertainment LLC, second draw, application |
| 34 | EIDL file, Clear Shot Entertainment LLC, application |
| 35a | Summary, Royal Elite Trans, LLC, accounts |
| 35l | Summary, Royal Elite Trans, LLC, loan deposits |
| 35r | Summary, Royal Elite Trans, LLC, revenue analysis |
| 36a | Summary, One Solution Group LLC, accounts |
| 36l | Summary, One Solution Group LLC, loan deposits |
| 36p | Summary, One Solution Group LLC, payroll analysis |
| 37a | Summary, Unfold Perception LLC, accounts |
| 37l | Summary, Unfold Perception LLC, loan deposits |
| 37p | Summary, Unfold Perception LLC, payroll analysis |
| 37r | Summary, Unfold Perception LLC, revenue analysis |
| 38a | Summary, DDZ Family Enterprises LLC, accounts |
| 38l | Summary, DDZ Family Enterprises LLC, loan deposits |
| 38p | Summary, DDZ Family Enterprises LLC, payroll analysis |
| 38r | Summary, DDZ Family Enterprises LLC, revenue analysis |
| 39a | Summary, Figueroa DBA Perfect Landscaping, accounts |
| 39l | Summary, Figueroa DBA Perfect Landscaping, loan deposits |
| 39r | Summary, Figueroa DBA Perfect Landscaping, revenue analysis |
| 40a | Summary, Sunrise City Construction Development LLC, accounts |
| 40l | Summary, Sunrise City Construction Development LLC, loan deposits |
| 40p | Summary, Sunrise City Construction Development LLC, payroll analysis |
| 40r | Summary, Sunrise City Construction Development LLC, revenue analysis |
| 41a | Summary, Ferro's Entertainment, accounts |
| 41l | Summary, Ferro's Entertainment, loan deposits |
| 41r | Summary, Ferro's Entertainment, revenue analysis |
| 42a | Summary, Jream Vision TV LLC, accounts |
| 42l | Summary, Jream Vision TV LLC, loan deposits |
| 42p | Summary, Jream Vision TV LLC, payroll analysis |
| 42r | Summary, Jream Vision TV LLC, revenue analysis |
| 43a | Summary, Cinda Foundation Inc, accounts |
| 43l | Summary, Cinda Foundation Inc, loan deposits |
| 43p | Summary, Cinda Foundation Inc, payroll analysis |
| 43r | Summary, Cinda Foundation Inc, revenue analysis |
| 45 | Naturalization records, N-445 |

| | |
|---|---|
| 47 | Naturalization records, N-400 |
| 50 | Factual proffer |

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:  s/ Marc Osborne
      Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov