## Loan Dates and Amounts

| COMPANY | EIDL/PPP | APPLICATION DATE | LOAN AMOUNT | DISBURSEMENT DATE |
|---|---|---|---|---|
| Royal Elite Trans, LLC | EIDL | 4/1/2020 | $ 289,400.00 | 12/21/2021 |
| One Solution Group LLC | PPP | 5/29/2020 | $ 20,833.00 | 6/1/2020 |
| Clear Shot Entertainment LLC | PPP | 6/15/2020 | $ 152,602.00 | 6/16/2020 |
| Unfold Perception LLC | PPP | 6/18/2020 | $ 81,954.00 | 6/22/2020 |
| Clear Shot Entertainment LLC | EIDL | 7/2/2020 | $ 149,900.00 | 7/13/2020 |
| DDZ Family Enterprises LLC | EIDL | 7/4/2020 | $ 149,900.00 | 7/8/2020 |
| Figueroa DBA Perfect Landscaping | EIDL | 7/13/2020 | $ 72,900.00 | 7/27/2020 |
| Sunrise City Construction Development LLC | EIDL | 7/16/2020 | $ 149,900.00 | 8/7/2020 |
| Ferro's Entertainment and Production LLC | EIDL | 7/21/2020 | $ 76,800.00 | 7/28/2020 |
| Jream Vision TV LLC | EIDL | 7/31/2020 | $ 149,900.00 | 8/11/2020 |
| Unfold Perception LLC | EIDL | 8/2/2020 | $ 20,000.00 | 8/4/2020 |
| Dad Money Investment Group, LLC | EIDL | 8/7/2020 | Not funded | Not funded |
| Cinda Fondation Inc. | EIDL | 11/18/2020 | Not funded | Not funded |
| Clear Shot Entertainment LLC | PPP | 2/12/2021 | $ 133,750.00 | 2/24/2021 |
| Sunrise City Construction Development LLC | PPP | 2/12/2021 | $ 143,222.00 | 2/17/2021 |
| Jream Vision TV LLC | PPP | 2/12/2021 | $ 143,412.00 | 2/17/2021 |
| Cinda Foundation Inc. | PPP | 2/15/2021 | $ 104,166.67 | 4/9/2021 |
| DDZ Family Enterprises LLC | PPP | 2/20/2021 | $ 143,445.00 | 2/23/2021 |
| Unfold Perception LLC | PPP | 2/22/2021 | $ 81,952.00 | 2/23/2021 |
| Ferro's Entertainment and Production LLC | PPP | 3/25/2021 | Not funded | Not funded |
| Sunrise City Construction Development LLC | PPP | 5/5/2021 | $ 143,447.00 | 5/6/2021 |
| Jream Vision TV LLC | PPP | 5/5/2021 | $ 143,447.00 | 5/6/2021 |
| DDZ Family Enterprises LLC | PPP | 5/5/2021 | $ 143,447.00 | 5/6/2021 |
| | | TOTAL | $ 2,514,377.67 | |



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-80144
EXHIBIT NO. 3