## Florida Department of Revenue Records

| APPLICATION DATE | COMPANY | PPP APPLICATION | | FLORIDA DEPARTMENT OF REVENUE (ANNUAL) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | AVERAGE MONTHLY PAYROLL | ANNUAL PAYROLL | 2019 | 2020 | 2021 | 2022 |
| 5/29/2020 | One Solution Group LLC | $ 8,333 | $ 99,998 | None | $ 7,315 | None | None |
| 6/15/2020 | Clear Shot Entertainment LLC | $ 61,041 | $ 732,492 | None | $ 104,143 | $ 27,968 | $ 500 |
| 6/18/2020 | Unfold Perception LLC | $ 32,782 | $ 393,380 | None | $ 49,172 | $ 49,194 | None |
| 2/12/2021 | Clear Shot Entertainment LLC | $ 64,542 | $ 774,504 | None | $ 104,143 | $ 27,968 | $ 500 |
| 2/12/2021 | Jream Vision TV LLC | $ 57,365 | $ 688,380 | None | None | $ 59,975 | None |
| 2/12/2021 | Sunrise City Construction Development LLC | $ 57,289 | $ 687,468 | None | None | $ 59,968 | None |
| 2/15/2021 | Cinda Foundation Inc | $ 57,168 | $ 686,016 | None | None | $ 27,231 | None |
| 2/20/2021 | DDZ Family Enterprises LLC | $ 57,378 | $ 688,536 | None | None | $ 60,050 | None |
| 2/22/2021 | Unfold Perception LLC | $ 32,781 | $ 393,372 | None | $ 49,172 | $ 49,194 | None |
| 5/5/2021 | DDZ Family Enterprises LLC | $ 57,379 | $ 688,548 | None | None | $ 60,050 | None |
| 5/5/2021 | Jream Vision TV LLC | $ 57,379 | $ 688,548 | None | None | $ 59,975 | None |
| 5/5/2021 | Sunrise City Construction Development LLC | $ 57,379 | $ 688,548 | None | None | $ 59,968 | None |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 4