## ADP Records and PPP Applications

| COMPANY | LOAN DISBURSEMENT DATE | DATE ADP ACCOUNT CREATED | ACCOUNT REPRESENTATIVE |
|---|---|---|---|
| One Solution Group LLC | 6/1/2020 | 6/24/2020 | MAX SAINTIL |
| Clear Shot Entertainment LLC | 6/16/2020 | 6/23/2020 | MAX SAINTIL |
| Unfold Perception LLC | 6/22/2020 | 6/30/2020 | MAX SAINTIL |
| Jream Vision TV LLC | 2/17/2021 | 3/17/2021 | JOFF PHILOSSAINT |
| Sunrise City Construction Development LLC | 2/17/2021 | 3/17/2021 | JOFF PHILOSSAINT |
| Cinda Foundation Inc. | 4/9/2021 | 4/19/2021 | JOFF PHILOSSAINT |
| DDZ Family Enterprises LLC | 2/23/2021 | 3/15/2021 | JOFF PHILOSSAINT |
| Unfold Perception LLC | 2/23/2021 | 5/6/2021 | JOFF PHILOSSAINT |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 6