# Payments to SAINTIL and PHILOSSAINT

| Application Date | Company | Loan Amount | Disbursement Date | Payment Deposit | Payee | Check/Wire Amount | Memo |
|---|---|---|---|---|---|---|---|
| 6/5/2020 | PREMIER ATHLETE ACADEMY INC. | $81,892.00 | 6/5/2020* | 6/29/2020 | *Royal Elite Trans* | $2,000.00 | |
| 6/15/2020 | CLEAR SHOT ENTERTAINMENT LLC | $152,602.00 | 6/16/2020 | 6/18/2020 | *Royal Elite Trans* | $18,270.00 | Account set-up |
| 6/18/2020 | UNFOLD PERCEPTION LLC | $81,954.00 | 6/22/2020 | 6/26/2020 | *Trust Alliance Inc.* | $10,654.02 | |
| 7/4/2020 | DDZ FAMILY ENTERPRISES | $156,900.00 | 7/7/2020 | 7/14/2020 | *50 State Insurance & Tax* | $15,700.00 | |
| 7/16/2020 | SUNRISE CITY CONSTRUCTION DEVELOPMENT LLC | $149,900.00 | 8/7/2020 | 8/11/2020 | *Excelcium Financial Inc* | $15,000.00 | |
| 7/31/2020 | JREAM VISION TV LLC | $149,900.00 | 8/11/2020 | 8/17/2020 | *Excelcium Financial Inc* | $15,000.00 | |
| 2/12/2021 | JREAM VISION TV LLC | $143,412.00 | 2/17/2021 | 2/22/2021 | *Elite International Venture Capital* | $10,000.00 | Advertisment |
| 2/12/2021 | SUNRISE CITY CONSTRUCTION DEVELOPMENT LLC | $143,222.00 | 2/17/2021 | 2/22/2021 | *Elite International Venture Capital* | $10,000.00 | |
| 2/14/2021 | BRIANNA MONIQUE GAYLE | $20,092.50 | 2/26/2021 | 3/25/2021 | *Dad Money Investment Group* | $3,994.00 | |
| 2/14/2021 | VEE & EMPOWERMENT LLC | $98,322.50 | 2/19/2021* | 3/25/2021 | *Elite International Venture Capital*<br>1001<br>1002<br>1003<br>1004 | $2,500.00<br>$2,500.00<br>$2,049.00<br>$3,400.00<br>(Total: $12,949.00) | Loan processing<br>Loan forgiveness<br>Payroll services<br>Business consulting and payroll monitoring |
| 2/15/2021 | CINDA FOUNDATION INC. | $104,166.67 | 4/9/2021 | 4/28/2021<br>4/28/2021<br>5/17/2021<br>6/29/2021 | *Elite International Venture Capital*<br>1060<br>1063<br>1064<br>1066 | $2,500.00<br>$3,000.00<br>$2,500.00<br>$2,416.70<br>(Total: $10,416.70) | |
| 2/15/2021 | MIA BOATS | $104,166.67 | 2/19/2021* | 3/12/2021<br>3/12/2021<br>3/25/2021<br>3/25/2021 | *Elite International Venture Capital*<br>1155<br>1156<br>1153<br>1154 | $2,800.00<br>$5,116.00<br>$2,500.00<br>$2,500.00<br>(Total: $12,916.00) | Payroll<br>Consultation<br>Processing<br>Filing |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 7

## Payments to SAINTIL and PHILOSSAINT

| Application Date | Company | Loan Amount | Disbursement Date | Payment Deposit | Payee | Check/Wire Amount | Memo |
|---|---|---|---|---|---|---|---|
| 2/18/2021 | AZARA IMPORT & EXPORT LLC | $104,166.67 | 3/13/2021* | 3/25/2021 | *Dad Money Investment Group*<br>177<br>178<br>179<br>180<br>181 | $3,125.00<br>$2,500.00<br>$2,500.00<br>$2,500.00<br>$2,291.69<br>(Total: $12,916.69) | Accountant<br>Processing<br>Terminations<br>Payroll<br>business monitoring |
| 2/20/2021 | DDZ FAMILY ENTERPRISES | $143,445.00 | 2/23/2021 | 3/25/2021<br>3/25/2021<br>3/12/2021<br>3/12/2021 | *Dad Money Investment Group*<br>1122<br>1123<br>1124<br>1125 | $2,500.00<br>$2,500.00<br>$5,922.00<br>$5,920.00<br>(Total: 16,842.00) | Processing<br>Filing<br>Business consult |
| 2/22/2021 | UNFOLD PERCEPTION LLC | $81,952.00 | 2/23/2021 | 3/12/2021 | *Dad Money Investment Group* | $5,597.00 | Accounting |
| 5/5/2021 | DDZ FAMILY ENTERPRISES | $143,447.00 | 5/5/2021 | 5/18/2021<br>5/18/2021<br><br>5/18/2021<br>5/18/2021 | *Elite International Venture Capital*<br>1289<br>1292<br>*Dad Money Investment Group*<br>1290<br>1291 | $4,445.00<br>$4,000.00<br><br><br>$4,900.00<br>$2,500.00<br>(Total: $15,845.00) | |
| 5/5/2021 | SUNRISE CITY CONSTRUCTION DEVELOPMENT LLC | $143,447.00 | 5/6/2021 | 5/17/2021 | *Elite International Venture Capital*<br>1017 | $10,000.00 | Advertisment |
| 5/5/2021 | JREAM VISION TV LLC | $143,447.00 | 5/6/2021 | 5/18/2021 | *Elite International Venture Capital*<br>WIRE | $7,300.00 | |

* Promissory note or loan agreement date