

### State of Florida
### Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of DAD MONEY INVESTMENT GROUP, LLC., document number L20000190088, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
September 27, 2022



*[signature]*



## State of Florida
### Department of State

I certify the attached is a true and correct copy of the complete file of DAD MONEY INVESTMENT GROUP, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000190088.



Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-sixth day of September, 2022



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

# Electronic Articles of Organization For Florida Limited Liability Company

L20000190088
FILED 8:00 AM
July 06, 2020
Sec. Of State
acbrown

## Article I

The name of the Limited Liability Company is:

DAD MONEY INVESTMENT GROUP, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1000 W PEMBROKE ROAD
STE 105
HALLANDALE BEACH, FL. US 33009

The mailing address of the Limited Liability Company is:

1000 W PEMBROKE ROAD
STE 105
HALLANDALE BEACH, FL. US 33009

## Article III

The name and Florida street address of the registered agent is:

JOFF PHILOSSAINT
1000 W PEMBROKE ROAD
STE 105
HALLANDALE BEACH, FL. 33009

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  ONE SOLUTION GROUP, LLC

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
JOFF G PHILOSSAINT
1000 W PEMBROKE ROAD, STE 105
HALLANDALE BEACH, FL.   33009  US

Title: MGR
WORLF PHILOSSAINT
1000 W PEMBROKE ROAD, STE 105
HALLANDALE BEACH, FL.   33009  US

L20000190088
FILED 8:00 AM
July 06, 2020
Sec. Of State
acbrown

## Article V

The effective date for this Limited Liability Company shall be:

07/03/2020

Signature of member or an authorized representative

Electronic Signature: JOFF PHILOSSAINT

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L20000190088

**Entity Name:** DAD MONEY INVESTMENT GROUP, LLC

**FILED**
**Mar 24, 2021**
**Secretary of State**
**5996366730CC**

**Current Principal Place of Business:**

1000 W PEMBROKE ROAD
303
HALLANDALE BEACH, FL 33009

**Current Mailing Address:**

1000 W PEMBROKE ROAD
STE 303
HALLANDALE BEACH, FL 33126 US

**FEI Number:** 85-1945880

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

PHILOSSAINT, JOFF
1000 W PEMBROKE ROAD
STE 302
HALLANDALE BEACH, FL 33009 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                  Date

## Authorized Person(s) Detail:

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | COO |
| Name | PHILOSSAINT, JOFF S W | Name | PHILOSSAINT, WORLF |
| Address | 1000 W PEMBROKE ROAD 302 | Address | 1000 W PEMBROKE ROAD 303 |
| City-State-Zip: | HALLANDALE BEACH FL 33009 | City-State-Zip: | HALLANDALE BEACH FL 33009 |

| | |
|---|---|
| Title | INTERNATIONAL INVESTMENT DIRECTOR |
| Name | PHILOSSAINT, JEAN JOSEPH |
| Address | 1000 W PEMBROKE ROAD 303 |
| City-State-Zip: | HALLANDALE BEACH FL 33009 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOFF STENN WROY PHILOSSAINT                             PRESIDENT                             03/24/2021

Electronic Signature of Signing Authorized Person(s) Detail                                                                 Date

# 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

**DOCUMENT#** L20000190088

**Entity Name:** DAD MONEY INVESTMENT GROUP, LLC

**FILED**
**Apr 30, 2022**
**Secretary of State**
**3118054941CC**

**Current Principal Place of Business:**

3 SW 129 AVENUE
SUITE 202
PEMBROKE PINES, FL 33027

**Current Mailing Address:**

3 SW 129 AVENUE
SUITE 202
PEMBROKE PINES, FL 33027 US

**FEI Number:** 85-1945880

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOLLINCHI LAW, PA
3 SW 129 AVENUE
SUITE 202
PEMBROKE PINES, FL 33027 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: MARIEL TOLLINCHI, ESQ.                                          04/30/2022
Electronic Signature of Registered Agent                                          Date

## Authorized Person(s) Detail :

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | COO |
| Name | PHILOSSAINT, JOFF S W | Name | PHILOSSAINT, WORLF |
| Address | 3 SW 129 AVENUE SUITE 202 | Address | 3 SW 129 AVENUE SUITE 202 |
| City-State-Zip: | PEMBROKE PINES FL 33027 | City-State-Zip: | PEMBROKE PINES FL 33027 |

| | |
|---|---|
| Title | INTERNATIONAL INVESTMENT DIRECTOR |
| Name | PHILOSSAINT, JEAN JOSEPH |
| Address | 3 SW 129 AVENUE SUITE 202 |
| City-State-Zip: | PEMBROKE PINES FL 33027 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOFF PHILOSSAINT                                    P                     04/30/2022
Electronic Signature of Signing Authorized Person(s) Detail                          Date