

# State of Florida
## Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of ONE SOLUTION GROUP, LLC, document number L19000285391, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
September 28, 2022



*[signature]*

Case 9:22-cr-80144-RS   Document 204-9   Entered on FLSD Docket 02/15/2023   Page 2 of 8



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of ONE SOLUTION GROUP, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000285391.

I further certify that said company was voluntarily dissolved on January 11, 2021.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-seventh day of September, 2022

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L19000285391
FILED 8:00 AM
November 18, 2019
Sec. Of State
vherring

## Article I

The name of the Limited Liability Company is:

ONE SOLUTION GROUP, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1000 WEST HALLANDALE BEACH BLVD
STE 105
HALLANDALE BEACH, FL. 33009

The mailing address of the Limited Liability Company is:

1000 WEST HALLANDALE BEACH BLVD
STE 105
HALLANDALE BEACH, FL. 33009

## Article III

Other provisions, if any:

ONE SOLUTION GROUP, LLC PROVIDES FINANCIAL SERVICES TO BUSINESSES, INVESTORS, OR INDIVIDUALS PREPARING FOR THE FUTURE. WE HELP CLIENTS REACH THEIR GOALS WITH REAL ESTATE, LIFE AND HEALTH INSURANCE, CREDIT REPAIR AND FINANCIAL CONSULTING.

## Article IV

The name and Florida street address of the registered agent is:

JOFF PHILOSSAINT
1000 WEST HALLANDALE BEACH BOULEVARD
117
HALLANDALE BEACH, FL. 33009

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: JOFF PHILOSSAINT

## Article V

The name and address of person(s) authorized to manage LLC:

Title: AMBR
STELLE MARTIAL
5502 WASHINGTON STREET, 113D
HOLLYWOOD, FL.  33021

Title: AMBR
LEONARDO LUCAS
1520 NW 55TH AVE
LAUDERHILL, FL.  33313

Title: AMBR
JOFF PHILOSSAINT
1000 WEST HALLANDALE BEACH BLVD, STE 117
HALLANDALE BEACH, FL.  33009

L19000285391
FILED 8:00 AM
November 18, 2019
Sec. Of State
vherring

## Article VI

The effective date for this Limited Liability Company shall be:

11/17/2019

Signature of member or an authorized representative

Electronic Signature: JOFF PHILOSSAINT

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L19000285391

**Entity Name:** ONE SOLUTION GROUP, LLC

**FILED**
**Jun 29, 2020**
**Secretary of State**
**6967473823CC**

**Current Principal Place of Business:**

1000 W PEMBROKE RD
SUITE 105
HALLANDALE BEACH, FL 33009

**Current Mailing Address:**

1000 W PEMBROKE RD
SUITE 105
HALLANDALE BEACH, FL 33009 US

**FEI Number:** 84-3883448

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PHILOSSAINT, JOFF
1000 WEST HALLANDALE BEACH BOULEVARD
117
HALLANDALE BEACH, FL 33009 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | AMBR | | Title | AMBR |
| Name | MARTIAL, STELLE | | Name | LUCAS, LEONARDO |
| Address | 5502 WASHINGTON STREET, 113D | | Address | 1520 NW 55TH AVE |
| City-State-Zip: | HOLLYWOOD  FL  33021 | | City-State-Zip: | LAUDERHILL  FL  33313 |

| | |
|---|---|
| Title | AMBR |
| Name | PHILOSSAINT, JOFF |
| Address | 1000 W PEMBROKE RD STE 117 |
| City-State-Zip: | HALLANDALE BEACH  FL  33009 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: STELLE MARTIAL                              MANAGER                        06/29/2020

Electronic Signature of Signing Authorized Person(s) Detail                                      Date

FILED
Jan 11, 2021
Secretary of State

## ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:
ONE SOLUTION GROUP, LLC

The document number of the limited liability company: L19000285391

The file date of the articles of organization: November 18, 2019

The effective date of the dissolution if not effective on the date of filing: January 11, 2021

A description of occurance that resulted in the limited liability company's dissolution:
OUT OF FUND OPENING A NEW ONE

The name and address of the person appointed to wind up the company's activities and affairs:

JOFF PHILOSSAINT
1000 W PEMBROKE ROAD, STE 302
HALLANDALE BEACH, FL  33009

I/we submit this document and affirm that the facts stated herein are true.  I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   STELLE MARTIAL
             Electronic Signature of authorized person

**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L19000285391

**Entity Name:** ONE SOLUTION GROUP, LLC

**FILED**
**Jan 11, 2021**
**Secretary of State**
**4980074854CC**

**Current Principal Place of Business:**

1000 W PEMBROKE RD
SUITE 105
HALLANDALE BEACH, FL 33009

**Current Mailing Address:**

1000 W PEMBROKE RD
SUITE 105
HALLANDALE BEACH, FL 33009 US

**FEI Number:** 84-3883448

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MARTIAL, STELLE
1000 WEST HALLANDALE BEACH BOULEVARD
117
HALLANDALE BEACH, FL 33009 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: STELLE MARTIAL                                                                01/11/2021
Electronic Signature of Registered Agent                                                 Date

**Authorized Person(s) Detail :**

| Title | AMBR | Title | AMBR |
|---|---|---|---|
| Name | MARTIAL, STELLE | Name | LUCAS, LEONARDO |
| Address | 5502 WASHINGTON STREET, 113D | Address | 1520 NW 55TH AVE |
| City-State-Zip: | HOLLYWOOD FL 33021 | City-State-Zip: | LAUDERHILL FL 33313 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: STELLE MARTIAL                                     MBR                        01/11/2021
Electronic Signature of Signing Authorized Person(s) Detail                              Date