PNC Bank, National Association
## Account Registration and Agreement

☐ Certification Status on File

**◈ PNC BANK**

PP59986

| Legal Title | TIN | Home Phone # | Work Phone # | Email Address |
|---|---|---|---|---|
| DAD MONEY INVESTMENT GROUP, LLC | 85-1945880 | | | |
| | | | | |
| | | | | |

| Account Address | Foreign Address |
|---|---|
| 6640 NW 7TH ST APT 813<br>MIAMI FL 33126 | |

Check appropriate box for federal tax classification (required):

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trustee/Estate

☒ Limited liability company. Enter the tax classification (C = C corporation, S = S corporation, P = partnership)   S

Note: For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions)

**Certification of Owner:** Under penalties of perjury, I certify that:
(1) The number on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
(2) I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
(3) I am a U.S. citizen or other U.S. person; and
(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**If you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return, you must cross out item (2) in your certification.**

☐ Check this box if you are a non-resident alien and complete W-8BEN. By checking this box, the only purpose this document will serve for is a Signature Card for the account. It will not serve as a W-9.

**Account Agreement:** By signing this Account Registration and Agreement and/or by using the account, by requesting and/or using and/or later adding any account-related services, including but not limited to Debit Card/ATM Card, Overdraft Protection, and PNC Bank Online services, I agree to be bound by the terms and conditions of the Account Agreement for (Business or Personal as applicable) Checking, Savings, Money Market Accounts, Certificates of Deposit, Retirement Accounts and Coverdell Education Savings Accounts and any applicable Schedule of Service Charges and Fees, as well as other terms and conditions that may apply to my PNC Bank account, account features and/or services. I agree that my account is subject to approval by PNC Bank. Where there is more than one account owner, the account is held as joint tenants with right of survivorship.

| Account # | Product | Branch | Effective Date | Application Date | Application # |
|---|---|---|---|---|---|
| 3583 | BUSINESS CHECKING | 9-0100833 | 07/28/2020 | 07/28/2020 | 1-9M85T9P |

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

DAD MONEY INVESTMENT GROUP LLC
JOFF PHILOSSAINT MGR
MANAGER

X _____ Signature   07-28-2020   Date

X _____ Signature   _____ Date

X _____ Signature   _____ Date

X _____ Signature   _____ Date

X _____ Signature   _____ Date

PNC Bank internal use only instructions: Please image this form via the MFD Scan to Folder process by selecting the Signature Card folder.

RDAOMS02A-0818                    Page 1 of 1

---

**Account Number**

**Scan Date**          2020 Jul 29

**Orig Acct Number**   0

**Orig Bank Number**   0

**Converted Acct Flag**