## PPP Loan Applications Monthly Payroll Analysis

| APPLICATION DATE | COMPANY | AVERAGE MONTHLY PAYROLL | | | |
|---|---|---|---|---|---|
| | | PER APPLICATION | 2019 | 1/1/2020 – APPLICATION DATE | 2020 |
| 5/29/2020 | One Solution Group LLC | $ 8,333.00 | $ 0.00 | $ 1,073.48 | $ 2,499.84 |
| 6/15/2020 | Clear Shot Entertainment LLC | $ 61,041.00 | $ 1,485.13 | $ 59.38 | $ 11,514.90 |
| 6/18/2020 | Unfold Perception LLC | $ 32,782.00 | $ 25.00 | $ 64.11 | $ 5,703.68 |
| 2/12/2021 | Clear Shot Entertainment LLC | $ 64,542.00 | $ 1,485.13 | N/A | $ 11,514.90 |
| 2/12/2021 | Jream Vision TV LLC | $ 57,365.00 | $ 964.17 | N/A | $ 712.08 |
| 2/12/2021 | Sunrise City Construction Development LLC | $ 57,289.00 | $ 8,651.33 | N/A | $ 6,158.17 |
| 2/15/2021 | Cinda Foundation Inc. | $ 57,168.00 | $ 5,328.92 | N/A | $ 275.00 |
| 2/20/2021 | DDZ Family Enterprises LLC | $ 57,378.00 | $ 536.42 | N/A | $ 4,110.83 |
| 2/22/2021 | Unfold Perception LLC | $ 32,781.00 | $ 25.00 | N/A | $ 5,703.68 |
| 5/5/2021 | DDZ Family Enterprises LLC | $ 57,379.00 | $ 536.42 | N/A | $ 4,110.83 |
| 5/5/2021 | Jream Vision TV LLC | $ 57,379.00 | $ 964.17 | N/A | $ 712.08 |
| 5/5/2021 | Sunrise City Construction Development LLC | $ 57,379.00 | $ 8,651.33 | N/A | $ 6,158.17 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 28