## EIDL Applications Gross Revenues Analysis

| APPLICATION DATE | COMPANY | GROSS REVENUES | |
|---|---|---|---|
| | | APPLICATION | BANK RECORDS |
| 4/1/2020 | Royal Elite Trans LLC | $ 130,000.00 | $ 107,204.10 |
| 7/2/2020 | Clear Shot Entertainment LLC | $ 475,432.00 | $ 169,231.07 |
| 7/4/2020 | DDZ Family Enterprises LLC | $ 412,885.00 | $ 37,458.79 |
| 7/13/2020 | Dulce Figueroa DBA Perfect Landscaping | $ 145,800.00 | $ 74,201.73 |
| 7/16/2020 | Sunrise City Construction Development LLC | $ 474,885.00 | $ 491,659.80 |
| 7/21/2020 | Ferro's Entertainment and Production LLC | $ 167,290.00 | $ 0.00 |
| 7/31/2020 | Jream Vision TV LLC | $ 384,451.00 | $ 5,400.00 |
| 8/2/2020 | Unfold Perception LLC | $ 40,000.00 | $ 2,501.71 |
| 11/18/2020 | Cinda Foundation Inc. | $ 238,254.00 | $ 66,810.00 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 29