Clear Shot Entertainment LLC

| Bank Accounts | | |
|---|---|---|
| **Account Holder:** | Clear Shot Entertainment | Clear Shot Entertainment |
| **Account Signer(s):** | Robenson Lauvince | Robenson Lauvince, Wesberge Lauvince |
| **Bank:** | Wells Fargo | PNC |
| **Account #:** | 5325 | 3375 |
| **Account Type:** | Business Choice Checking | Business Checking |
| **Opened:** | 2/15/2018 | 9/22/2020 |
| **Statements Rec'd:** | 1/1/2019 - 8/31/2022 | 9/2/2020 - 7/8/2022 |