Clear Shot Entertainment LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Disbursement Date | Amount | Trans Type | Lender | Acct # |
| Clear Shot Entertainment | PPP Loan | 6/16/2020 | $152,602 | EFT | Celtic Bank | 5325 |
| Clear Shot Entertainment | EIDL | 7/7/2020 | $10,000 | EFT | SBA | 5325 |
| Clear Shot Entertainment | EIDL | 7/13/2020 | $149,900 | EFT | SBA | 5325 |
| Clear Shot Entertainment | PPP Loan | 2/24/2021 | $133,750 | ACH In | Itria Ventures LLC | 5325 |