Clear Shot Entertainment LLC

| | Potential Payroll | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | | | 1/1/2020 - 6/15/2020 | | | | 2020 | | | | |
| Potential Employee | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | Note |
| Jean Lefort | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,395 | $100 | $5,495 | $458 | 1, 2, 5 |
| Robenson Lauvince | $0 | $12,100 | $12,100 | $1,008 | $0 | $0 | $0 | $0 | $34,433 | $7,261 | $41,694 | $3,475 | 1, 2, 5 |
| Fanes Lauvince | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,569 | $0 | $3,569 | $297 | 1, 2, 5 |
| Wesberge Pierre | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $18,288 | $1,400 | $19,688 | $1,641 | 1, 2, 5 |
| Regine Rene | $0 | $450 | $450 | $38 | $0 | $119 | $119 | $22 | $9,283 | $1,459 | $10,742 | $895 | 1, 2, 5 |
| Johane Charles | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,735 | $0 | $3,735 | $311 | 1, 2, 5 |
| Payroll Related | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $26,266 | $0 | $26,266 | $2,189 | 1, 5 |
| Cash Withdrawal | $0 | $5,272 | $5,272 | $439 | $0 | $208 | $208 | $38 | $0 | $26,991 | $26,991 | $2,249 | 5 |
| Total | $0 | $17,822 | $17,822 | $1,485 | $0 | $327 | $327 | $59 | $100,969 | $37,210 | $138,179 | $11,515 | |

| Reported vs Potential Average Monthly Payroll | | | | Number of Employees | | |
|---|---|---|---|---|---|---|
| Period / Year | PPP Application | Bank Records | Difference | Percent Difference | EIDL Application | PPP Application | State / ADP / Bank Records |
| 2019 | $61,041 | $1,485 | -$59,556 | 4010% | 10 | 6 | 2 |
| 1/1/2020 - 6/15/2020 | $61,041 | $59 | -$60,982 | 102694% | 10 | 6 | 2 |
| 2020 | $64,542 | $11,515 | -$53,027 | 461% | | 6 | 6 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 30p