Clear Shot Entertainment LLC

| Potential Gross Receipts | Reported vs Potential Gross Receipts | | | | | |
|---|---|---|---|---|---|---|
| | 1/1/2019 - 1/31/2020 | | 1/1/2019 - 12/31/2019 | | 1/1/2020 - 12/31/2020 | |
| | EIDL Application | Bank Records | PPP Application (1st Draw) | Bank Records | PPP Application (2nd Draw) | Bank Records |
| **Before Adjustments** | $475,432 | $175,641 | $732,499 | $162,924 | $527,399 | $571,579 |
| Adjustments: | | | | | | |
|   Transfers from Robenson Lauvince | | -$6,000 | | -$6,000 | | $0.00 |
|   Purchase Returns | | -$200 | | -$200 | | $0.00 |
|   Bank Adjustment Credits | | -$210 | | -$210 | | $0.00 |
|   PPP Loan | | $0 | | $0 | | -$152,602.00 |
|   PPP Proceeds | | $0 | | $0 | | -$125,000.00 |
|   EIDL | | $0 | | $0 | | -$159,900.00 |
| **After Adjusmtments** | $475,432 | $169,231 | $732,499 | $156,514 | $527,399 | $134,077 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 30r