Royal Elite Trans LLC

| | Bank Accounts | | | | |
|---|---|---|---|---|---|
| **Account Holder:** | Royal Elite Trans LLC | Royal Elite Trans LLC | Royal Elite Trans LLC | Royal Elite Trans LLC | Royal Elite Trans LLC |
| **Account Signer(s):** | Joff Philossaint | Joff Philossaint | Joff Philossaint | Joff Philossaint | Joff Philossaint |
| **Bank:** | BOA | BOA | PNC | Synovus Bank | Synovus Bank |
| **Account #:** | 0778 | 0080 | 3559 | 4233 | 09540 |
| **Account Type:** | Checking | Checking | Checking | Checking | Business CD |
| **Opened:** | 4/11/2018 | 4/17/2018 | 7/28/2020 | 8/10/2020 | 3/24/2021 |
| **Statements Rec'd:** | 1/1/2019 - 12/31/2020 | 1/1/2019 - 3/31/2022 | 7/28/2020 - 9/30/2021 | 8/10/2020 - 6/22/2021 | 3/24/2021 - 11/8/2021 |