Royal Elite Trans LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Loan Type** | **Posted Date** | **Amount** | **Type** | **Lender** | **Stmt Acct #** |
| Royal Elite Trans LLC | EIDL | 4/22/2020 | $2,000.00 | ACH In | SBA | 0080 |
| Royal Elite Trans LLC | PPP Loan | 5/4/2020 | $2,536.00 | Deposit | BOA | 0778 |
| Royal Elite Trans LLC | PPP Loan | 3/18/2021 | $20,833.00 | Loan | Cross River | 0080 |
| Royal Elite Trans LLC | EIDL | 7/7/2021 | $8,000.00 | ACH In | SBA | 0080 |
| Royal Elite Trans LLC | EIDL | 12/21/2021 | $289,400.00 | ACH In | SBA | 0080 |