Royal Elite Trans LLC

| Reported vs Potential Gross Receipts | | | |
|---|---|---|---|
| | | Bank Records | |
| Potential Gross Receipts | EIDL Application | 1/1/2019 - 1/31/202 | 2/1/2020 - 1/31/2021 |
| **Before Adjustments** | $130,000 | $156,889 | $335,451 |
| **Adjustments:** | | | |
| Returned Checks / Debits | | -$27,989 | -$6,525 |
| Transfers from Royal Elite Trans | | -$10,410 | -$79,551 |
| IRS Refunds | | -$4,586 | -$1,700 |
| Transfers from Leonardo Lucas | | -$3,500 | $0 |
| Misc Credit Adjustments | | -$3,200 | $0 |
| Transfers from Excelcium Financial Inc. | | $0 | -$77,000 |
| Transfers from Stelle Martial | | $0 | -$40,150 |
| Transfers from Joff Philossaint | | $0 | -$22,857 |
| Transfers from Clear Shot Entertainment LLC | | $0 | -$18,270 |
| Transfers from Ferlinda Philossaint | | $0 | -$3,660 |
| EIDL | | $0 | -$2,000 |
| PPP Loan | | $0 | -$2,536 |
| Transfers from Worlf Philossaint | | $0 | -$45 |
| **After Adjusmtments** | $130,000 | $107,204 | $81,157 |



AO388-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-80144

EXHIBIT NO. 35r