One Solution Group LLC

| Bank Accounts | | | | |
|---|---|---|---|---|
| **Account Holder:** | Joff Philossaint | One Solution Group LLC | One Solution Group LLC | One Solution Group LLC |
| **Account Signer(s):** | Joff Philossaint | Stelle Martial<br>Leonardo Lucas<br>Joff Philossaint | Joff Philossaint<br>Leonardo Lucas | Stelle Martial |
| **Bank:** | TD Bank | Wells Fargo | Synovus | Wells Fargo |
| **Account #:** | 0778 | 9517 | 4225 | 7906 |
| **Account Type:** | TD Simple Checking | Business Checking | Business Checking | Business Checking |
| **Opened:** | 10/17/2018 | 6/5/2020 | 8/10/2020 | 12/31/2020 |
| **Statements Rec'd:** | 12/21/19 - 8/20/22 | 6/5/20 - 1/31/21 | 8/10/20 - 11/30/21 | 12/31/20 - 3/31/22 |