One Solution Group LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Date | Amount | Trans Type | Lender | Acct # |
| One Solution Group LLC | PPP Loan | 6/1/2020 | $20,833 | EFT | Celtic Bank | ████0778 |