One Solution Group LLC

| | Potential Payroll | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | | | 1/1/2020 - 5/29/2020 | | | | 2020 | | | | |
| Potential Employee | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | Note |
| Joff Philossaint | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,147 | $0 | $5,147 | $429 | 1, 2, 5 |
| Leonardo Lucas | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,573 | $300 | $2,873 | $239 | 1, 2, 5 |
| Worlf Philossaint | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,000 | $2,000 | $167 | 3 |
| Ange Martial | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $790 | $790 | $66 | 3 |
| Stelle Martial | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 4 |
| Ferlinda Philossaint | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500 | $500 | $42 | 4 |
| Cash Withdrawal | $0 | $0 | $0 | $0 | $0 | $5,303 | $5,303 | $1,073 | $0 | $18,688 | $18,688 | $1,557 | 5 |
| Total | $0 | $0 | $0 | $0 | $0 | $5,303 | $5,303 | $1,073 | $7,720 | $22,278 | $29,998 | $2,500 | |

| Reported vs Potential Average Payroll | | | | Reported vs Potential No of Employees | | |
|---|---|---|---|---|---|---|
| Period / Year | PPP Application | Bank Records | Difference | Percent Difference | EIDL Application | PPP Application | State / ADP / Bank Records |
| 2019 | $8,333 | $0 | -$8,333 | | 4 | 9 | 1 |
| 1/1/2020 - 5/29/2020 | $8,333 | $1,073 | -$7,260 | | 4 | 9 | 1 |
| 2020 | $8,333 | $2,500 | -$5,833 | 233% | | | |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 36p