Unfold Perception LLC

| Bank Account | |
|---|---|
| **Account Holder:** | Unfold Perception LLC |
| **Account Signer(s):** | Regine Rene |
| **Bank:** | Wells Fargo |
| **Account #:** | ▮▮▮▮8839 |
| **Account Type:** | Business Choice Checking |
| **Opened:** | 6/29/2019 |
| **Statements Rec'd:** | 7/1/2019 - 7/31/2022 |