Unfold Perception LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Loan Type** | **Disbursement Date** | **Amount** | **Trans Type** | **Lender** | **Acct #** |
| Unfold Perception LLC | PPP Loan | 6/22/2020 | $81,954 | EFT | Celtic Bank | 8839 |
| Unfold Perception LLC | EIDL | 8/4/2020 | $20,000 | EFT | SBA | 8839 |
| Unfold Perception LLC | PPP Loan | 2/23/2021 | $81,952 | EFT | Celtic Bank | 8839 |