Unfold Perception LLC

| | Potential Payroll | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | | | 1/1/2020 - 6/18/2020 | | | | 2020 | | | | |
| Potential Employee | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | Note |
| Regine Rene | $0 | $0 | $0 | $0 | $0 | $350 | $350 | $63 | $24,574 | $350 | $24,924 | $2,077 | 1, 2, 5 |
| Paulette Cima | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,853 | $0 | $3,853 | $321 | 1, 2, 5 |
| Robenson Lauvince | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12,895 | $9,822 | $22,717 | $1,893 | 1, 2, 5 |
| Payroll Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,226 | $0 | $13,226 | $1,102 | 1, 5 |
| Payroll Fees | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $715 | $0 | $715 | $60 | 1, 5 |
| Cash Withdrawal | $0 | $300 | $300 | $25 | $0 | $9 | $9 | $2 | $0 | $3,009 | $3,009 | $251 | 5 |
| Total | $0 | $300 | $300 | $25 | $0 | $359 | $359 | $64 | $55,263 | $13,181 | $68,444 | $5,704 | |

| Reported vs Potential Average Monthly Payroll | | | | | Reported vs Potential No of Employees | |
|---|---|---|---|---|---|---|
| Period / Year | PPP Application | Bank Records | Difference | Percent Difference | PPP Application | State / ADP / Bank Records |
| 2019 | $32,781.66 | $25 | $32,757 | 3275666% | 3 | 1 |
| 1/1/2020 - 6/18/2020 | $32,781.66 | $64 | $32,718 | 51036% | 3 | 1 |
| 2020 | $32,781.66 | $5,704 | $27,078 | 475% | 3 | 1 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 37p