Unfold Perception LLC

| Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | | |
|---|---|---|---|---|
| Potential Gross Receipts | EIDL Application | Bank Records | Difference | Percent Difference |
| **Before Adjustments:** | $40,000 | $2,603 | $37,397 | 1436% |
| Adjustments: | | | | |
|   Purchase Returns | | -$52 | | |
|   Transfers from Regine Rene | | -$50 | | |
| **After Adjusmtments:** | $40,000 | $2,502 | -$37,498 | 1499% |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 37r