DDZ Family Enterprises LLC

| Bank Account | |
|---|---|
| **Account Holder:** | DDZ Family Enterprises LLC |
| **Account Signer(s):** | David Johnson |
| **Bank:** | Chase |
| **Account #:** | ▮▮▮▮2273 |
| **Account Type:** | Chase Business Classic |
| **Opened:** | 5/4/2010 |
| **Statements Rec'd:** | 1/1/2019 - 7/29/2022 |