DDZ Family Enterprises LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Disbursement Date | Amount | Trans Type | Lender | Acct # |
| DDZ Family Enterprises LLC | EIDL | 7/7/2020 | $7,000 | ACH Deposit | SBA | 2273 |
| DDZ Family Enterprises LLC | EIDL | 7/8/2020 | $156,900 | ACH Deposit | SBA | 2273 |
| DDZ Family Enterprises LLC | PPP | 2/23/2021 | $143,455 | ACH Deposit | Cross River Bank | 2273 |
| DDZ Family Enterprises LLC | PPP | 5/6/2021 | $143,447 | ACH Deposit | Cross River Bank | 2273 |