DDZ Family Enterprises LLC

| Potential Employee | Potential Payroll ||||||||||||  | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2019 |||| 1/1/2020 - 7/4/2020 |||| 2020 ||||  |
|  | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll |  |
| David Johnson | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2 |
| Shantalette Powell | $0 | $100 | $100 | $8 | $0 | $240 | $240 | $39 | $0 | $490 | $490 | $41 | 1, 2 |
| Daejah Johnson | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $200 | $200 | $17 | 1, 2 |
| Zanise Johnson | $0 | $251 | $251 | $21 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2 |
| Alexander Stoveall | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2 |
| Payroll Related | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 5 |
| Cash Withdrawal | $0 | $6,086 | $6,086 | $507 | $0 | $4,790 | $4,790 | $781 | $0 | $48,640 | $48,640 | $4,053 | 5 |
| Total | $0 | $6,437 | $6,437 | $536 | $0 | $5,030 | $5,030 | $821 | $0 | $49,330 | $49,330 | $4,111 |  |

| Year | Reported vs Potential Average Monthly Payroll |||| Reported vs Potential No of Employees |||
|---|---|---|---|---|---|---|---|
|  | PPP Application | Bank Records | Difference | Percent Difference | EIDL Application | PPP Application | State / ADP / Bank Records |
| 2019 | $57,378 | $536 | $56,842 | 10597% | 7 | 5 | 1 |
| 1/1/2020 - 7/4/2020 | $57,378 | $821 | $56,557 | 6893% | 7 | 5 | 1 |
| 2020 | $57,378 | $4,111 | $53,267 | 1296% | 7 | 5 | 1 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 38p