DDZ Family Enterprises LLC

| Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | |
|---|---|---|---|
| EIDL Application | Bank Records | Difference | Percent Difference |
| $412,885 | $37,459 | -$375,426 | 1002% |