Dulce Figueroa DBA Perfect Landscaping

| Bank Accounts | |
|---|---|
| **Account Holder:** | Orlando Ferro, Yerro Ferro, Dulce Figueroa |
| **Account Signer(s):** | Orlando Ferro, Yerro Ferro, Dulce Figueroa |
| **Bank:** | Popular Bank |
| **Account #:** | ███████3145 |
| **Account Type:** | Popular Prestige Checking |
| **Opened:** | 2/27/2007 |
| **Statements Rec'd:** | 12/29/2017 - 8/10/2022 |