Dulce Figueroa DBA Perfect Landscaping

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Date | Amount | Trans Type | Lender | Acct # |
| Dulce Figueroa DBA Perfect Landscaping | EIDL | 7/27/2020 | $72,800 | Preauthorized Credit | SBA | ▮3145 |