Dulce Figueroa DBA Perfect Landscaping

| Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | | |
|---|---|---|---|---|
| **Potential Gross Receipts** | **EIDL Application** | **Bank Records** | **Difference** | **Percent Difference** |
| **Before Adjustments:** | $145,800 | $110,462 | -$35,338 | 32% |
| **Adjustments:** | | | | |
|    Social Security Deposits | | -$16,751 | | |
|    Returned Checks | | -$16,600 | | |
|    TCS Treasury Deposits | | -$2,910 | | |
| **After Adjustments** | $145,800 | $74,202 | -$71,598 | 96% |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 39r