Sunrise City Construction Development LLC

| Bank Account | |
|---|---|
| **Account Holder:** | Sunrise City Construction Development LLC |
| **Account Signer(s):** | Maurice Shazier |
| **Bank:** | Bank of America |
| **Account #:** | ▮▮▮▮▮▮ 7117 |
| **Account Type:** | Business Advantage Relationship Banking Preferred Rewards for Bus Platinum Honors |
| **Opened:** | 7/2/2019 |
| **Statements Rec'd:** | 7/1/2019 - 3/31/2022 |