Sunrise City Construction Development LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Date | Amount | Trans Type | Payor | Acct # |
| Sunrise City Construction Development LLC | EIDL | 8/7/2020 | $149,900 | ACH In | SBA | 7117 |
| Sunrise City Construction Development LLC | PPP Loan | 2/17/2021 | $143,222 | Loan Advance Credit | Cross River Bank | 7117 |
| Sunrise City Construction Development LLC | PPP Loan | 5/6/2021 | $143,447 | Loan Advance Credit | Cross River Bank | 7117 |