Sunrise City Construction Development LLC

| Potential Employee | Potential Payroll ||||||||||||| Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 |||| 1/1/2020 - 7/16/2020 |||| 2020 |||| | |
| | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | |
| Maurice Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Lee Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Robert Lesane | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Paris Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Christopher Brown | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Payroll Related | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Cash Withdrawal | $0 | $103,816 | $103,816 | $8,651 | $0 | $44,318 | $44,318 | $6,797 | $0 | $73,898 | $73,898 | $6,158 | 1, 5 |
| Total | $0 | $103,816 | $103,816 | $8,651 | $0 | $44,318 | $44,318 | $6,797 | $0 | $73,898 | $73,898 | $6,158 | |

| Year | Reported vs Potential Average Monthly Payroll |||| Reported vs Potential No of Employees |||
|---|---|---|---|---|---|---|---|
| | PPP Application | Bank Records | Difference | Percent Difference | EIDL Application | PPP Application | State / ADP / Bank Records |
| 2019 | $57,289 | $8,651 | -$48,638 | 4863767% | 8 | 5 | 1 |
| 1/1/2020 - 7/16/2020 | $57,289 | $6,797 | -$50,492 | 5049176% | 8 | 5 | 1 |
| 2020 | $57,289 | $6,158 | -$51,131 | 5113083% | | 5 | 1 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



GOVERNMENT EXHIBIT

A0386-C

CASE NO. 22-80144

EXHIBIT NO. 40p