Sunrise City Construction Development LLC

| Reported vs Potential Gross Receipts | | | |
|---|---|---|---|
| | | Bank Records | |
| Potential Gross Receipts | PPP Application | 1/1/2019 - 1/31/202 | 2/1/2020 - 1/31/2021 |
| **Before Adjustments:** | $474,885 | $492,273 | $267,868 |
| **Adjustments:** | | | |
|   Check Card Returns | | -$614 | -$696 |
|   EIDL | | $0 | -$149,900 |
| **After Adjustments:** | $474,885 | $491,660 | $117,272 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 40r