Ferro's Entertainment and Production LLC

| | Bank Accounts | | |
|---|---|---|---|
| Account Holder: | Orlando Ferro, Yerry Ferro Jr | Ferro's Entertainment and Production LLC | Ferro's Entertainment and Production LLC |
| Account Signer(s): | Orlando Ferro, Yerry Ferro Jr | Orlando Ferro, Dulce Figueroa | Orlando Ferro, Dulce Figueroa |
| Bank: | TD Ameritrade | Space Coast Credit Union | Space Coast Credit Union |
| Account Number: | 8410 | 6436 | 6444 |
| Account Type: | Joint Tenants in Common | Business Savings | Business Free Checking |
| Date Opened: | 5/4/2007 | 8/4/2020 | 8/4/2020 |
| Statements Received: | 1/1/2020 - 8/31/2022 | 8/4/2020 - 12/31/2021 | 8/4/2020 - 11/30/2021 |