Ferro's Entertainment and Production LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Date | Amount | Trans Type | Lender | Acct # |
| Ferros Entertainment & Production LLC | EIDL | 7/24/2020 | $76,800.00 | ACH In | SBA | 8410 |