Ferro's Entertainment and Production LLC

| Period | EIDL Application | Bank Records | Difference |
|---|---|---|---|
| Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | |
| 1/1/2019 - 1/31/2020 | $167,290.00 | $0.00 | -$167,290.00 |



GOVERNMENT EXHIBIT

CASE NO. 22-80144

EXHIBIT NO. 41r