Jream Vision T.V. LLC

| Bank Account | |
|---|---|
| **Account Holder:** | Jream Vision T.V. LLC |
| **Account Signer(s):** | Maurice Shazier,  Kim Shazier |
| **Bank:** | Wells Fargo |
| **Account #:** | ▮▮▮▮0316 |
| **Account Type:** | Business Choice Checking |
| **Opened:** | 7/9/2015 |
| **Statements Rec'd:** | 1/1/2019 - 7/31/2022 |