Jream Vision T.V. LLC

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **Loan Type** | **Posted Date** | **Amount** | **Type** | **Lender** | **Acct #** |
| Jream Vision T.V. LLC | EIDL | 8/11/2020 | $149,900 | Credit | SBA | 0316 |
| Jream Vision T.V. LLC | PPP Loan | 2/17/2021 | $143,412 | Credit | Cross River Bank | 0316 |
| Jream Vision T.V. LLC | PPP Loan | 5/6/2021 | $143,447 | Credit | Cross River Bank | 0316 |