Jream Vision T.V. LLC

| Potential Employee | Potential Payroll ||||||||||||| Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 |||| 1/1/2020 - 7/31/2020 |||| 2020 |||| | |
| | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | |
| Maurice Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Lee Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Paris Shazier | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Christopher Brow | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Robert Lesane | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 2, 5 |
| Payroll Related | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 1, 5 |
| Cash Withdrawal | $0 | $11,570 | $11,570 | $964 | $0 | $3,900 | $3,900 | $557 | $0 | $8,545 | $8,545 | $712 | 5 |
| Total | $0 | $11,570 | $11,570 | $964 | $0 | $3,900 | $3,900 | $557 | $0 | $8,545 | $8,545 | $712 | |

| Period / Year | Reported vs Potential Average Monthly Payroll |||| Reported vs Potential No of Employees ||
|---|---|---|---|---|---|---|
| | PPP Application | Bank Records | Difference | Percent Difference | PPP Application | State / ADP / Bank Records |
| 2019 | $57,365 | $964 | $56,401 | 5640083% | 5 | 1 |
| 1/1/2020 - 7/31/2020 | $57,365 | $557 | $56,808 | 5680786% | 5 | 1 |
| 2020 | $57,365 | $712 | $56,653 | 5665292% | 5 | 1 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 42p