Jream Vision T.V. LLC

| Potential Gross Receipts | Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | |
|---|---|---|---|---|
| | PPP Application | Bank Records | Difference | Percent Difference |
| **Before Adjustments** | $384,451.00 | $62,086.90 | -$322,364.10 | 519% |
| **Adjustments:** | | | | |
|   Deposits from Maurice Shazier | | -$51,000.00 | | |
|   Transfers from Maurice Shazier | | -$5,686.90 | | |
| **After Adjustments:** | $384,451.00 | $5,400.00 | -$379,051.00 | 7019% |



GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 42r