Cinda Foundation Inc

|  | Bank Account |
|---|---|
| **Acct Holder:** | Cinda Foundation Inc |
| **Acct Signer(s):** | Orlando Ferro, Dulce Maria Figueroa |
| **Bank:** | Popular Community Bank |
| **Acct No:** | ███████6917 |
| **Acct Type:** | Business Checking |
| **Opened:** | 11/29/2016 |
| **Stmts Rec'd:** | 12/29/2017 - 11/30/2021 |