Cinda Foundation Inc

| Funded Loans | | | | | | |
|---|---|---|---|---|---|---|
| Business Name | Loan Type | Date | Amount | Trans Type | Lender | Acct # |
| Cinda Foundation Inc | PPP Loan | 4/9/2021 | $104,166.67 | Preauthorized Credit | Itria Ventures LLC | 6917 |