Cinda Foundation Inc

| | Potential Payroll | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | | | 2020 | | | | |
| Potential Employee | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | ADP Payroll | Non-ADP Payroll | Total Payroll | Average Monthly Payroll | Note |
| Orlando Ferro | $0 | $400 | $400 | $33 | $0 | $0 | $0 | $0 | 2, 5 |
| Dulce Maria Figueroa | $0 | $63,047 | $63,047 | $5,254 | $0 | $3,300 | $3,300 | $275 | 2, 5 |
| Mariel Tollinchi | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 2, 5 |
| Nelson Tollinchi | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 2, 5 |
| Payroll Related | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 5 |
| Cash Withdrawal | $0 | $500 | $500 | $42 | $0 | $0 | $0 | $0 | 5 |
| Total | $0 | $63,947 | $63,947 | $5,329 | $0 | $3,300 | $3,300 | $275 | |

| | Reported vs Potential Average Monthly Payroll | | | | Reported vs Potential No of Employees | |
|---|---|---|---|---|---|---|
| Year | PPP Application | Bank Records | Difference | Percent Difference | PPP Application | State / ADP / Bank Records |
| 2019 | $57,168 | $5,329 | -$51,839 | 973% | 5 | 1 |
| 2020 | $57,168 | $275 | -$56,893 | 20688% | 5 | 1 |

| Note | Source |
|---|---|
| 1 | ADP |
| 2 | Florida Department of Revenue |
| 3 | Paid Checks |
| 4 | No Records |
| 5 | Bank Records |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 43p