Cinda Foundation Inc

| Reported vs Potential Gross Receipts (1/1/2019 - 1/31/2020) | | | | |
|---|---|---|---|---|
| **Potential Gross Receipts** | **EIDL Application** | **Bank Records** | **Difference** | **Percent Difference** |
| **Before Adjustments:** | $238,254.00 | $82,190.00 | -$156,064.00 | 190% |
| **Adjustments:** | | | | |
|   Returned Checks | | -$15,380.00 | | |
| **After Adjusmtments:** | $238,254.00 | $66,810.00 | -$171,444.00 | 257% |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-80144
EXHIBIT NO. 43r