**U.S. Department of Homeland Security**
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

January 12, 2023

To:          Jon A. Longo

             501 S. Flagler Drive, Suite 500

             West Palm Beach, FL 33401

From:        Hialeah Field Office (HIA)

Regarding:   Certified True Copy(ies) dated January 12, 2023

Dear Jon A. Longo,

Certified True Copy of ELIS N-400 application & interview for Joff Stenn Wroy Philossaint  (Receipt # IOE0908647692)

Subject name: PHILOSSAINT, JOFF STENN WROY

File/CertificateNumber: IOE0908647692 (Primary), 42248202 (Certificate)

Jobernia Wyche-Francis
Supervisory Immigration Services Assistant
Hialeah Field Office (HIA)



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-80144

EXHIBIT NO.   46



**Certification of Documents**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
**Form G-24**
Internal Use

# United States of America

**Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

01/12/2023

Date *(mm/dd/yyyy)*

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: PHILOSSAINT, JOFF STENN WROY

Also known as (aka): Additional Names Provided in Account Data.

File and/or Certificate Number: IOE0908647692 (Primary), 42248202 (Certificate)

Number of Pages Copied:

**Annotations**

Signature of Authorized Person

Jobernia Wyche-Francis, Supervisory Immigration Services Assistant

Print Name and Title of Authorized Person

Hialeah Field Office (HIA)

Office of Authorized Person

Form G-24   11/15/17   N

Page 1 of 1

 **USCIS Electronic Immigration System**

# Certified True Copy

### USCIS OFFICIAL RECORD

Created: Thu Jan 12 12:43:39 EST 2023

# Case Summary

| | |
|---|---|
| **Person Name** | PHILOSSAINT, JOFF STENN WROY |
| **A-Number** | A208075457 |
| **Birth Date** | ███ 1990 |
| **Gender** | Male |
| **USCIS Receipt Number** | IOE0908647692 |
| **Receipt Date** | 03/10/2020 |
| **Benefit Type** | N-400 |
| **Case State** | Closed |
| **Case Status** | Closed - Certificate Issued |
| **Case Substatus** | Closed - Certificate Issued |

# Table of Contents

Account Data................................................................................1
Contact Information........................................................................2
Biometrics..................................................................................3
Oath.......................................................................................4
Naturalization Test........................................................................5
Interview.................................................................................10
Eligibility Questions.....................................................................18
Statements and Signatures.................................................................39
Interview Close...........................................................................40
NQP Worksheet.............................................................................54
Render Case Decision......................................................................56
Sworn Statements..........................................................................58
Associated Cases..........................................................................59
Case Comments.............................................................................60
Supporting Evidence.......................................................................61
Notices..................................................................................118
Risk and Fraud...........................................................................130
Case Flags...............................................................................131
Payment Information......................................................................134

# Account Data

## Name(s)

| Name | Type | Source | Primary |
|---|---|---|---|
| PHILOSSAINT, JOFF STENN WROY | Legal Name | Declared at Submission | Yes |
| ~~PHILOSSAINT, JOFF STENN WROY~~ | ~~Alias~~ | ~~Updated by Internal User~~ | ~~No~~ |
| PHILOSSAINT, JOFF STENN NMN | Alias | Central Index System | No |
| PHILOSSAINT, JOFF NMN | Alias | Central Index System | No |
| ~~PHILOSSAINT, JOFF STENN WROY~~ | ~~Permanent Resident Card~~ | ~~Updated by Internal User~~ | ~~No~~ |

## Date(s) of Birth

| Birth Date | Source | Primary |
|---|---|---|
| ███ 1990 | Declared at Submission | Yes |

## Alien Number(s)

| Alien Number | Source | Primary |
|---|---|---|
| A208075457 | Declared at Submission | Yes |

# Contact Information

## Physical Address(es)

| Address | Dates Used | Input Date | Source | Primary |
|---|---|---|---|---|
| ▇▇▇▇, MIAMI, FL, ▇▇▇ | 06/01/2017 - Present | 03/13/2020 | Declared at Submission | Yes |
| ▇▇▇▇, MIAMI, FL, | 01/10/2016 - 06/01/2017 | 03/13/2020 | Declared at Submission | No |

## Mailing Address(es)

| Address | Dates Used | Input Date | Source | Primary |
|---|---|---|---|---|
| In Care Of: ALEX TELFORT ▇▇▇, MIAMI, FL, | Unknown - Present | 03/13/2020 | Declared at Submission | Yes |

## Phone Number(s)

| Phone Number | Type | Input Date | Source | Primary |
|---|---|---|---|---|
| (305) 680-6786 | Daytime | 03/13/2020 | Declared at Submission | Yes |
| (305) 680-6786 | Cell/Mobile SMS Phone | 03/13/2020 | Declared at Submission | Yes |
| (305) 680-6786 | Work Phone | 03/13/2020 | Declared at Submission | Yes |
| (305) 680-6786 | Evening Phone | 03/13/2020 | Declared at Submission | Yes |

## Email Address(es)

| Email Address | Input Date | Source | Primary |
|---|---|---|---|
| JSWPHILOSSAINT@GMAIL.COM | 03/13/2020 | Declared at Submission | Yes |

# Biometrics

| Transaction ID | Capture Date |
| --- | --- |
| IOE090864769202020102 10280819 | 10/28/2020 16:18:54 UTC |

## Photograph



## Fingerprint

| Fingerprint Position | Fingerprint Waived? |
| --- | --- |
| RI | No |



## Signature

| Signature Waived |
| --- |
| No |



Re: Alien Number: A215244496 592 Document Reference Number: 030-FY21-00000

# Oath

## Interview Oath

Initial Interview

| Start date | End Date | Applicant Appearance | Applicant Oath | Recorded? |
|---|---|---|---|---|
| 12/15/2020 | 12/15/2020 | Completed | Applicant took oath | N/A |



# Naturalization Test

## Naturalization Test Details

| Test Date | Exemptions | Due Consideration and Interpreter | Exceptions |
|---|---|---|---|
| 12/15/2020 | None | Due Consideration: No Interpreter Language: None | Not Present |

### English and Civics Test Results

| Test Date | Civics | Read English | Speak English | Write English | Understand English |
|---|---|---|---|---|---|
| 12/15/2020 | Pass | Pass | Pass | Pass | Pass |

## Civics Test Results

### U.S. History and Government (Civics)

Correct: 6 | Incorrect: 0     The applicant has passed the civics test - 12/15/2020

1. Who wrote the Declaration of Independence?

| Provided Answer | Results | Response Date |
|---|---|---|
| Jefferson | Correct | 12/15/2020 |

2. Who vetoes bills?

| Provided Answer | Results | Response Date |
|---|---|---|
| President | Correct | 12/15/2020 |

3. What is the name of the Speaker of the House of Representatives now?

| Provided Answer | Results | Response Date |
|---|---|---|
| Nancy Pelosi | Correct | 12/15/2020 |

4. What ocean is on the West Coast of the United States?

| Provided Answer | Results | Response Date |
|---|---|---|
| Pacific | Correct | 12/15/2020 |

Recd from... 2022ISD... umber... 15... 90-400

## 5. What is the name of the President of the United States now?

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| Donald Trump | Correct | 12/15/2020 |

## 6. What is the capital of the United States?

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| Washington DC | Correct | 12/15/2020 |

## 7. What is one responsibility that is only for United States citizens?

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| None | Not Asked | 12/15/2020 |

## 8. When was the Declaration of Independence adopted?

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| None | Not Asked | 12/15/2020 |

## 9. Who is one of your state's U.S. Senators now?

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| None | Not Asked | 12/15/2020 |

## 10. Name your U.S. Representative.

| Provided Answer | Results | Response Date |
| --- | --- | --- |
| None | Not Asked | 12/15/2020 |

# Reading Test Results

## English - Reading Standard Test Form 2

Correct: 1 | Incorrect: 0        The applicant has passed the reading test - 12/15/2020

## 1. How many Senators do we have?

| Results | Response Date |
| --- | --- |
| Correct | 12/15/2020 |

## 2. What is the largest state?

| Results | Response Date |
|---------|---------------|
| Not Asked | 12/15/2020 |

## 3. Why do people want to be a citizen?

| Results | Response Date |
|---------|---------------|
| Not Asked | 12/15/2020 |

# Writing Test Results

## English - Writing Standard Test Form 2

Correct: 1 | Incorrect: 0        The applicant has passed the writing test - 12/15/2020

## 1. We have one hundred Senators.

| Results | Response Date |
|---------|---------------|
| Correct | 12/15/2020 |

Receipt Number: IOE0908647692   A-Number: 208075457   Page 1 of 2

**Uploaded Response:**



Please write the sentence here.

We HAVe one Hundred Senators

A-Number: 208075457  |  Receipt Number: IOE0908647692          Page 1 of 2



A-Number: 208075457  |  Receipt Number: IOE0908647692          Page 2 of 2

## 2. Alaska is the largest state.

| Results | Response Date |
| --- | --- |
| Not Asked | 12/15/2020 |

## 3. People want to vote.

| Results | Response Date |
| --- | --- |
| Not Asked | 12/15/2020 |

# Interview

## Information About You

### Alien Number

| A-Number | Source | Updated By | Updated Date | Primary |
|----------|--------|-----------|--------------|---------|
| A208075457 | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Admission

| Basis of Eligibility | Section of Law | Source | Updated By | Updated Date |
|----------------------|----------------|--------|-----------|--------------|
| Permanent resident for 3 years and married to a U.S. citizen | INA 319(a), permanent resident for 3 years (married to USC for 3 years) | Declared at Submission | SALA, ROSA | 02/09/2021 |

## Names

| Name | Type | Source | Updated By | Updated Date | Primary |
|------|------|--------|-----------|--------------|---------|
| PHILOSSAINT, JOFF STENN WROY | Legal Name | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |
| ~~PHILOSSAINT, JOFF STENN WROY~~ | ~~Permanent Resident Card~~ | ~~Updated by Internal User~~ | ~~MALCOLM, TRECIA~~ | ~~12/07/2020~~ | ~~No~~ |
| *PHILOSSAINT, JOFF STENN WROY* | *Permanent Resident Card* | *Declared at Submission* | *LOCKBOX* | *03/13/2020* | *No* |
| ~~PHILOSSAINT, JOFF STENN WROY~~ | ~~Alias~~ | ~~Updated by Internal User~~ | ~~MALCOLM, TRECIA~~ | ~~12/07/2020~~ | ~~No~~ |
| *PHILOSSAINT, JOFF STENN WROY* | *Alias* | *CLAIMS 3 Mainframe* | *ELIS INTERNAL* | *03/13/2020* | *No* |
| PHILOSSAINT, JOFF STENN NMN | Alias | Central Index System | ELIS INTERNAL | 03/13/2020 | No |
| PHILOSSAINT, JOFF NMN | Alias | Central Index System | ELIS INTERNAL | 03/13/2020 | No |

## Request Legal Name Change

| Name | Type | Source | Updated By | Updated Date |
|------|------|--------|-----------|--------------|
| None | Legal Name | None | None | None |

## Social Security Number

| SSN | Source | Updated By | Updated Date |
|-----|--------|-----------|--------------|
| ███-7416 | Declared at Submission | LOCKBOX | 03/13/2020 |

# Date of Lawful Permanent Residency

| Date of Lawful Permanent Residency | Source | Updated By | Updated Date |
|---|---|---|---|
| 11/28/2016 | Updated by Internal User | VANCOTT, WALKIRIA | 12/15/2020 |

# Account Number

097208602371

# DOB

| Date of Birth | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|
| ███/1990 | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

# Medical Exemption Requested

| Medical Exemption Requested | Source | Updated By | Updated Date |
|---|---|---|---|
| No | Declared at Submission | LOCKBOX | 03/13/2020 |

# Exception From English Requirement

| Exception 50/20 | Exception 55/15 | Exception 65/20 | Source | Updated By | Updated Date |
|---|---|---|---|---|---|
| No | No | No | Declared at Submission | LOCKBOX | 03/13/2020 |

# Accommodations

| Deaf/Hard of Hearing | Updated By | Updated Date |
|---|---|---|
| Requested: No Requested Explanation: null | None | None |
| **Blind/Low Vision** | **Updated By** | **Updated Date** |
| Requested: No Requested Explanation: null | None | None |
| **Other** | **Updated By** | **Updated Date** |
| Requested: No Requested Explanation: null | None | None |

# Biographics

| Height | Source | Updated By | Updated Date |
|---|---|---|---|
| 6ft. 2in. | Updated by Internal User | VANCOTT, WALKIRIA | 12/15/2020 |
| *6ft. 1in.* | *Declared at Submission* | *LOCKBOX* | *03/13/2020* |

| Weight | Source | Updated By | Updated Date |
|---|---|---|---|
| 195 pounds | Declared at Submission | LOCKBOX | 03/13/2020 |

| Ethnicity | Source | Updated By | Updated Date |
|---|---|---|---|
| Not Hispanic or Latino | Declared at Submission | LOCKBOX | 03/13/2020 |

| Race | Source | Updated By | Updated Date |
|---|---|---|---|
| Black or African American | Declared at Submission | LOCKBOX | 03/13/2020 |

| Eye Color | Source | Updated By | Updated Date |
|---|---|---|---|
| Brown | Declared at Submission | LOCKBOX | 03/13/2020 |

| Hair Color | Source | Updated By | Updated Date |
|---|---|---|---|
| Black | Declared at Submission | LOCKBOX | 03/13/2020 |

| Gender | Source | Updated By | Updated Date |
|---|---|---|---|
| Male | Declared at Submission | LOCKBOX | 03/13/2020 |

| Country of Birth | Source | Updated By | Updated Date |
|---|---|---|---|
| Haiti | Declared at Submission | LOCKBOX | 03/13/2020 |

| Country of Citizenship | Source | Updated By | Updated Date |
|---|---|---|---|
| Haiti | Declared at Submission | LOCKBOX | 03/13/2020 |

# Contacts

## Phone Numbers

| Phone Number | Type | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|---|
| (305) 680-6786 | Daytime | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |
| (305) 680-6786 | Cell/Mobile SMS Phone | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |
| (305) 680-6786 | Work Phone | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |
| (305) 680-6786 | Evening Phone | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Email(s)

| Email | Source | Updated By | Updated Date |
|---|---|---|---|
| JSWPHILOSSAINT@GMAIL.COM | Declared at Submission | LOCKBOX | 03/13/2020 |

# Residence History

## Physical Address(es)

| Address | Date Used | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|---|
| ▉▉▉ MIAMI, FL, | 06/01/2017 - Present | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |
| ▉▉▉ MIAMI, FL, ▉ | 01/10/2016 - 06/01/2017 | Declared at Submission | LOCKBOX | 03/13/2020 | No |

## Mailing Address(es)

| Address | Date Used | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|---|
| MIAMI, FL, ⬛, | Unknown - Present | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

# Employment/Schools

| Organization Name | Address | Job Title | Begin Date | End Date | Source |
|---|---|---|---|---|---|
| Nouveau Riche Hair | 1, WORKS FROM HOME -REMOTE-HQ TEXAS, FL, ⬛, USA | Help with shipping | 06/01/2020 | Present | Added by Internal User |
| ROYAL ELITE TRANS LLC | OVER THE ROAD, OVER THE ROAD, FL, ⬛, USA | Transportation/ car rental | 10/01/2018 | Present | Updated by Internal User |
| *ROYAL ELITE TRANS LLC* | *OVER THE ROAD, OVER THE ROAD, FL, USA* | *OCCUPATION NOT REPORTED/UNKNOWN/INVALID* | *10/01/2018* | *Present* | *Declared at Submission* |
| DANIA BCH CASINO | DANIA BCH, DANIA, FL, ⬛, USA | engineering | 06/02/2016 | 10/20/2018 | Updated by Internal User |
| *DANIA BCH CASINO* | *DANIA BCH, DANIA, FL, USA* | *OCCUPATION NOT REPORTED/UNKNOWN/INVALID* | *06/02/2016* | *10/20/2018* | *Declared at Submission* |

# Travel History

Trips outside US Past 5 years:     Actual: 6     Declared: 6

Days outside US Past 5 years:     Actual: 16     Declared: 32

## Dates of Absence from U.S.:

| Departure Date | Arrival Date | Countries Visited | Days outside of U.S. | Over Six Months | Source |
|---|---|---|---|---|---|
| 10/09/2020 | 10/16/2020 | Mexico; Mexico | 6 | No | Arrival and Departure Information System |
| 08/15/2020 | 08/17/2020 | Mexico; Unknown | 1 | No | Arrival and Departure Information System |
| 04/05/2019 | 04/08/2019 | HAITI | 3 | No | Declared at Submission |
| 10/09/2018 | 10/16/2018 | BRASIL | 7 | No | Declared at Submission |
| 08/06/2018 | 08/06/2018 | HAITI | 1 | No | Declared at Submission |
| 10/26/2017 | 10/30/2017 | HAITI | 4 | No | Declared at Submission |
| 07/07/2017 | 07/10/2017 | BAHAMAS CRUISE | 3 | No | Declared at Submission |
| 06/16/2017 | 06/20/2017 | DOMINICAN REPUBLIC | 0 | No | Declared at Submission |

Receipt Number: ... Immigration ... August ... 300-400

# Relationships - Parents

## Were your parents married before your 18th birthday?

| Response | Source | Updated By | Updated Date |
|----------|--------|-----------|--------------|
| Yes | Declared at Submission | LOCKBOX | 03/13/2020 |

## Is your mother a U.S. Citizen?

| Response | Source | Updated By | Updated Date |
|----------|--------|-----------|--------------|
| No | Declared at Submission | LOCKBOX | 03/13/2020 |

## Is your father a U.S. Citizen?

| Response | Source | Updated By | Updated Date |
|----------|--------|-----------|--------------|
| No | Declared at Submission | LOCKBOX | 03/13/2020 |

# Relationships - Marital History

| Times Married | Marriage Status | Source | Updated By | Updated Date |
|---------------|-----------------|--------|-----------|--------------|
| 1 | Married | Declared at Submission | VANCOTT, WALKIRIA | 12/15/2020 |

## Applicant's Spouse: MERTIL, FERLINDA NMN

## Name(s)

| Name | Type | Source | Updated By | Updated Date | Primary |
|------|------|--------|-----------|--------------|---------|
| MERTIL, FERLINDA NMN | Legal Name | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## DOB

| Date of Birth | Source | Updated By | Updated Date | Primary |
|---------------|--------|-----------|--------------|---------|
| ███ 1987 | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Alien Number

| Alien Number | Source | Updated By | Updated Date | Primary |
|--------------|--------|-----------|--------------|---------|
| None | None | None | None | None |

## Address(es)

| Address | Type | Source | Updated By | Updated Date | Primary |
|---------|------|--------|-----------|--------------|---------|
| ███ MIAMI, FL, ███ | Physical Address | Updated by Internal User | VANCOTT, WALKIRIA | 12/15/2020 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| MIAMI, FL, ███ | Physical Address | Updated by Internal User | VANCOTT, WALKIRIA | 12/15/2020 | Yes |
| FL | Physical Address | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Employment

| Employer | Source | Updated By | Updated Date |
|---|---|---|---|
| None | None | None | None |

## Country of Citizenship

| U.S. Citizen? | Country of Citizenship | Date of U.S. Citizenship | Became a U.S. Citizen By | Source | Updated By | Updated Date |
|---|---|---|---|---|---|---|
| Yes | United States | None | Birth in the United States | Declared at Submission | LOCKBOX | 03/13/2020 |

## Additional Details

| Times Married | Member of Armed Forces | Immigration Status | Immigration Status Explanation | Source | Updated By | Updated Date |
|---|---|---|---|---|---|---|
| 1 | No | None Provided | N/A | Declared at Submission | LOCKBOX, NFN NMN | 03/13/2020 |

## Relationship Details

| Date of Marriage | Source | Updated By | Updated Date |
|---|---|---|---|
| 02/04/2016 | Declared at Submission | LOCKBOX | 03/13/2020 |

# Relationships - Children

# Applicant's Child: P███████, J██ D██████

# Name(s)

| Name | Type | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|---|
| ██████████ | Legal Name | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## DOB

| Date of Birth | Source | Updated By | Updated Date | Primary |
|---|---|---|---|---|
| ███ 2017 | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Alien Number

## Address(es)

| Address | Type | Source | Updated By | Updated Date | Primary |
|---------|------|--------|-----------|--------------|---------|
| WITH HIM, MIAMI, Florida, ▮, United States | Physical Address | Updated by Internal User | VANCOTT, WALKIRIA NMN | 12/15/2020 | Yes |
| *MIAMI, Florida, United States* | *Physical Address* | *Declared at Submission* | *LOCKBOX, NFN NMN* | *03/13/2020* | *Yes* |

## Country of Birth

| Country of Birth | Source | Updated By | Updated Date |
|------------------|--------|-----------|--------------|
| United States | Declared at Submission | LOCKBOX | 03/13/2020 |

## Additional Info

| Relationship Explanation | Source | Updated By | Updated Date |
|--------------------------|--------|-----------|--------------|
| BIOLOGICAL | Declared at Submission | LOCKBOX, NFN NMN | 03/13/2020 |

## Applicant's Child: P▮▮▮▮ G▮▮▮▮ S▮▮▮ W▮▮▮

## Name(s)

| Name | Type | Source | Updated By | Updated Date | Primary |
|------|------|--------|-----------|--------------|---------|
| ▮▮▮▮ | Legal Name | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## DOB

| Date of Birth | Source | Updated By | Updated Date | Primary |
|---------------|--------|-----------|--------------|---------|
| ▮▮2016 | Declared at Submission | LOCKBOX | 03/13/2020 | Yes |

## Alien Number

## Address(es)

| Address | Type | Source | Updated By | Updated Date | Primary |
|---------|------|--------|-----------|--------------|---------|
| PORT AU PTINCE, PORT AU PRINCE, Haiti | Physical Address | Declared at Submission | LOCKBOX, NFN NMN | 03/13/2020 | Yes |

## Country of Birth

| Country of Birth | Source | Updated By | Updated Date |
|------------------|--------|-----------|--------------|
| Haiti | Declared at Submission | LOCKBOX | 03/13/2020 |

## Additional Info

| Relationship Explanation | Source | Updated By | Updated Date |
|--------------------------|--------|-----------|--------------|

Receipt Number: ▓▓▓▓▓▓▓▓▓▓2   Number: ▓▓▓▓▓▓▓▓▓   Receipt Number: ▓▓▓▓-400

| BIOLOGICAL | | Declared at Submission | LOCKBOX, NFN NMN | 03/13/2020 |

## Applicant's Child: P███████, J████████

## Name(s)

| Name | Type | Source | Updated By | Updated Date | Primary |
|------|------|--------|-----------|--------------|---------|
| ███████████ | Legal Name | Added by Internal User | VANCOTT, WALKIRIA | 12/15/2020 | Yes |

## DOB

| Date of Birth | Source | Updated By | Updated Date | Primary |
|---------------|--------|-----------|--------------|---------|
| ███2020 | Added by Internal User | VANCOTT, WALKIRIA | 12/15/2020 | Yes |

## Alien Number

## Address(es)

| Address | Type | Source | Updated By | Updated Date | Primary |
|---------|------|--------|-----------|--------------|---------|
| ███████, MIAMI, Florida, ███, United States | Mailing Address | Updated by Internal User | VANCOTT, WALKIRIA NMN | 12/15/2020 | Yes |
| *███████ MIAMI, Florida, ███████ United States* | *Mailing Address* | *Added by Internal User* | *VANCOTT, WALKIRIA NMN* | *12/15/2020* | *Yes* |

## Country of Birth

| Country of Birth | Source | Updated By | Updated Date |
|------------------|--------|-----------|--------------|
| N/A | Added by Internal User | VANCOTT, WALKIRIA | 12/15/2020 |

## Additional Info

| Relationship Explanation | Source | Updated By | Updated Date |
|--------------------------|--------|-----------|--------------|
| None | Added by Internal User | VANCOTT, WALKIRIA NMN | 12/15/2020 |

# Eligibility Questions

## Eligibility Questions Transcript

### 1. Have you EVER claimed to be a U.S. citizen (in writing or any other way)?

*Declared Response:*          *No*

*Declared Date:*          *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

### 10A. Have you EVER been a member of, or in any way associated (directly or indirectly) with: The Communist Party?

*Declared Response:*          *No*

*Declared Date:*          *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

### 10B. Have you EVER been a member of, or in any way associated (directly or indirectly) with: Any other totalitarian party?

*Declared Response:*          *No*

*Declared Date:*          *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

### 10C. Have you EVER been a member of, or in any way associated (directly or indirectly) with: A terrorist organization?

*Declared Response:*          *No*

*Declared Date:*          *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 11. Have you EVER advocated (either directly or indirectly) the overthrow of any government by force or violence?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 12. Have you EVER persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 13A. Between March 23, 1933 and May 8 ,1945, did you work for or associate in any way (either directly or indirectly) with: The Nazi government of Germany?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 13B. Between March 23, 1933 and May 8 ,1945, did you work for or associate in any way (either directly or indirectly) with: Any government in any area occupied by, allied with, or established with the help of the Nazi government of Germany?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 13C. Between March 23, 1933 and May 8 ,1945, did you work for or associate in any way (either directly or indirectly) with: Any German, Nazi, or S.S. military unit,

paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 14A. Were you EVER involved in any way with any of the following: Genocide?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 14B. Were you EVER involved in any way with any of the following: Torture?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 14C. Were you EVER involved in any way with any of the following: Killing, or trying to kill, someone?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 14D. Were you EVER involved in any way with any of the following: Badly hurting, or trying to hurt, a person on purpose?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |

Reproduced from... ...umber...015... ...4-400

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 14E. Were you EVER involved in any way with any of the following: Forcing, or trying to force, someone to have any kind of sexual contact or relations?

| | |
|---|---|
| Declared Response: | No |
| Declared Date: | 03/13/2020 |
| Question Asked During Interview: | Yes |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 14F. Were you EVER involved in any way with any of the following: Not letting someone practice his or her religion?

| | |
|---|---|
| Declared Response: | No |
| Declared Date: | 03/13/2020 |
| Question Asked During Interview: | Yes |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 15A. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Military unit?

| | |
|---|---|
| Declared Response: | No |
| Declared Date: | 03/13/2020 |
| Question Asked During Interview: | Yes |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 15B. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Paramilitary unit? (a group of people who act like a military group but are not part of the official military)

| | |
|---|---|
| Declared Response: | No |
| Declared Date: | 03/13/2020 |
| Question Asked During Interview: | Yes |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 15C. Were you EVER a member of, or did you EVER serve in, help, or otherwise

participate in, any of the following groups: Police unit?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15D. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Self-defense unit?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15E. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Vigilante unit? (a group of people who act like the police, but are not part of the official police)

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15F. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Rebel group?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15G. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Guerilla group? (a group of people who use weapons against or otherwise physically attack the military, police, government, or other people)

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15H. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Militia? (an army of people, not part of the official military)

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 15I. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups: Insurgent organization? (a group that uses weapons and fights against a government)

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 16A. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following: Prison or jail?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 16B. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following: Prison camp?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 16C. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following: Detention facility? (a place where people are forced to stay)

| | |
| --- | --- |
| *Declared Response:* | *No* |
| *Declared Date:* | *03/13/2020* |
| *Question Asked During Interview:* | *Yes* |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 16D. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following: Labor camp? (a place where people are forced to work)

| | |
| --- | --- |
| *Declared Response:* | *No* |
| *Declared Date:* | *03/13/2020* |
| *Question Asked During Interview:* | *Yes* |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 16E. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following: Any other place where people were forced to stay?

| | |
| --- | --- |
| *Declared Response:* | *No* |
| *Declared Date:* | *03/13/2020* |
| *Question Asked During Interview:* | *Yes* |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 17. Were you EVER a part of any group, or did you EVER help any group, unit, or organization that used a weapon against any person, or threatened to do so?

| | |
| --- | --- |
| *Declared Response:* | *No* |
| *Declared Date:* | *03/13/2020* |
| *Question Asked During Interview:* | *Yes* |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 17A. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever use a weapon against another person?

Reproduced at the National Archives at ... number ... 1-400

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 17B. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever tell another person that you would use a weapon against that person?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 18. Did you EVER sell, give, or provide weapons to any person, or help another person sell, give, or provide weapons to any person?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 18A. If you answered "Yes," did you know that this person was going to use the weapons against another person?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 18B. If you answered "Yes," did you know that this person was going to sell or give the weapons to someone who was going to use them against another person?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 19. Did you EVER receive any type of military, paramilitary (a group of people who act like a military group but are not part of the official military), or weapons training?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 2. Have you EVER registered to vote in any Federal, state, or local election in the United States?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 20. Did you EVER recruit (ask), enlist (sign up), conscript (require), or use any person under 15 years of age to serve in or help an armed force or group?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 21. Did you EVER use any person under 15 years of age to do anything that helped or supported people in combat?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 22. Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |

| | | |
|---|---|---|
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 23. Have you EVER been arrested, cited, or detained by any law enforcement officer (including any immigration officials or any officials of the U.S. armed forces) for any reason?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 24. Have you EVER been charged with committing, attempting to commit, or assisting in committing a crime or offense?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 25. Have you EVER been convicted of a crime or offense?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 26. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 27A. Have you EVER received a suspended sentence, been placed on probation, or been paroled?

*Declared Response:*          No

*Declared Date:*          03/13/2020

*Question Asked During Interview:*          Yes

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 27B. If you answered "Yes," have you completed the probation or parole?

*Declared Response:*          No

*Declared Date:*          03/13/2020

*Question Asked During Interview:*          Yes

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 28A. Have you EVER been in jail or prison?

*Declared Response:*          No

*Declared Date:*          03/13/2020

*Question Asked During Interview:*          Yes

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 28B1. If you answered "Yes", how long were you in jail or prison? Years:

*Declared Response:*          0

*Declared Date:*          03/13/2020

*Question Asked During Interview:*          Yes

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 28B2. If you answered "Yes", how long were you in jail or prison? Months:

*Declared Response:*          0

*Declared Date:*          03/13/2020

*Question Asked During Interview:*          Yes

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
|---|---|---|
| None | None | None |

## 28B3. If you answered "Yes", how long were you in jail or prison? Days:

| | | |
|---|---|---|
| *Declared Response:* | *0* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 29. If you answered "Yes" to any question in Item Numbers 23 - 28, then complete this table.

| **Applicant Testimony** | **Response Date** |
|---|---|
| None | None |

## 3. Have you EVER voted in any Federal, state, or local election in the United States?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30A. Have you ever: Been a habitual drunkard?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30B. Have you ever: Been a prostitute, or procured anyone for prostitution?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30C. Have you ever: Sold or smuggled controlled substances, illegal drugs, or narcotics?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |

Receipt Number:                     Number:                     Page 34 of 400

| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30D. Have you ever: Been married to more than one person at the same time?

| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30E. Have you ever: Married someone in order to obtain an immigration benefit?

| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30F. Have you ever: Helped anyone to enter, or try to enter, the United States illegally?

| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30G. Have you ever: Gambled illegally or received income from illegal gambling?

| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 30H. Have you ever: Failed to support your dependents or to pay alimony?

| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |

Reproduced ...   ...umber ...   ...-400

| None | None | None |
| --- | --- | --- |

## 30I. Have you ever: Made any misrepresentation to obtain any public benefit in the United States?

| | | |
| --- | --- | --- |
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 31. Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?

| | | |
| --- | --- | --- |
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 32. Have you EVER lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?

| | | |
| --- | --- | --- |
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 33. Have you EVER been removed, excluded, or deported from the United States?

| | | |
| --- | --- | --- |
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 34. Have you EVER been ordered removed, excluded, or deported from the United States?

| | | |
| --- | --- | --- |
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |

| | | |
|---|---|---|
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 35. Have you EVER been placed in removal, exclusion, rescission, or deportation proceedings?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 36. Are removal, exclusion, rescission, or deportation proceedings (including administratively closed proceedings) currently pending against you?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 37. Have you EVER served in the U.S. armed forces?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 38A. Are you currently a member of the U.S. armed forces?

| | | |
|---|---|---|
| *Declared Response:* | No | |
| *Declared Date:* | 03/13/2020 | |
| *Question Asked During Interview:* | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 38B. If you answered "Yes", are you scheduled to deploy overseas, including to a vessel, within the next three months?  (Refer to the Address Change section in the Instructions on how to notify USCIS if you learn of your deployment plans after you file

your Form N-400.)

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 38C. If you answered "Yes", are you currently stationed overseas?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 39. Have you EVER been court-martialed, administratively separated, or disciplined, or have you received an other than honorable discharge, while in the U.S. armed forces?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 40. Have you EVER been discharged from training or service in the U.S. armed forces because you were an alien?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 41. Have you EVER left the United States to avoid being drafted in the U.S. armed forces?

| Declared Response: | No | |
|---|---|---|
| Declared Date: | 03/13/2020 | |
| Question Asked During Interview: | Yes | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |

Received by NSD/FARA Registration Unit 11/14/2022 1:44:15 PM Document ID: 7330441-400

| None | None | None |

### 42. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 43. Have you EVER deserted from the U.S. armed forces?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 44A. Are you a male who lived in the United States at any time between your 18th and 26th birthdays? (This does not include living in the United States as a lawful nonimmigrant.)

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 44B1. 44B1. If you answered "Yes", when did you register for Selective Service? Provide the information below.

| | | |
|---|---|---|
| *Declared Response:* | *12/13/2016* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

### 44B2. 44B2. If you answered "Yes", what is your Selective Service Number? Provide the information below.

| | |
|---|---|
| *Declared Response:* | *9024503188* |

| | | |
|---|---|---|
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 45. Do you support the Constitution and form of Government of the United States?

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 46. Do you understand the full Oath of Allegiance to the United States?

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 47. Are you willing to take the full Oath of Allegiance to the United States?

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 48. If the law requires it, are you willing to bear arms on behalf of the United States?

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 49. If the law requires it, are you willing to perform noncombatant services in the U.S. armed forces?

| | | |
|---|---|---|
| *Declared Response:* | *Yes* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 4A. Do you now have, or did you EVER have, a hereditary title or an order of nobility in any foreign country?

*Declared Response:*      *No*

*Declared Date:*      *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 4B. If you answered "Yes," at your naturalization ceremony, are you willing to give up any inherited titles or orders of nobility that you have in a foreign country?

*Declared Response:*      *No*

*Declared Date:*      *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 5. Have you EVER been declared legally incompetent or been confined to a mental institution?

*Declared Response:*      *No*

*Declared Date:*      *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 50. If the law requires it, are you willing to perform work of national importance under civilian direction?

*Declared Response:*      *Yes*

*Declared Date:*      *03/13/2020*

*Question Asked During Interview:*      *Yes*

| Applicant Response(s) at Interview | Applicant testimony | Response Date |
| --- | --- | --- |
| None | None | None |

## 6. Do you owe any overdue Federal, state, or local taxes?

*Declared Response:*      *No*

| | | |
|---|---|---|
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 7A. Have you EVER not filed a Federal, state, or local tax return since you became a lawful permanent resident?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 7B. If you answered "Yes," did you consider yourself to be a "non-U.S. resident"?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 8. Have you called yourself a "non-U.S. resident" on a Federal, state, or local tax return since you became a lawful permanent resident?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

## 9A. Have you EVER been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world?

| | | |
|---|---|---|
| *Declared Response:* | *No* | |
| *Declared Date:* | *03/13/2020* | |
| *Question Asked During Interview:* | *Yes* | |
| **Applicant Response(s) at Interview** | **Applicant testimony** | **Response Date** |
| None | None | None |

**9B. If you answered "Yes", provide the information below.**

| Applicant Testimony | Response Date |
|---|---|
| None | None |

# Applicant Testimony

No testimonies found on file.

# Officer Comments

| Comment | Updated By | Updated Date |
|---|---|---|
| The applicant presented Western Union receipts regarding child support for his child in Haiti. | VANCOTT, WALKIRIA NMN | 12/15/2020 17:18:57 UTC |
| Has 2 children with his wife. Has a third child in Haiti. | VANCOTT, WALKIRIA NMN | 12/15/2020 13:46:56 UTC |

# Statements and Signatures

## Applicant's Statement, Certification, and Signature

| | |
|---|---|
| **Can Read English** | Yes |
| **Interpreter Read all Questions** | No |
| **Language Interpreted In** | BLANK |
| **Requested Services of Preparer** | Yes |
| **Preparer Name** | ALEX TELFORT |
| **Preparer is Attorney or Accredited Rep** | No |
| **Date of Signature** | 02/24/2020 |

## Interpreter

There is no Interpreter associated with this case.

## Interpreter

| Name | Source |
|---|---|
| TELFORT, ALEX | Declared at Submission |
| **Organization Name** | **Source** |
| YOUR IMMIGRATION S | Declared at Submission |
| **Mailing Address** | **Source** |
| ████████, MIAMI, FL ████ USA | Declared at Submission |
| **Daytime Phone** | **Source** |
| ████5421 | Declared at Submission |
| **Email** | **Source** |
| N████████.COM | Declared at Submission |
| **Language** | **Source** |
| No Data Declared | Declared at Submission |

# Interview Close

## Certificate Preparation Sheet

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Certificate Preparation Sheet**

**A #** A208075457    **Daytime Phone #** [redacted] 6786

**NAME** (If name Change, **ENTER** new Name):    **Check BOX if there is a change of name:** ⟶ ☐

JOFF STENN
**(FIRST)**

WROY
**(MIDDLE)**

PHILOSSAINT
**(LAST)**

**Date of Birth:** [redacted]
**(MM/DD/YYYY)**

**(Check Sex)** MALE: ☒ FEMALE: ☐

**Height:** 6 2
**(Feet) (Inches)**

**Marital Status: Enter "S"** Single, **"M"** Married, **"D"** Divorced, **"L"** Legally Separated or **"W"** Widow(er). ⟶ M

**Country of Former Nationality:** HAITI
**(Enter Actual Name of Country)**

MIAMI
**(RESIDENTIAL CITY)**

FLORIDA
**(RESIDENTIAL STATE/COUNTRY)**

Form N-649 (Rev. 2011)



## Certificate Preparation Sheet

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Certificate Preparation Sheet**

**A #** A208075457 **Daytime Phone #** [redacted]6786

**NAME** (If name Change, **ENTER** new Name): **Check BOX if there is a change of name:** ⟶ ☐

JOFF STENN
**(FIRST)**

WROY
**(MIDDLE)**

PHILOSSAINT
**(LAST)**

**Date of Birth:** [redacted]
**(MM/DD/YYYY)**

**(Check Sex)** MALE: ☒ FEMALE: ☐

**Height:** 6 2
**(Feet) (Inches)**

**Marital Status: Enter "S"** Single, **"M"** Married, **"D"** Divorced, **"L"** Legally Separated or **"W"** Widow(er). ⟶ M

**Country of Former Nationality:** HAITI
**(Enter Actual Name of Country)**

MIAMI
**(RESIDENTIAL CITY)**

FLORIDA
**(RESIDENTIAL STATE/COUNTRY)**

Form N-649 (Rev. 2011)



Receipt#... Receipt Number:... Receipt 76-2 of-400

**Attestation of Changes**



Review of Changes and Signature at Interview

## Biographic Information

### Height

NEW RESPONSE:

Feet: 6    Inches: 2

ORIGINAL RESPONSE:

Feet: 6    Inches: ~~1~~

## Information About Your Employment and Schools You Attended

### Nouveau Riche Hair

**Employer or School Name**

NEW RESPONSE:

Nouveau Riche Hair

ORIGINAL RESPONSE:

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 1 of 8



### Nouveau Riche Hair

**Address**

**NEW RESPONSE:**
1
WORKS FROM HOME –REMOTE– HQ TEXAS, FL, 33169
USA

**ORIGINAL RESPONSE:**

### Nouveau Riche Hair

**Date From**

**NEW RESPONSE:**
Date: 06/01/2020

**ORIGINAL RESPONSE:**
Date:

### Nouveau Riche Hair

**Date To**

**NEW RESPONSE:**
Date:

**ORIGINAL RESPONSE:**
Date:

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 2 of 8



### Nouveau Riche Hair

**Your Occupation**

**NEW RESPONSE:**
Help with shipping

**ORIGINAL RESPONSE:**

---

### ROYAL ELITE TRANS LLC

**Address**

**NEW RESPONSE:**
OVER THE ROAD
OVER THE ROAD, FL, 33169
USA

**ORIGINAL RESPONSE:**
OVER THE ROAD
OVER THE ROAD, FL
USA

---

### ROYAL ELITE TRANS LLC

**Your Occupation**

**NEW RESPONSE:**

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 3 of 8



## Transportation/ car rental

**ORIGINAL RESPONSE:**

~~OCCUPATION NOT REPORTED/UNKNOWN/INVALID~~

## DANIA BCH CASINO

**Address**

**NEW RESPONSE:**

DANIA BCH
DANIA, FL, 33169
USA

**ORIGINAL RESPONSE:**

~~DANIA BCH~~
~~DANIA, FL~~
~~USA~~

## DANIA BCH CASINO

**Your Occupation**

**NEW RESPONSE:**

engineering

**ORIGINAL RESPONSE:**

~~OCCUPATION NOT REPORTED/UNKNOWN/INVALID~~

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 4 of 8

Certified True Copy                      Thu Jan 12 12:43:34 EST 2023                      Page 45 of 134



## Information About Your Marital History

**If you are married now, provide the following information about your current spouse.**

**G. Current Spouse's Address**

**NEW RESPONSE:**

████████████
MIAMI, FL, ████
USA

From Date: Unknown

To Date: ‒

**ORIGINAL RESPONSE:**

~~FL~~
~~USA~~
~~From Date: 03/13/2020~~
~~To Date: ‒~~

## Information About Your Children

## No of Children

**NEW RESPONSE:**

3

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 5 of 8



**ORIGINAL RESPONSE:**
2

## Information about child – PHILOSSAINT, JERIMIAH NMN

**Name**

**NEW RESPONSE:**

Family Name (Last Name)           Middle Name (If Applicable)

**ORIGINAL RESPONSE:**
Family Name (Last Name)     Given Name (First Name)     Middle Name (If Applicable)

## Information about child – P_____, J_____ NMN

**Date of Birth**

**NEW RESPONSE:**
Date: _____ 2020

**ORIGINAL RESPONSE:**
Date:

## Information about child – PHILOSSAINT, JERIMIAH NMN

A-Number: A208075457 | Receipt Number: IOE0908647692     Page 6 of 8



**Current Address**

**NEW RESPONSE:**

MIAMI, FL, ███
USA

**From Date:** Unknown

**To Date:** —

**ORIGINAL RESPONSE:**

## Information about child – P███████ , J███
███

**Relationship Explanation**

**NEW RESPONSE:**

**ORIGINAL RESPONSE:**

## Information about child – P███████ , J██  D█████

**Current Address**

**NEW RESPONSE:**

WITH HIM
MIAMI, FL, ███
USA

**From Date:** Unknown

A-Number: A208075457  |  Receipt Number: IOE0908647692                    Page 7 of 8

Certified True Copy                    Thu Jan 12 12:43:34 EST 2023                    Page 48 of 134



**To Date:** ─

**ORIGINAL RESPONSE:**

~~MIAMI, DADE, FL~~
~~USA~~
~~From Date:~~ ~~03/13/2020~~
~~To Date:~~ ~~─~~

# N-400 Attestation

I swear *(affirm)* and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including the corrections displayed above, are complete, true, and correct. The evidence submitted by me on numbered pages 1 through 0, are complete, true, and correct.

# Interview Signature

Applicant's Signature

Tuesday December 15, 2020 08:48 AM (EST)
Applicant

A-Number: A208075457 | Receipt Number: IOE0908647692          Page 8 of 8

**Oath of Allegiance**

# Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following **Oath of Allegiance** immediately prior to becoming a naturalized citizen. By signing below you acknowledge your willingness and ability to take this oath:

**I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;**

I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

> that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign, and domestic;

> that I will bear true faith and allegiance to the same;

> that I will bear arms on behalf of the United States when required by the law;

> that I will perform noncombatant service in the U.S. armed forces of the United States when required by the law;

> that I will perform work of national importance under civilian direction when required by the law; and

> that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| **PHILOSSAINT** | **JOFF STENN** | **WROY** |
|---|---|---|
| Family Name (Last Name) | Given Name (First Name) | Middle Name (If Applicable) |

A-Number: A208075457  |  Receipt Number: IOE0908647692          Page 1 of 2



Tuesday December 15, 2020 08:49 AM (EST)
Applicant

A-Number: A208075457 | Receipt Number: IOE0908647692          Page 2 of 2

## Oath of Allegiance

# Oath of Allegiance and Order Granting Request for Name Change

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form-N647
Internal Form

Date (*mm/dd/yyyy*) 02/09/2021
List No. February 2021
This is Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF

IN RE: NATURALIZATION CEREMONY

PRESENTATION OF CANDIDATES
FOR NATURALIZATION AND
NAME CHANGE REQUESTS

2/9/2021
@ 10:30

To the Honorable 15 Sitting At:

The individuals listed below have filed applications for naturalization with U.S. Citizenship and Immigration Services (USCIS). USCIS has determined that they are eligible for naturalization and has approved their naturalization applications. Pursuant to section 310(b) of the Immigration and Nationality Act, the Court is authorized to administer the Oath of Allegiance, and upon completion of the administration of the oath, to present each candidate with the Certificate of Naturalization.

Additionally, some candidates have also requested a name change. The requested name change is designated by an * in the 'Name of Applicant' column beneath the applicant's legal name. Accordingly, USCIS is also presenting those requests for name change to the Court for appropriate action.

| No. | Alien Registration No. | Name (*Including Name Change Requested) | Certificate No. |
|---|---|---|---|
| 1 | [redacted] | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | [redacted]-457 | PHILOSSAINT, JOFF STENN WROY | [redacted]202 |



| | Date *(mm/dd/yyyy)* 02/09/2021 |
|---|---|
| | List No. |
| | This is Page 2 of 2 |

**CONTINUATION SHEET**

In the ___US District___ Court of _____ at _____.



| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

Respectfully Submitted:

_____

Signature of Officer Certifying Eligibility

In the _____ US District _____ Court of _____ at _____
Each of the candidates listed on List No. _____, sheet(s) 1 to 2 dated 02/09/2021 except for those whose names have been struck from the list, appeared in person in open Court at an oath administration ceremony held on ___February 9, 2021 10:30 AM___, and having taken the oath of allegiance as prescribed in Section 337 of the Immigration and Nationality Act, was issued the Certificate of Naturalization. The names of those candidates who did not appear and take the oath have been struck from the list and the respective certificates of naturalization returned to USCIS.

_____   _____
Signature of the Clerk of Court                           Date *(mm/dd/yyyy)*

**In conjunction with the administration of the Oath of Allegiance, the requests for name change are hereby granted and it is so ordered.**

_____   _____
Signature of the Judge                                     Date *(mm/dd/yyyy)*

N-647  03/20/17  Y                                                          Page 2 of 2

Received by NSD/FARA Registration Unit 11/18/2022 3:58:58 PM

# NQP Worksheet

## Interview Results

| | |
|---|---|
| **Interview Type:** | Initial |
| **Interview Date:** | 12/15/2020 |
| **Interview Conducted By:** | VANCOTT, WALKIRIA |
| **Interview Conducted Virtually:** | No |

| Appeared/No Show | PRC Status | CIV Status | 312 Requirements | Age/Residency Exceptions | Test Results |
|---|---|---|---|---|---|
| Appeared | Seen and Returned | Completed | Met | N/A | All Tests Passed |

## Officer

| | |
|---|---|
| **A-file reviewed by an officer?** | Yes |
| **Met time as permanent resident 316a / 319a only:** | Yes |
| **Met section 318, complied with terms of admission as permanent resident:** | Yes |
| **No section 318 issues apparent based on A-file review:** | No |
| **Met section 318 at the time of interview:** | No |
| **Established physical presence/continuous residence/service jurisdiction:** | Yes |
| **Established good moral character (GMC):** | Yes |
| **Established attachment to Constitution (Modified oath or oath waiver):** | Yes |
| **Last Updated By** | VANCOTT, WALKIRIA |
| **Last Updated Date** | 12/15/2020 |

# FBI Name Check

This section contains sensitive data and has been withheld from this Certified True Copy.

# FBI Fingerprint Check

This section contains sensitive data and has been withheld from this Certified True Copy.

# Military Checks

Receipt Number 1234 cr 80144 RS2 Document Number 205 1 Entered on 6/15/2023 Page 59 of 400

| Completed | Source | Assignee | Status | Updated Date |
|---|---|---|---|---|
| Yes | ELIS | N/A | N/A | None |

## Manual Requests RAILS Requests

| Initial Search Request Made? | Source | Updated Date |
|---|---|---|
| Yes | ELIS | 03/13/2020 |
| **Manual Search Request Initiated** | **User** | **Updated Date** |
| Not Initated | N/A | None |
| **Final Status Of A-File** | **User** | **Updated Date** |
| A-File Received | VANCOTT, WALKIRIA | 02/04/2021 |

## A-file Processing

| A-File Relates To Applicant? | Viewed In EDMS? | User | Updated Date |
|---|---|---|---|
| Yes | Not Viewed | VANCOTT, WALKIRIA | 02/04/2021 |

## T-file Processing

| CIS Documentation Reviewed? | File Location | User | Updated Date |
|---|---|---|---|
| N/A | N/A | N/A | None |

# Render Case Decision

## Case Decision: Approved

**Decision Date:**                              02/04/2021
**Oath Type:**                                  N400 Oath Ceremony Administrative
**Supervisory Review Requested?**              No

## Decision Notes

No notes found for this decision.

**N-652**





**Naturalization Interview Results**

USCIS
Form N-652

Department of Homeland Security

U.S. Citizenship and Immigration Services

A-Number  ►  A-  208075457

On  12/15/2020  , you were interviewed by USCIS officer  VANCOTT, W.

☒ You passed the English test and the U.S. history and government test.

☐ You passed the U.S. history and government test and you are exempt from the English language requirement.

☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to  ☐ speak  ☐ read  ☐ write  ☐ understand English.

☐ You will  have another opportunity to be tested on your knowledge of  U.S. history and government.

☐ You did not pass the second and final test of your  ☐ English ability  ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

☒ Follow the instructions on Form N-14,Request for Additional Information, Documents, or Forms.

☐ USCIS will send you a written decision about your application.

**A)** ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

**B)** ☒ **A decision cannot be made yet about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above.  Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of  this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652  03/12/15 N

Page 1 of 1

# Sworn Statements

No Sworn Statement or Police Clearance Statement provided.



Received by NSD/FARA Registration Unit 09/07/2021 3:53:01 PM
Received by NSD/FARA Registration Unit 09/07/2021 09-400

# Associated Cases

## Related Cases

No related case data is available.



Received by NCB on 06/26/2012 Document Number 2012-0000-0000-00067 Printed by FLS-1-400

# Case Comments

## Case Comments

No case comments found on file.



Received by... cr-80144-RS2   Document 205-1... on 05... Page 65 of 400

# Supporting Evidence

## Naturalization Certificate

| Certificate Serial Number | Certificate Status | Ceremony Date | Ceremony Location | Date Printed | Date Voided | PRC |
|---|---|---|---|---|---|---|
| ███202 | Issued | 02/09/2021 | HIALEAH FIELD OFFICE | 02/05/2021 | None | Yes |

## Naturalization Certificate



**RFE Response**





**Attachment**

<u>Please include a copy of this letter and send your response by <mark>mail to</mark> this address:</u>
**U.S. Citizenship and Immigration Services**
**Hialeah Field Office**
**5880 NW 183rd Street**
**Hialeah, FL 33015**

If you have dependent children who do not live with you, submit the following:

- Evidence that you support each dependent child from <mark>3/10/2017- present :</mark>
- Copies of any court or government order to provide financial support to your biological, step, or adoptive children(ren); and
- If there is a court or government order, evidence that you have complied with the court or government order, such as cancelled checks, money order receipts, and/or a court or agency printout of child support payments or evidence of wage garnishments.
- <mark>See the attached instructions.</mark>

cc:

IOE0908647692

A208-075-457

## Instructions Concerning Child Support and Guidelines for Evidence of Child Support Documentation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The United States Citizenship and Immigration Services, Hialeah Field Office, has provided guidelines as to the types of documentation which you may submit to establish that you have supported your dependents (children) during your naturalization statutory period. Please read these instructions carefully. You may present these instructions to the appropriate agency or court to assist you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you have dependent children living apart from you (all children under the age of 18) during the statutory period **03/10/2017 to PRESENT,** present evidence that you support each dependent child and that you have complied with child support obligations.

Such evidence may include:

> (1) Birth certificates for all children you claim, or a court order naming you as the parent; or
> (2) Final adoption certificates or decrees for all children you have legally adopted.
> (3) Court or government order for child support; or
> (4) If you are divorced from the child's other parent, provide a copy of the divorce decree along with the marital settlement agreement or any judicial proceeding concerning the matter of child support.

Bring photocopies of the court or government order and evidence you have complied with the order if a court has ordered you to provide financial support for a spouse, ex-spouse, or children. Such evidence may include:

> (1) Canceled checks or money order receipts;
> (2) A court or agency document showing child support payments;
> (3) Evidence of wage garnishments; or
> (4) A notarized letter from the parent or guardian who cares for your children.

In the absence of the existence of a court order for child support, you may submit a notarized statement from the child's custodial parent or guardian. The statement may include the following information:

> 1. Her/his home address and telephone number;
> 2. Verification of the amount, frequency, form and method of provision of child support with the dates the child support began and ended; and,
> 3. A copy of a form of picture identification for the parent or guardian such as driver license, government or employment ID.

**SUBMIT A CERTIFIED ENGLISH TRANSLATION OF ALL FOREIGN LANGUAGE DOCUMENTS.**

HIA Rev 2/2018



**To whom it may concern**

I undersigned, **Dapheka Desmaret**, identify to Nos. 002-754-695-6 and 01-01-99-1995-06-00-295, owner, living and domicile in Port au Prince; mother of ▮▮▮▮ ▮▮▮▮▮, stipule that **Joff Wroy Stenn Philossaint**, identified by his passport to no.: ▮▮▮▮94 has been taking care of his son who is living with me in Haiti and currently pays his school tuitions.

Therefore, this affidavit can be used to what it is entitled to.

Done in Port Au Prince, on January 12, 2021

Signature of Dapheka Desmaret

Considering for the material certification of the signature of Dapheka Desmaret appeared above.

Port au Prince, January 12, 2021

Signature of Jean Frantz Ceant, Notary Public

**Certificate of Translator's Competence**

I, Nathan Present, certify that I am competent to translate this document and that the translation is true and accurate to the best of my abilities.

_____     01/15/2021
Signature                                Date



**A QUI DE DROIT**

Je soussignée,

      Dapheka DESMARET, identifiée aux Nos : 002-754-695-6 et 01-01-99-1995-06-00-295, propriétaire, demeurant et domiciliée à Port-au-Prince ; mère de ▮▮▮▮▮▮▮▮▮▮▮▮ stipule que Joff Stenn Wroy PHILOSSAINT, identifié par son passeport au No : ▮▮▮ 94, prend bien soin de son fils qui vit en Haïti et paie normalement ses frais de scolarité.-

Par conséquent  ce papier peut être utilisé  pour valoir ce que de droit

**Fait à Port-au-Prince, le douze Janvier deux mille vingt et un (12-01- 2021).-**

                                              *Dapheka Desmaret*
                                              **Dapheka DESMARET**

VU : UNIQUEMENT POUR LA CERTIFICATION MATERNELLE DE LA SIGNATURE DE : DAPHEKA DESMARET APPOSEE CI-DESSUS.-

PORT-AU-PRINCE, LE DOUZE JANVIER DEUX MILLE VINGT ET UN (12-01-2021).-

                                              Me JEAN JOSEPH FRANTZ CEANT
                                                 NOTAIRE PUBLIC.-



**SOGEXPRESS**

**ATTENTION**

The General society of Transfers S.A (Sogexpress) certify by this present that Mrs. **Dapheka Desmaret**, identifies by her national identification number: 002-754-695-6 have received some transfers totaling to $1,270.00 in many of our stores during the period of January to December 2019 from **Joff Wroy Stenn Philossaint**,

This attestation has delivered to serve and worth to what it is entitled to.

*Done at Delmas, January 11, 2021*

*Jemima JC Ridore, person in charge*

*Sully F. Nixon Charles*

*Internal Director of Control*

*Stamp and signature*

**Certificate of Translator's Competence**

I, NATHAN PRESENT, certify that I am competent to translate this document and that the translation is true and accurate to the best of my abilities.

Signature    **01/15/2021**   Date



**ATTESTATION**

La **Société Générale de Transfert S.A (SOGEXPRESS)** certifie par la présente que **Madame Dapheka DESMARET**, identifiée par son numéro d'identification nationale : 002-754-695-6, a reçu des transferts totalisant **Mille deux cent soixante-dix dollars (1,270.00)** dans plusieurs de nos cabines, durant la période de Janvier à Décembre 2019, de la part de **Joff Wroy Stenn PHILOSSAINT.**

Cette attestation lui est délivrée pour servir et valoir ce que de droit.

Fait à Delmas, le 11 Janvier 2021.

**Jemima JC RIDORE**
**Responsable de Conformité – Surveillance AML**

**Suny F. Nixon CHARLES**
**Directeur Contrôle Interne et Conformité**

*P.j. : Relevé des Transferts*

1, Delmas 30, Delmas, Port-au-Prince, Haïti / Tél.: (509) 2229-5200 / 2815-5200
E-mail: contact@sogexpresshaiti.com / info@sogexpresshaiti.com











Certified True Copy











12:03

Please visit an agent location with 80.50 USD in cash and your photo ID by 12/16/2020 00:02:41 tomorrow to complete your transfer. You'll need to tell the agent you started the transfer online and provide them with your mobile phone number: 3056806786.

To find an agent location, select **Pay for a money transfer** under **Start online, finish in store**.

To make any changes to this transfer, you'll need to call us on 1-877-989-3268. For any changes made at the agent location, we'll update the transfer fee and foreign exchange rate accordingly.

Thank you for choosing Western Union.

| Sender | Final Receiver |
|---|---|
| Name: JOFF PHILOSSAINT | Name: DAPHEKA DESMARET |
| | Address: |
| State: FL | State: |
| Zip code: | Zip code: |
| Country : US | Country: Haiti |
| Phone number: 3056806786 | Phone number: 50940652782 |
| **Payment Information:** | **Payout Information:** |
| Pay in cash at any participating WU agent location. | Delivery[1]:Cash pick-up[6] |
| | **Expected Payout Location:** |
| | State: |
| | Country: Haiti |
| **Billing Summary** | **Transfer Summary:** |
| Transfer Amount: 73.00 | Transfer amount: 4910.56 |





WESTERN UNION

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO:
554-216-9411

For customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente llame al 1-800-325-6000

My WU® #477409329
Total Points/Puntos Totales: 108

WINN DIXIE #0244
6901 SW 41ST ST, FL

M oney Transfer/Envío de Dinero
C «SH/Dinero en efectivo

Operator ID/No. ID del Operador   ppl

Date of Transaction/Fecha de Transacción
June 15, 2017/Junio 15, 2017

Time of Transaction/Hora de la Transacción
03:33 PM EDT

Sender/Remitente
      , BL       FT
741 NW 214 ... ...AMI, FL  33169, USA
+056806786/ 90-68066786

Receiver/Destinatario
DAPHEKA DESMARET

Expected Payout Location/
Localidad donde Esperan Pago
Haiti/Haiti

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Receiver's Country/Fecha
Disponible en el País del Destinatario
June 15, 2017/Junio 15, 2017

Transfer Amount/
Cantidad de Envío:                61.50 USD

.... . ....

---

United States bank wire/or Transaccion April 07, 2016/Abril 07, 2016

Sender/Remitente

Receiver/Destinatario
DAPHEKA DESMARET

Expected Payout Location/
Localidad donde Esperan Pago
Haiti/Haiti

Service Type/Tipo de Servicio
Money in Minutes

Transfer Amount/
Cantidad de Envío:                61.50 USD

Transfer Fee/
Cargos por Envío:      +    2.50 USD

Additional Fees/
Cargos Adicionales:     +    0.00 USD

Transfer Taxes/
Impuestos de Envío:     +    0.00 USD

Promotion Discount/
Descuento Promocional:        0.00

Total /Total                    0.00 USD

Exchange Rate/Tipo de cambio:
1 USD = 1.0000 USD

Transfer Amount/
Cantidad de Envío:                61.50 USD

Total a enviar/Bank Fee/
Cargo del Banco en efectivo/de
Bank

Total Points/Puntos totales
Destinatario





**Proof of Child Support**

Enregistré
Au Consulat d'Haiti
à Miami, Fla. E.U.A.
Au: No# CGHM / 5887
Par CCB
Le 18 Avril 2016

Valeur Perçue 40

COPY

Consulat Général
de la
République D'Haïti
Miami, Florida

**LIBERTÉ** **ÉGALITÉ** **FRATERNITÉ**

Par-devant Nous, **Kettely B. DOUGE**, Consul de la République d'Haïti à Miami, soussignée, remplissant les fonctions de Notaire conformément aux dispositions de l'Article 86 C de la Loi Organique du Département des Affaires Etrangères du 17 Septembre 1958, modifiant la Loi du 14 Septembre 1953 sur le Service Consulaire.-

**A COMPARU :**
Monsieur **Joff Stenn Wroy PHILOSSAINT,** de nationalité Haïtienne, propriétaire, demeurant en Floride et domicilié en Haïti, identifié par son passeport au no. **PP3209694** expirant le 03 Septembre 2019.-

Lequel comparant a, par ces présentes, déclaré :

Donner pleine et entière autorisation à Madame **Dapheka DESMARET** , propriétaire, demeurant et domiciliée en Haïti, identifiée au CIN. **01-01-99-1995-06-00-295,** aux fins de le représenter auprès des autorités compétentes en Haïti, pour faire la déclaration de son fils :**GIOVANY STENN WROY PHILOSSAINT,** de sexe **masculin,** né à **Port-au-Prince**, le **Premier Janvier Deux Mil Seize** (01 Janvier 2016), de ses œuvres avec la mandataire.-

En conséquence, Mme Lise Dapheka DESMARET est autorisée à faire les déclarations de naissance par-devant les autorités concernées, signer tous documents y relatifs, payer tous frais nécessaires, recevoir les Actes de Naissance, élire domicile, et d'une manière générale, faire tout ce qui sera nécessaire pour arriver à l'exécution complète des présents pouvoirs.-

**--------DONT ACTE---------**

Fait et passé au Consulat Général de la République d'Haïti à Miami, ce Lundi Dix-huit Avril Deux Mil Seize.-
Et après lecture, le comparant a signé avec Nous.-
**AINSI SIGNÉ**: M. Joff Stenn Wroy PHILOSSAINT,
Ketteky B. DOUGE, Consul.

JOFF STENN WROY PHILOSSAINT

KETTELY B. DOUGE
CONSUL

**Proof of Child Support**



**Birth Certificate(s)**



**Other**



Recovered from
Recovered from

**Other**



**Other**



**Other**



Case 9:22-cr-80144-RS Document 205-1 Entered on FLSD Docket 02/15/2023 Page 94 of 138

**Other**



**Other**



| | Date | Type | Location |
|---|---|---|---|
| 1 | 2019-04-08 | Arrival | MIA |
| 2 | 2019-04-05 | Departure | MIA |
| 3 | 2018-10-16 | Arrival | HOU |
| 4 | 2018-10-09 | Departure | HOU |
| 5 | 2018-08-06 | Arrival | MIA |
| 6 | 2018-08-06 | Departure | MIA |
| 7 | 2017-10-30 | Arrival | FTL |
| 8 | 2017-10-26 | Departure | Unavailable |
| 9 | 2017-07-07 | Departure | Unavailable |
| 10 | 2017-06-20 | Arrival | MIA |
| 11 | 2017-06-16 | Departure | Unavailable |
| 12 | 2016-01-10 | Arrival | FTL |

Passport Number : ████594
Passport Country of Issuance : **Haiti**

**Other**

**Other**



Recovered Item: 5622-cr-80144-RS2 Document 205-1 Number: Entered on Produce Type: 94-400

**Other**



**Other**



**Other**

2020047655860  2903860 026170 67 6731785 031239 21:02 031020 4400_eL35-460060

## Transaction Payment Form

| | Check/Money Order Number | Check/Money Order Amount |
|---|---|---|
| 1 | 1029 | 725 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

**Extractors**
Complete the following:

SID  F103746

Number of Checks  1

Number of G-1450

If **no** form of payment is found, circle if **I-912** is present:  Y

**Doc Prep Operators**
Complete the following:
Doc Prep SID
EO8714

Doc Prep QC SID

**Bin Integrity Review**
If transaction is removed from original bin document bin number below:
Original Bin Number
3404

**Quality Review**
Team Leads/Supervisors/Managers complete the following **if applicable**:

TPF Reviewed SID
(Confirm no checks are present)

TPF Correction SID
(Confirm TPF corrections made)

**Scanning Operators**
Circle if payment validation was performed.
Y

This form is intended to be a record of payment(s) received with the submission, however, should not be used as a record of payment(s) accepted with the submission. (Revision 8/17/2018)

202004765586B  2903860 636178 67 6731785 031220 21:02 031618 k400_EL21-660060

## N-400 Inventory Checklist

☐ N-426 - Request For Certification of Military or Naval Service

☑ Two Photographs

Special Documents (SD)

☐ FD-258 - Fingerprint Card

☐ Original I-551 - Permanent Resident Card

Hard to Replace Documents (HRO)

☐ Original US or Foreign Passport

☐ Original Foreign Document

USCIS USE ONLY

## Boot Camp Training (BCT) Location

Select a location from the dropdown:

Choose an item.

07/03/17 v2.0

**N-400**



Form N-400 | Application for Naturalization | USCIS Form N-400 OMB No. 1615-0052 Expires 09/30/2022

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| Remarks | | | |

▶ **START HERE - Type or print in black ink.** Type or print "N/A" if an item is not applicable and the answer is none, unless otherwise indicated. Failure to answer all of the questions may delay U.S. Citizenship and Immigration Services (USCIS) processing your Form N-400. **NOTE: You must complete Parts 1.- 15.**

If your biological or legal adoptive mother or father is a U.S. citizen by birth, or was naturalized before you reached your 18th birthday, you may already be a U.S. citizen. Before you consider filing this application, please visit the USCIS Website at **www.uscis.gov** for more information on this topic and to review the instructions for Form N-600, Application for Certificate of Citizenship, and Form N-600K, Application for Citizenship and Issuance of Certificate Under Section 322.

**NOTE:** Are either of your parents a United States citizen? If you answer "Yes," then complete **Part 6. Information About Your Parents** as part of this application. If you answer "No," then skip **Part 6.** and go to **Part 7. Biographic Information.**

**Part 1. Information About Your Eligibility** (Select only one box or your Form N-400 may be delayed)

Enter Your 9 Digit A-Number:
▶ A- 2 0 8 0 7 5 4 5 7

1.  You are at least 18 years of age **and:**

A. ☐ Have been a lawful permanent resident of the United States for at least 5 years.

B. ☒ Have been a lawful permanent resident of the United States for at least 3 years. In addition, you have been married to and living with the same U.S. citizen spouse for the last 3 years, **and** your spouse has been a U.S. citizen for the last 3 years at the time you filed your Form N-400.

C. ☐ Are a lawful permanent resident of the United States **and** you are the spouse of a U.S. citizen **and** your U.S. citizen spouse is regularly engaged in specified employment abroad. (See the Immigration and Nationality Act (INA) section 319(b).) If your residential address is outside the United States and you are filing under Section 319(b), select the USCIS Field Office from the list below where you would like to have your naturalization interview:

D. ☐ Are applying on the basis of qualifying military service.

E. ☐ Other (Explain):

**Part 2. Information About You** (Person applying for naturalization)

1.  Your Current Legal Name (**do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| PHILOSSAINT | JOFF STENN | WROY |

2.  Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| PHILOSSAINT | JOFF STENN | WROY |

Form N-400 Edition 09/17/19 | Page 1 of 20

**N-400**

2020047655060 2903060 026170 67 6731781 031220 21:03 031030 A400_ELJS-680060

| Part 2. Information About You (Person applying for naturalization) (continued) | A- | 2 0 8 0 7 5 4 5 7 |
|---|---|---|

**3.** Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| NONE | | |

**4.** Name Change (Optional)

**Read the Form N-400 Instructions before you decide whether or not you would like to legally change your name.**

Would you like to legally change your name?   ☐ Yes ☒ No

If you answered "Yes," type or print the new name you would like to use in the spaces provided below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**5.** U.S. Social Security Number (if applicable)   ► ▓▓▓▓ 7 4 1 6

**6.** USCIS Online Account Number (if any)   ► ▓▓▓▓▓▓▓

**7.** Gender   ☒ Male ☐ Female

**8.** Date of Birth (mm/dd/yyyy)   ▓▓▓▓ 1990

**9.** Date You Became a Lawful Permanent Resident (mm/dd/yyyy)   11/28/2016

**10.** Country of Birth   HAITI

**11.** Country of Citizenship or Nationality   HAITI

**12.** Do you have a physical or developmental disability or mental impairment that prevents you from demonstrating your knowledge and understanding of the English language and/or civics requirements for naturalization?   ☐ Yes ☒ No

If you answered "Yes," submit a completed Form N-648, Medical Certification for Disability Exceptions, when you file your Form N-400.

**13.** Exemptions from the English Language Test

**A.** Are you 50 years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least 20 years at the time you file your Form N-400?   ☐ Yes ☒ No

**B.** Are you 55 years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least 15 years at the time you file your Form N-400?   ☐ Yes ☒ No

**C.** Are you 65 years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least 20 years at the time you file your Form N-400? (If you meet this requirement, you will also be given a simplified version of the civics test.)   ☐ Yes ☒ No

| Part 3. Accommodations for Individuals With Disabilities and/or Impairments |
|---|

**NOTE:** Read the information in the Form N-400 Instructions before completing this part.

**1.** Are you requesting an accommodation because of your disabilities and/or impairments?   ☐ Yes ☒ No

If you answered "Yes," select any applicable box.

**A.** ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).)

**B.** ☐ I am blind or have low vision and request the following accommodation:

Form N-400 Edition 09/17/19                                                Page 2 of 20

Received by NSD/FARA Registration Unit 02/08/2022 12:05:44 PM

**N-400**

| Part 3. Accommodations for Individuals With Disabilities and/or Impairments (continued) | A- | 2 0 8 0 7 5 4 5 7 |
|---|---|---|

C. ☐ I have another type of disability and/or impairment (for example, use a wheelchair). (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

---

**Part 4. Information to Contact You**

| 1. Daytime Telephone Number | 2. Work Telephone Number (if any) |
|---|---|
| 3056806786 | 3056806786 |

| 3. Evening Telephone Number | 4. Mobile Telephone Number (if any) |
|---|---|
| 3056806786 | 3056806786 |

5. Email Address (if any)

jswphilossaint@gmail.com

---

**Part 5. Information About Your Residence**

1. Where have you lived during the last five years? Provide your most recent residence and then list every location where you have lived during the last five years. If you need extra space, use additional sheets of paper.

A. Current Physical Address

Street Number and Name ☒ Apt. ☐ Ste. ☐ Flr. Number: 702

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| MIAMI | DADE | FL | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | USA |

Dates of Residence: From (mm/dd/yyyy) 06/01/2017  To (mm/dd/yyyy) Present

B. Current Mailing Address (if different from the address above)

In Care Of Name (if any)

ALEX TELFORT

Street Number and Name ☐ Apt. ☐ Ste. ☐ Flr. Number

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| MIAMI | DADE | FL | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | USA |

---

Form N-400  Edition 09/17/19

Page 3 of 20

**N-400**

2020047651060   2903060   626170 67 6731785 031220 21:02 031020 n400_0L25-660060

| Part 5. Information About Your Residence (continued) | | | | | | | A- 2 0 8 0 7 5 4 5 7 |

**C.** Physical Address 2

| Street Number and Name | | | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|---|---|
| ███████████ | | | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| MIAMI | DADE | FL | ███ - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | USA |

| Dates of Residence | From (mm/dd/yyyy) 01/10/2016 | To (mm/dd/yyyy) 06/01/2017 |
|---|---|---|

**D.** Physical Address 3

| Street Number and Name | | | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

| Dates of Residence | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|

**E.** Physical Address 4

| Street Number and Name | | | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

| Dates of Residence | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|

| Part 6. Information About Your Parents |
|---|

**If neither one of your parents is a United States citizen, then skip this part and go to Part 7.**

1. Were your parents married before your 18th birthday?  ☒ Yes ☐ No

*Information About Your Mother*

2. Is your mother a U.S. citizen?  ☐ Yes ☒ No

   If you answered "Yes," complete the following information. If you answered "No," go to **Item Number 3**.

Form N-400  Edition 09/17/19   Page 4 of 20

**N-400**

---

2020047635860  2903860 626176 67 6731781 831239 21:83 831020 h400_KL05-600966

**Part 6. Information About Your Parents** (continued)    A- | 2 | 0 | 8 | 0 | 7 | 5 | 4 | 5 | 7 |

A. Current Legal Name of U.S. Citizen Mother

Family Name (Last Name)    Given Name (First Name)    Middle Name (if applicable)

B. Mother's Country of Birth    C. Mother's Date of Birth (mm/dd/yyyy)

D. Date Mother Became a U.S. Citizen (if known) (mm/dd/yyyy)    E. Mother's A-Number (if any)    ▶ A-

**Information About Your Father**

3. Is your father a U.S. citizen?    ☐ Yes  ☒ No

If you answered "Yes," complete the information below. If you answered "No," go to **Part 7.**

A. Current Legal Name of U.S. Citizen Father

Family Name (Last Name)    Given Name (First Name)    Middle Name (if applicable)

B. Father's Country of Birth    C. Father's Date of Birth (mm/dd/yyyy)

D. Date Father Became a U.S. Citizen (if known) (mm/dd/yyyy)    E. Father's A-Number (if any)    ▶ A-

**Part 7. Biographic Information**

NOTE: USCIS requires you to complete the categories below to conduct background checks. (See the Form N-400 Instructions for more information.)

1. Ethnicity (Select **only one** box)
   ☐ Hispanic or Latino    ☒ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☐ White    ☐ Asian    ☒ Black or African American    ☐ American Indian or Alaska Native    ☐ Native Hawaiian or Other Pacific Islander

3. Height  Feet | 6 |  Inches | 1 |    4. Weight  Pounds | 1 | 9 | 5 |

5. Eye color (Select **only one** box)
   ☐ Black    ☐ Blue    ☒ Brown    ☐ Gray    ☐ Green    ☐ Hazel    ☐ Maroon    ☐ Pink    ☐ Unknown/Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)    ☒ Black    ☐ Blond    ☐ Brown    ☐ Gray    ☐ Red    ☐ Sandy    ☐ White    ☐ Unknown/Other

Form N-400  Edition 09/17/19    Page 5 of 20

**N-400**

Received by Defense 2/22 — Document Analysis — 445. N-400

2520047652860 2903860 636170 67 6731785 691220 21:02 691639 b400_EL21-660060

| Part 8. Information About Your Employment and Schools You Attended | A- 2 0 8 0 7 5 4 5 7 |
|---|---|

List where you have worked or attended school full time or part time during the last five years. Provide information for the complete time period. Include all military, police, and/or intelligence service. Begin by providing information about your most recent or current employment, studies, or unemployment (if applicable). Provide the locations and dates where you worked, were self-employed, were unemployed, or have studied for the last five years. If you worked for yourself, type or print "self-employed." If you were unemployed, type or print "unemployed." If you need extra space, use additional sheets of paper.

**1.** Employer or School Name
ROYAL ELITE TRANS LLC

Street Number and Name | Apt. | Ste. | Flr. | Number
OVER THE ROAD | ☐ | ☐ | ☐ |

City or Town | State | ZIP Code + 4
OVER THE ROAD | FL | -

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only)
 | | USA

Date From (mm/dd/yyyy) | Date To (mm/dd/yyyy) | Your Occupation
10/2018 | PRESENT | DRIVER

**2.** Employer or School Name
DANIA BCH CASINO

Street Number and Name | Apt. | Ste. | Flr. | Number
DANIA BCH | ☐ | ☐ | ☐ |

City or Town | State | ZIP Code + 4
DANIA | FL | -

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only)
 | | USA

Date From (mm/dd/yyyy) | Date To (mm/dd/yyyy) | Your Occupation
06/02/2016 | 10/20/2018 | ENGINEERING

**3.** Employer or School Name

Street Number and Name | Apt. | Ste. | Flr. | Number
 | ☐ | ☐ | ☐ |

City or Town | State | ZIP Code + 4
 | | -

Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only)

Date From (mm/dd/yyyy) | Date To (mm/dd/yyyy) | Your Occupation

Form N-400 Edition 09/17/19 | Page 6 of 20

**N-400**

2020047655660  2903860 636178 67 6731789 031235 21:02 031020 A400_ELIS-860960

## Part 9. Time Outside the United States

A- 2 0 8 0 7 5 4 5 7

1. How many **total days (24 hours or longer)** did you spend outside the United States during the last 5 years? **32** days

2. How many trips of **24 hours or longer** have you taken outside the United States during the last 5 years? **6** trips

3. List below all the trips of **24 hours or longer** that you have taken outside the United States during the last 5 years. Start with your most recent trip and work backwards. If you need extra space, use additional sheets of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Outside the United States |
|---|---|---|---|---|
| 04/05/2019 | 04/08/2019 | ☐ Yes ☒ No | HAITI | 3 |
| 10/09/2018 | 10/16/2018 | ☐ Yes ☒ No | BRASIL | 7 |
| 08/06/2018 | 08/06/2018 | ☐ Yes ☒ No | HAITI | 1 |
| 10/26/2017 | 10/30/2017 | ☐ Yes ☒ No | HAITI | 4 |
| 07/07/2017 | 07/10/2017 | ☐ Yes ☒ No | BAHAMAS CRUISE | 3 |
| 06/16/2017 | 06/20/2017 | ☐ Yes ☒ No | DOMINICAN REPUBLIC | |

## Part 10. Information About Your Marital History

1. What is your current marital status?

   ☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

   If you are single and have **never** married, go to **Part 11.**

2. If you are married, is your spouse a current member of the U.S. armed forces? ☐ Yes ☒ No

3. How many times have you been married (including annulled marriages, marriages to other people, and marriages to the same person)? **1**

4. If you are married now, provide the following information about your current spouse.

   A. Current Spouse's Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | MERTIL | FERLINDA | |

   B. Current Spouse's Previous Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | NONE | | |

   C. Other Names Used by Current Spouse (include nicknames, aliases, and maiden name, if applicable)

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | NONE | | |

   D. Current Spouse's Date of Birth (mm/dd/yyyy)    E. Date You Entered into Marriage with Current Spouse (mm/dd/yyyy)

   | ████ 1987 | 02/04/2016 |

Form N-400 Edition 09/17/19

Page 7 of 20

Received by NSD/FARA Registration Unit ... 400

**N-400**

```
2020047655060  2903060 026170 67 6731785 031220 21:02 031020 n400_ELIS-460060
```

### Part 10. Information About Your Marital History (continued)    A- 2 0 8 0 7 5 4 5 7

**F.** Current Spouse's Present Home Address

Street Number and Name                                                          Apt.  Ste.  Flr.  Number
SAME AS ABOVE                                                                   ☐    ☐    ☐

City or Town                          County                    State          ZIP Code + 4
                                                               FL              ___ - ___

Province or Region          Postal Code          Country
(foreign address only)      (foreign address only)  (foreign address only)
                                                    USA

**G.** Current Spouse's Current Employer or Company

**5.** Is your current spouse a U.S. citizen?                                    ☒ Yes  ☐ No

If you answered "Yes," answer **Item Number 6.** If you answered "No," go to **Item Number 7.**

**6.** If your current spouse is a U.S. citizen, complete the following information.

**A.** When did your current spouse become a U.S. citizen?
☒ At Birth - Go to **Item Number 8.**        ☐ Other - Complete the following information.

**B.** Date Your Current Spouse Became
a U.S. Citizen (mm/dd/yyyy)

**7.** If your current spouse is not a U.S. citizen, complete the following information.

**A.** Current Spouse's Country of Citizenship or Nationality    **B.** Current Spouse's A-Number (if any)
                                                                ▶ A-

**C.** Current Spouse's Immigration Status
☐ Lawful Permanent Resident  ☐ Other (Explain):

**8.** How many times has your current spouse been married (including annulled marriages, marriages to
other people, and marriages to the same person)? If your current spouse has been married before,      1
provide the following information about your current spouse's prior spouse.

If your current spouse has had more than one previous marriage, provide that information on additional sheets of paper.

**A.** Legal Name of My Current Spouse's Prior Spouse

Family Name (Last Name)          Given Name (First Name)          Middle Name (if applicable)

**B.** Immigration Status of My Current Spouse's Prior Spouse (if known)
☐ U.S. Citizen  ☐ Lawful Permanent Resident  ☐ Other (Explain):

**C.** Date of Birth of My Current Spouse's    **D.** Country of Birth of My Current Spouse's
Prior Spouse (mm/dd/yyyy)                  Prior Spouse

**E.** Country of Citizenship or Nationality of My Current
Spouse's Prior Spouse

Form N-400  Edition 09/17/19                                              Page 8 of 20

**N-400**

**Part 10. Information About Your Marital History** (continued)          A- 2 0 8 0 7 5 4 5 7

F. My Current Spouse's Date of Marriage with Prior Spouse (mm/dd/yyyy)          G. Date My Current Spouse's Marriage Ended with Prior Spouse (mm/dd/yyyy)

H. How My Current Spouse's Marriage Ended with Prior Spouse

☐ Annulled   ☐ Divorced   ☐ Spouse Deceased   ☐ Other (Explain):

9. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, provide that information on additional sheets of paper.

A. My Prior Spouse's Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

B. My Prior Spouse's Immigration Status When My Marriage Ended (if known)

☐ U.S. Citizen   ☐ Lawful Permanent Resident   ☐ Other (Explain):

C. My Prior Spouse's Date of Birth (mm/dd/yyyy)          D. My Prior Spouse's Country of Birth

E. My Prior Spouse's Country of Citizenship or Nationality          F. Date of Marriage with My Prior Spouse (mm/dd/yyyy)

G. Date Marriage Ended with My Prior Spouse (mm/dd/yyyy)

H. How Marriage Ended with My Prior Spouse

☐ Annulled   ☐ Divorced   ☐ Spouse Deceased   ☐ Other (Explain):

**Part 11. Information About Your Children**

1. Indicate your total number of children. (You must indicate **ALL** children, including: children who are alive, missing, or deceased; children born in the United States or other countries; children under 18 years of age or older; children who are currently married or unmarried; children living with you or elsewhere; current stepchildren; legally adopted children; **and** children born when you were not married.)          2

2. Provide the following information about all your children (sons and daughters) listed in **Item Number 1.**, regardless of age. To list any additional children, use additional sheets of paper.

A. **Child 1**

Current Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| P█████████ | G███████ | M████ |

A-Number (if any)          Date of Birth (mm/dd/yyyy)          Country of Birth

► A- _____          ████2016          HAITI

Form N-400 Edition 09/17/19          Page 9 of 20

Received via Florida 80144-RS 2 Document in formation 01-45 Type of 400

**N-400**



| Part 11. Information About Your Children (continued) | | A- | 2 0 8 0 7 5 4 5 7 |
|---|---|---|---|

Current Address

| Street Number and Name | | Apt. Ste. Flr. Number |
|---|---|---|
| | | ☐ ☐ ☐ |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)

**D. Child 4**

Current Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

| A-Number (if any) | Date of Birth (mm/dd/yyyy) | Country of Birth |
|---|---|---|
| ► A- | | |

Current Address

| Street Number and Name | | Apt. Ste. Flr. Number |
|---|---|---|
| | | ☐ ☐ ☐ |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

What is your child's relationship to you? (for example, biological child, stepchild, legally adopted child)

| Part 12. Additional Information About You (Person Applying for Naturalization) |
|---|

Answer **Item Numbers 1. - 21.** If you answer "Yes" to any of these questions, include a typed or printed explanation on additional sheets of paper.

| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes ☒ No |
|---|---|---|
| 2. | Have you **EVER** registered to vote in any Federal, state, or local election in the United States? | ☐ Yes ☒ No |
| 3. | Have you **EVER** voted in any Federal, state, or local election in the United States? | ☐ Yes ☒ No |
| 4. | A. Do you now have, or did you **EVER** have, a hereditary title or an order of nobility in any foreign country? | ☐ Yes ☒ No |
| | B. If you answered "Yes," are you willing to give up any inherited titles or orders of nobility that you have in a foreign country at your naturalization ceremony? | ☐ Yes ☒ No |
| 5. | Have you **EVER** been declared legally incompetent or been confined to a mental institution? | ☐ Yes ☒ No |

Form N-400 Edition 09/17/19                          Page 11 of 20

**N-400**

| Part 12. **Additional Information About You** (Person Applying for Naturalization) (continued) | A- | 2 0 8 0 7 5 4 5 7 |
|---|---|---|

6. Do you owe any overdue Federal, state, or local taxes? — ☐ Yes ☒ No

7. A. Have you **EVER** not filed a Federal, state, or local tax return since you became a lawful permanent resident? — ☐ Yes ☒ No

  B. If you answered "Yes," did you consider yourself to be a "non-U.S. resident"? — ☐ Yes ☒ No

8. Have you called yourself a "non-U.S. resident" on a Federal, state, or local tax return since you became a lawful permanent resident? — ☐ Yes ☒ No

9. A. Have you **EVER** been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world? — ☐ Yes ☒ No

  B. If you answered "Yes," provide the information below. If you need extra space, attach the names of the other groups on additional sheets of paper and provide any evidence to support your answers.

| Name of the Group | Purpose of the Group | Dates of Membership | |
|---|---|---|---|
| | | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
| | | | |
| | | | |
| | | | |

10. Have you **EVER** been a member of, or in any way associated (either directly or indirectly) with:

  A. The Communist Party? — ☐ Yes ☒ No

  B. Any other totalitarian party? — ☐ Yes ☒ No

  C. A terrorist organization? — ☐ Yes ☒ No

11. Have you **EVER** advocated (either directly or indirectly) the overthrow of any government by force or violence? — ☐ Yes ☒ No

12. Have you **EVER** persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion? — ☐ Yes ☒ No

13. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way (either directly or indirectly) with:

  A. The Nazi government of Germany? — ☐ Yes ☒ No

  B. Any government in any area occupied by, allied with, or established with the help of the Nazi government of Germany? — ☐ Yes ☒ No

  C. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? — ☐ Yes ☒ No

Form N-400 Edition 09/17/19

Page 12 of 20

**N-400**

| | Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- 2 0 8 0 7 5 4 5 7 |
|---|---|---|

**14.** Were you **EVER** involved in any way with any of the following:

   **A.** Genocide? ☐ Yes ☒ No

   **B.** Torture? ☐ Yes ☒ No

   **C.** Killing, or trying to kill, someone? ☐ Yes ☒ No

   **D.** Badly hurting, or trying to hurt, a person on purpose? ☐ Yes ☒ No

   **E.** Forcing, or trying to force, someone to have any kind of sexual contact or relations? ☐ Yes ☒ No

   **F.** Not letting someone practice his or her religion? ☐ Yes ☒ No

**15.** Were you **EVER** a member of, or did you **EVER** serve in, help, or otherwise participate in, any of the following groups:

   **A.** Military unit? ☐ Yes ☒ No

   **B.** Paramilitary unit (a group of people who act like a military group but are not part of the official military)? ☐ Yes ☒ No

   **C.** Police unit? ☐ Yes ☒ No

   **D.** Self-defense unit? ☐ Yes ☒ No

   **E.** Vigilante unit (a group of people who act like the police, but are not part of the official police)? ☐ Yes ☒ No

   **F.** Rebel group? ☐ Yes ☒ No

   **G.** Guerrilla group (a group of people who use weapons against or otherwise physically attack the military, police, government, or other people)? ☐ Yes ☒ No

   **H.** Militia (an army of people, not part of the official military)? ☐ Yes ☒ No

   **I.** Insurgent organization (a group that uses weapons and fights against a government)? ☐ Yes ☒ No

**16.** Were you **EVER** a worker, volunteer, or soldier, or did you otherwise **EVER** serve in any of the following:

   **A.** Prison or jail? ☐ Yes ☒ No

   **B.** Prison camp? ☐ Yes ☒ No

   **C.** Detention facility (a place where people are forced to stay)? ☐ Yes ☒ No

   **D.** Labor camp (a place where people are forced to work)? ☐ Yes ☒ No

   **E.** Any other place where people were forced to stay? ☐ Yes ☒ No

**17.** Were you **EVER** a part of any group, or did you **EVER** help any group, unit, or organization that used a weapon against any person, or threatened to do so? ☐ Yes ☒ No

   **A.** If you answered "Yes," when you were part of this group, or when you helped this group, did you ever use a weapon against another person? ☐ Yes ☒ No

   **B.** If you answered "Yes," when you were part of this group, or when you helped this group, did you ever tell another person that you would use a weapon against that person? ☐ Yes ☒ No

**18.** Did you **EVER** sell, give, or provide weapons to any person, or help another person sell, give, or provide weapons to any person? ☐ Yes ☒ No

   **A.** If you answered "Yes," did you know that this person was going to use the weapons against another person? ☐ Yes ☒ No

   **B.** If you answered "Yes," did you know that this person was going to sell or give the weapons to someone who was going to use them against another person? ☐ Yes ☒ No

Form N-400 Edition 09/17/19                     Page 13 of 20

**N-400**

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- | 2 0 8 0 7 5 4 5 7 |
|---|---|---|

19. Did you **EVER** receive any type of military, paramilitary (a group of people who act like a military group but are not part of the official military), or weapons training?  ☐ Yes ☒ No

20. Did you **EVER** recruit (ask), enlist (sign up), conscript (require), or use any person under 15 years of age to serve in or help an armed force or group?  ☐ Yes ☒ No

21. Did you **EVER** use any person under 15 years of age to do anything that helped or supported people in combat?  ☐ Yes ☒ No

**If any of Item Numbers 22. - 28. apply to you, you must answer "Yes" even if your records have been sealed, expunged, or otherwise cleared.** You must disclose this information even if someone, including a judge, law enforcement officer, or attorney, told you that it no longer constitutes a record or told you that you do not have to disclose the information.

22. Have you **EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were **NOT** arrested?  ☐ Yes ☒ No

23. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including any immigration official or any official of the U.S. armed forces) for any reason?  ☐ Yes ☒ No

24. Have you **EVER** been charged with committing, attempting to commit, or assisting in committing a crime or offense?  ☐ Yes ☒ No

25. Have you **EVER** been convicted of a crime or offense?  ☐ Yes ☒ No

26. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes ☒ No

27. A. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes ☒ No
    B. If you answered "Yes," have you completed the probation or parole?  ☐ Yes ☒ No

28. A. Have you **EVER** been in jail or prison?  ☐ Yes ☒ No
    B. If you answered "Yes," how long were you in jail or prison?  Years ____ Months ____ Days ____

29. If you answered "No" to **ALL** questions in **Item Numbers 23. - 28.**, then skip this item and go to **Item Number 30.**

If you answered "Yes" to any question in **Item Numbers 23. - 28.**, then complete this table. If you need extra space, use additional sheets of paper and provide any evidence to support your answers.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged. (mm/dd/yyyy) | Where were you arrested, cited, detained, or charged? (City or Town, State, Country) | Outcome or disposition of the arrest, citation, detention, or charge (no charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Form N-400  Edition 09/17/19 ‖‖‖ ‖‖‖‖ ‖‖‖‖ Page 14 of 20

**N-400**

| 2020047655060 2903000 026170 67 0731785 031220 21:02 031020 A400_ELZS-000000 |
| --- |

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- 2 0 8 0 7 5 4 5 7 |
| --- | --- |

Answer **Item Numbers 30. - 46.** If you answer "Yes" to any of these questions, except **Item Numbers 37.** and **38.**, include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

**30.** Have you **EVER**:

| | | |
|---|---|---|
| **A.** | Been a habitual drunkard? | ☐ Yes ☒ No |
| **B.** | Been a prostitute, or procured anyone for prostitution? | ☐ Yes ☒ No |
| **C.** | Sold or smuggled controlled substances, illegal drugs, or narcotics? | ☐ Yes ☒ No |
| **D.** | Been married to more than one person at the same time? | ☐ Yes ☒ No |
| **E.** | Married someone in order to obtain an immigration benefit? | ☐ Yes ☒ No |
| **F.** | Helped anyone to enter, or try to enter, the United States illegally? | ☐ Yes ☒ No |
| **G.** | Gambled illegally or received income from illegal gambling? | ☐ Yes ☒ No |
| **H.** | Failed to support your dependents or to pay alimony? | ☐ Yes ☒ No |
| **I.** | Made any misrepresentation to obtain any public benefit in the United States? | ☐ Yes ☒ No |

**31.** Have you **EVER** given any U.S. Government officials **any** information or documentation that was false, fraudulent, or misleading? — ☐ Yes ☒ No

**32.** Have you **EVER** lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States? — ☐ Yes ☒ No

**33.** Have you **EVER** been removed, excluded, or deported from the United States? — ☐ Yes ☒ No

**34.** Have you **EVER** been ordered removed, excluded, or deported from the United States? — ☐ Yes ☒ No

**35.** Have you **EVER** been placed in removal, exclusion, rescission, or deportation proceedings? — ☐ Yes ☒ No

**36.** Are removal, exclusion, rescission, or deportation proceedings (including administratively closed proceedings) **currently** pending against you? — ☐ Yes ☒ No

**37.** Have you **EVER** served in the U.S. armed forces? — ☐ Yes ☒ No

**38.** **A.** Are you **currently** a member of the U.S. armed forces? — ☐ Yes ☒ No

**B.** If you answered "Yes," are you scheduled to deploy overseas, including to a vessel, within the next three months? (Refer to the **Address Change** section in the Instructions on how to notify USCIS if you learn of your deployment plans after you file your Form N-400.) — ☐ Yes ☒ No

**C.** If you answered "Yes," are you **currently** stationed overseas? — ☐ Yes ☒ No

**39.** Have you **EVER** been court-martialed, administratively separated, or disciplined, or have you received an other than honorable discharge, while in the U.S. armed forces? — ☐ Yes ☒ No

**40.** Have you **EVER** been discharged from training or service in the U.S. armed forces because you were an alien? — ☐ Yes ☒ No

**41.** Have you **EVER** left the United States to avoid being drafted in the U.S. armed forces? — ☐ Yes ☒ No

**42.** Have you **EVER** applied for any kind of exemption from military service in the U.S. armed forces? — ☐ Yes ☒ No

**43.** Have you **EVER** deserted from the U.S. armed forces? — ☐ Yes ☒ No

Form N-400 Edition 09/17/19      Page 15 of 20

**N-400**

2020047615B60 2983860 626170 67 6731785 691220 21:02 631659 N400_ELIS-660060

**Part 12. Additional Information About You** (Person Applying for Naturalization) (continued)

A- 2 0 8 0 7 5 4 5 7

44. **A.** Are you a male who lived in the United States at any time between your 18th and 26th birthdays? ☒ Yes ☐ No
(This does not include living in the United States as a lawful nonimmigrant.)

**B.** If you answered "Yes," when did you register for the Selective Service? Provide the information below.

| Date Registered (mm/dd/yyyy) | Selective Service Number |
|---|---|
| 12/13/2016 | 9 0 2 4 5 0 3 1 8 8 |

**C.** If you answered "Yes," but you **did not register** with the Selective Service System and you are:

1. Still under 26 years of age, you must register before you apply for naturalization, and complete the Selective Service information above; **OR**

2. Now 26 to 31 years of age (29 years of age if you are filing under INA section 319(a)), but you did not register with the Selective Service, you must attach a statement explaining why you did not register, and provide a status information letter from the Selective Service.

Answer **Item Numbers 45. - 50.** If you answer "No" to any of these questions, include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

45. Do you support the Constitution and form of Government of the United States? ☒ Yes ☐ No

46. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

47. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

48. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

49. If the law requires it, are you willing to perform noncombatant services in the U.S. armed forces? ☒ Yes ☐ No

50. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

**Part 13. Applicant's Statement, Certification, and Signature**

NOTE: Read the **Penalties** section of the Form N-400 Instructions before completing this part.

*Applicant's Statement*

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

1. Applicant's Statement Regarding the Interpreter

**A.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**B.** ☐ The interpreter named in **Part 14.** read to me every question and instruction on this application and my answer to every question in [_____] , a language in which I am fluent, and I understood everything.

2. Applicant's Statement Regarding the Preparer

☒ At my request, the preparer named in **Part 15.** ALEX TELFORT prepared this application for me based only upon information I provided or authorized.

Form N-400 Edition 09/17/19

Page 16 of 20

**N-400**

202004701S060  2983060  026170  67  6731785  031220  21:02  031020  k400_EL31-000060

| Part 13. Applicant's Statement, Certification, and Signature (continued) |

*Applicant's Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS will require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, I will be required to sign an oath reaffirming that:

  1) I reviewed and provided or authorized all of the information in my application;

  2) I understood all of the information contained in, and submitted with, my application; and

  3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

*Applicant's Signature*

3.  Applicant's Signature

Date of Signature (mm/dd/yyyy)
02/24/2020

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

| Part 14. Interpreter's Contact Information, Certification, and Signature |

Provide the following information about the interpreter.

*Interpreter's Full Name*

1.  Interpreter's Family Name (Last Name)          Interpreter's Given Name (First Name)

2.  Interpreter's Business or Organization Name (if any)

*Interpreter's Mailing Address*

3.  Street Number and Name                    Apt.  Ste.  Flr.   Number

City or Town                          State      ZIP Code + 4
                                                   -

Province              Postal Code      Country

Form N-400  Edition 09/17/19                                    Page 17 of 20

**N-400**

2020047655860  2903866 026170 67 6731785 031220 21:02 031020 n400_6L18-460000

| Part 14. Interpreter's Contact Information, Certification, and Signature (continued) | A- 2 0 8 0 7 5 4 5 7 |
|---|---|

*Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number 5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

*Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 13., Item B.** in **Item Number 1.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question and answer on the application, including the **Applicant's Certification** and has verified the accuracy of every answer.

*Interpreter's Signature*

7. Interpreter's Signature Date of Signature (mm/dd/yyyy)

➡

| Part 15. Contact Information, Declaration, and Signature of the Person Preparing This Application, if Other Than the Applicant |
|---|

Provide the following information about the preparer.

*Preparer's Full Name*

1. Preparer's Family Name (Last Name) Preparer's Given Name (First Name)
   TELFORT  ALEX

2. Preparer's Business or Organization Name (if any)
   YOUR IMMIGRATION S

*Preparer's Mailing Address*

3. Street Number and Name         Apt. Ste. Flr.  Number
                                   ☐   ☐   ☐

   City or Town          State    ZIP Code + 4
   MIAMI                 FL        ████████ -

   Province       Postal Code    Country
                                 USA

Form N-400 Edition 09/17/19                    Page 18 of 20

**N-400**



**N-400**

2020047655860 2903060 026170 67 6731785 031220 21:63 031020 n400_EL25-660060

**Part 17. Renunciation of Foreign Titles**       A- 2 0 8 0 7 5 4 5 7

If you answered "Yes" to **Part 12.**, **Items A.** and **B.** in **Item Number 4.**, then you must affirm the following before a USCIS officer.

I further renounce the title of _____ which I have heretofore held; or
(list titles)

I further renounce the order of nobility of _____ to which I have heretofore belonged.
(list order of nobility)

Applicant's Printed Name

Applicant's Signature

USCIS Officer's Printed Name

USCIS Officer's Signature

Date of Signature (mm/dd/yyyy)

**Part 18. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following Oath of Allegiance immediately prior to becoming a naturalized citizen. By signing below you acknowledge your willingness and ability to take this oath:

I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign, and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the armed forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

**Applicant's Printed Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**Applicant's Signature**                    Date of Signature (mm/dd/yyyy)

Form N-400 Edition 09/17/19                    Page 20 of 20

Received 12/21/2022 Document Entered on FLSD Docket

**Envelope**



**Envelope**



# Notices



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0908647692 | 097208602371 | N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** 03/10/2020 | **Priority Date** 03/10/2020 | **Applicant** A208 073 457 JOFF STENN WROY PHILOSSAINT |
| **Notice Date** 03/13/2020 | **Page** 1 of 1 | |

PHILOSSAINT, JOFF STENN WROY
c/o ALEX TELFORT

MIAMI FL ███████

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 98434-2D0E-B7072

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Access to your USCIS Online Account will expire 90 days from the receipt date listed at the top of this letter. We will continue processing your application whether or not you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to contact customer service to request that your access code be re-set. If you have questions about how to confirm your USCIS Online account or to request that your access code be re-set, please visit us online at https://www.uscis.gov/contactcenter.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**



**Biometric Notification**

| | APPLICATION/PETITION/REQUEST NUMBER | NOTICE DATE |
|---|---|---|
| | IOE09908647692 | 03/13/2020 |
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# | CODE |
| N400 - APPLICATION FOR NATURALIZATION | | A208 075 457 | 5 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER | PAGE |
| 0972086023371 | | NBC | 1 of 1 |

JOFF STENN WROY PHILOSSAINT
c/o ALEX TELFORT

MIAMI  FL

To process your application, USCIS must capture your biometrics and have your fingerprints cleared by the FBI. The photo taken may be used on your naturalization certificate. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS NORTH MIAMI | DATE AND TIME OF APPOINTMENT |
| 1620 NE 163rd Street | 03/31/2020 |
| North Miami Beach FL  33162 | 10:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.**

**REQUEST FOR RESCHEDULING**

❏  **Please reschedule my appointment.**  Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
N400 - IOE09908647692

**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



**Biometric Notification**

| | CASE TYPE | | NOTICE DATE |
|---|---|---|---|
| | N400 - APPLICATION FOR NATURALIZATION | | 10/03/2020 |

| APPLICATION/PETITION/REQUEST NUMBER | | USCIS A# | CODE |
|---|---|---|---|
| IOE09086447692 | | A208 075 457 | 5 |

| ACCOUNT NUMBER | TCR | SERVICE CENTER | PAGE |
|---|---|---|---|
| 0972086023371 | | NBC | 1 of 2 |

JOFF STENN WROY PHILOSSAINT
c/o ALEX TELFORT

To process your application, USCIS must capture your biometrics and have your fingerprints cleared by the FBI. The photo taken may be used on your naturalization certificate. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS NORTH MIAMI | DATE AND TIME OF APPOINTMENT |
| 1620 NE 163rd Street | 10/28/2020 |
| North Miami Beach FL 33162 | 08:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
N400 - IOE09086447692

**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*



**ATTENTION**

**Important Changes to Biometrics Services Appointments Related to COVID-19**

As USCIS resumes biometrics services at our Application Support Centers (ASC), we want to protect the safety of our workforce and you. **Please read the entirety of this notice, do not come to your appointment if you are feeling sick, and follow all instructions below:**

**Appointments**

- Only appear on your scheduled date and time. You will not be processed if you appear on a different date or at a different time. Only military members will be processed as walk-ins.
- Do not arrive more than 15 minutes before your appointment.
- Complete the attached Applicant Information Worksheet and bring it to your appointment. This information is needed to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check the status of our offices. Office status information can be located here: www.uscis.gov/about-us/uscis-office-closings.

**Face coverings and Social Distancing:**

- In order to enter the facility, you must wear a face covering while visiting the ASC. USCIS may deny entry if you do not wear a face covering.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance to you will be permitted to accompany you, and will be required to wear a face covering.
- You will be required to follow social distancing guidance when you arrive, such as sitting and standing apart from others.

**APPLICANT'S INFORMATION WORKSHEET (AIW)**

**NAME:**

| | FIRST | MIDDLE | LAST |

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):

1)

| | FIRST | MIDDLE | LAST |

2)

| | FIRST | MIDDLE | LAST |

**DATE OF BIRTH:**

| | MONTH | DAY | YEAR |

**COUNTRY OF BIRTH:**      **COUNTRY OF CITIZENSHIP:**

**GENDER:** (CHECK ONE)     **RACE:** (CHECK ONE)

☐ MALE      ☐ ASIAN      ☐ NATIVE AMERICAN
☐ FEMALE      ☐ BLACK      ☐ UNKNOWN
☐ OTHER      ☐ CAUCASIAN/LATINO

**EYE COLOR:** (CHECK ONE)     **HAIR COLOR:** (CHECK ONE)

☐ BLACK      ☐ HAZEL      ☐ BALD      ☐ ORANGE
☐ BLUE      ☐ MAROON      ☐ BLACK      ☐ PINK
☐ BROWN      ☐ MULTICOLOR      ☐ BLOND OR STRAWBERRY      ☐ PURPLE
☐ GRAY      ☐ PINK      ☐ BLUE      ☐ RED OR AUBURN
☐ GREEN      ☐ UNKNOWN      ☐ BROWN      ☐ SANDY
     ☐ GRAY      ☐ WHITE
     ☐ GREEN      ☐ UNKNOWN

**HEIGHT:** _____ **OR** _____ **WEIGHT:** _____ **OR** _____
FEET/INCHES     CENTIMETERS     POUNDS     KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any application, petition, or request that I submitted, that I provided on behalf of my derivative beneficiary; that was submitted on my behalf; and supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.

**RETURN "AIW" TO APPLICANT**

AIW: REVISED 5/15/2019



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE09086474692 | 0972086022371 | N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** | **Priority Date** | **Applicant** |
| 03/10/2020 | | A208 075 457 |
| | | JOFF STENN WROY PHILOSSAINT |
| **Notice Date** | **Page** | |
| 11/06/2020 | 1 of 2 | |

JOFF STENN WROY PHILOSSAINT
c/o ALEX TELFORT

MIAMI FL █████

**Please come to:**

USCIS Hialeah Field Office
5880 NW 183rd Street, Main Lobby
HIALEAH, FL  33015
USA

**On (Date):** Tuesday, December 15, 2020
**At (Time):** 07:45AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. The proceeding will take about two hours.

*To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"*

**YOU MUST APPEAR FOR THIS INTERVIEW** - However, if you are ill, have any symptoms of illness, have traveled outside the United States within the past two weeks or had contact with a person who tested positive for COVID-19 within the past two weeks, or are at heightened risk due to age or an underlying health condition, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:
- DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview.
- You and anyone permitted to come with you to your interview (as explained in the section, "Who should come with you?" below) must wear a face covering that covers the mouth and nose.
- Bring a black or blue ink pen with you to your interview.

**Who should come with you?** *Only the following people may come with you to your interview:*
- **If you do not speak English fluently, you should arrange to have an interpreter available by phone. Do not bring an interpreter to the interview.** If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the interview, or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

HIALEAH FL FIELD OFFICE
U. S. CITIZENSHIP & IMMIGRATION SVC
5880 NW 183RD STREET
MAIN LOBBY 1ST FLOOR
HIALEAH FL 33015

**USCIS Contact Center:** www.uscis.gov/contactcenter

| A Number | Receipt Number |
|---|---|

Received by NSD/FARA Registration Unit



| Receipt Number | USCIS Online Account Number | Case Type |
| IOE9908647692 | 097208602371 | N400 - APPLICATION FOR NATURALIZATION |
| Received Date | Priority Date | Applicant |
| 03/10/2020 | | A208 075 457 |
| | | JOFF STENN WROY PHILOSSAINT |
| Notice Date | Page | |
| 11/06/2020 | 2 of 2 | |

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

| | A Number | Receipt Number |
| HIALEAH FL FIELD OFFICE | | |
| U. S. CITIZENSHIP & IMMIGRATION SVC | | |
| 5880 NW 183RD STREET | | |
| MAIN LOBBY 1ST FLOOR | | |
| HIALEAH FL 33015 | | |

**USCIS Contact Center: www.uscis.gov/contactcenter**

Certified True Copy



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
5880 NW 183rd Street
Hialeah, FL 33015

December 15, 2020

U.S. Citizenship
and Immigration
Services

JOFF STENN WROY PHILOSSAINT
MIAMI, FL

IOE0908647692

A208-075-457

RE: N-400, Application for Naturalization

### NOTICE OF CONTINUANCE

Dear JOFF STENN PHILOSSAINT

Examination of your N-400 application shows that additional information, documents or forms are needed before your application can be acted upon. **Please see attached and respond by January 19, 2021.**

**Failure to do so may result in the denial of your application.**

Submission of this information, however, does not guarantee that this case will be approved. We strongly recommend that you submit all the requested information, documents, or forms as listed on the following pages at one time and as soon as possible so that we can resume processing. Any interim benefits that may otherwise stem from the filing of this application or petition will be delayed while this case is in suspense awaiting your response.

If you choose to submit only some or none of the requested information, then the application will be adjudicated on its merits. You may also request, in writing, to the Service that this application be withdrawn. If the District Director consents to the withdrawal, the application will be denied without further notice to you and without prejudice to any future application. If the District Director does not consent to the withdrawal, then the application shall be adjudicated on its merits.

You must either mail all the requested information to the address shown below or scan and upload your response using your USCIS online account (if applicable) by January 19, 2021.

Sincerely,

Enid S. Stulz
Director

HIAN400FODN1400001660352                    1 of 2                    www.uscis.gov



**Attachment**

**Please include a copy of this letter and send your response by mail to this address:**
**U.S. Citizenship and Immigration Services**
**Hialeah Field Office**
**5880 NW 183rd Street**
**Hialeah, FL 33015**

If you have dependent children who do not live with you, submit the following:

- Evidence that you support each dependent child from 3/10/2017- present ;
- Copies of any court or government order to provide financial support to your biological, step, or adoptive child(ren); and
- If there is a court or government order, evidence that you have complied with the court or government order, such as cancelled checks, money order receipts, and/or a court or agency printout of child support payments or evidence of wage garnishments.
- See the attached instructions.

cc:

IOE0908647692

A208-075-457

Certified True Copy     Thu Jan 12 12:43:34 EST 2023     Page 125 of 134

## Notice of Naturalization Oath Ceremony

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-445**
OMB No. 1615-0054
Expires 10/31/2022

A-Number
A208 075 457
JOFF STENN  WROY  PHILOSSAINT

Date
02/04/2021

JOFF STENN WROY PHILOSSAINT
c/o ALEX TELFORT

MIAMI  FL

U.S. Citizenship and Immigration Services (USCIS) thanks you for your interest in becoming a United States citizen. You must now appear at a Naturalization Oath Ceremony to complete the naturalization process.

| You are scheduled to appear for a Naturalization Oath Ceremony on: | Please bring the following with you: |
|---|---|
| Date and Time:  Tuesday, February 09, 2021  at  10:30AM<br><br>Location:<br><br>USCIS Hialeah Field Office<br>5880 NW 183rd Street, Main Lobby<br>HIALEAH  FL  33015 | • This notice with the reverse side completed. Please refer to instructions below.<br>• All Permanent Resident Cards ("green card") that you may have, valid or expired.<br>• All Reentry Permits or Refugee Travel Documents that you may have, valid or expired.<br>• Any other documents USCIS issued to you that you may have, such as employment authorization cards, valid or expired. |

If you are ill, have any symptoms of illness, have traveled outside the United States within the past two weeks or had contact with a person who tested positive for COVID-19 within the past two weeks, or are at heightened risk due to age or an underlying health condition, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible. There is no penalty for requesting that your oath ceremony be rescheduled.

*COVID-19 Safety Precautions* - To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your ceremony:
• DO NOT arrive more than 30 minutes prior to your ceremony time. You will not be permitted entry into the office until 30 minutes before your ceremony.
• You and anyone permitted to come with you to your ceremony (as explained in the section, "Who should come with you?" below) must wear a face covering that covers the mouth and nose.
• Bring a black or blue ink pen with you to your oath ceremony.

*Who should come with you?*
• If you do not speak English fluently, you may have an interpreter available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible.
• If you have a disability and have an individual who assists you, that individual may come with you to the ceremony.
• For the safety and health of everyone, no guests will be permitted.

The naturalization ceremony is a solemn and meaningful event. USCIS asks that you dress in proper attire to respect the dignity of this event. If you cannot come to this ceremony, for a reason other than noted above, return this notice immediately with a written explanation on why you cannot attend to the office with jurisdiction over your naturalization case. To find the correct office with jurisdiction over your naturalization case, visit the following website for more information: **www.uscis.gov/about-us/find-uscis-office**. You will then receive an appointment for a ceremony at a later date. If you are in the military, you may contact the USCIS Military Help Line for assistance, at **877-247-4645**.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible. For more information, visit **www.uscis.gov/accommodationsinfo**.

Form N-445   10/21/19   N

Page 1 of 4

**Instructions**

**You MUST bring the completed questionnaire on Page 4 with you to the Naturalization Oath Ceremony, along with the documents listed above.** You are required to give these items to an employee of USCIS at the oath ceremony.

Print clearly in black ink. Please read these instructions before answering the questions, which concern events that may have occurred since your interview. Answer the following questions on the day of your Naturalization Oath Ceremony, before you attend the ceremony. Please note that these questions do not refer to any events that happened **before** your naturalization interview. These questions refer to the time period **after** your interview at the USCIS office. For example, if you were married at the time of your interview and there has been no change in your marital status since your interview, select "NO" to **Item Number 1** below. If you traveled outside the United States **after** your interview, select "YES" to **Item Number 2** below. Additionally, if you answer "YES" to any of the questions, bring documents to support your answers. For example, if you married or divorced after your interview, bring your marriage certificate or divorce decree. If you traveled outside the United States, bring your travel related documents. If you were arrested after your interview, bring your arrest records and court dispositions. If you were serving in the military and have been discharged, bring your DD214 or other discharge papers.

After you have answered each question, print the date and the location (city and state) where you completed the questionnaire. The date when you completed the questionnaire should be the same as the date of your Naturalization Oath Ceremony. Also, sign the questionnaire and print your current address. If you used anyone as an interpreter to read the Instructions and questions on this form to you in a language in which you are fluent, the interpreter must fill out the section titled "Interpreter's Contact Information, Certification, and Signature," provide his or her name, the name and address of his or her business or organization (if any), his or her daytime telephone number, his or her mobile telephone number (if any), and his or her email address (if any). The interpreter must sign and date the form.

Form N-445    10/21/19    N                                                      Page 2 of 4

**Interpreter's Contact Information, Certification, and Signature**

Provide the following information concerning the interpreter.

**Interpreter's Full Name**

1. Interpreter's Family Name (Last Name)   Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name (if any)

**Interpreter's Mailing Address**

3. Street Number and Name                                   Apt.  Ste.  Flr.  Number

City or Town                                                State              ZIP Code

Province                    Postal Code       Country

**Interpreter's Contact Information**

4. Interpreter's Daytime Telephone Number        5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

**Interpreter's Certification**

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language in which the applicant is fluent, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question and answer on the application, and has verified accuracy of every answer.

**Interpreter's Signature**

7. Interpreter's Signature                               Date of Signature (mm/dd/yyyy)

Form N-445  10/21/19  N                                                      Page 3 of 4

Certified True Copy                    Thu Jan 12 12:43:34 EST 2023                    Page 128 of 134

| For USCIS Use Only | PRC Not Collected. Provide reason: |
|---|---|
| | ☐ Card was lost/stolen, destroyed or mutilated. |
| | ☐ Never received card |
| | ☐ Never issued a card (such as certain members of the U.S. Armed Forces and U.S. nationals) |
| | ☐ Other: _____ |
| | FCO: _____ |

Name of Applicant

JOFF STENN WROY PHILOSSAINT

A-Number

A208 075 457

Answer the following questions on the day of your Naturalization Oath Ceremony. For more information, refer to Page 2 of this notice for detailed instructions.

1. Since your interview, have you married, or been widowed, separated or divorced? ☐ Yes ☐ No
2. Since your interview, have you traveled outside the United States? ☐ Yes ☐ No
3. Since your interview, have you committed any crime or offense, for which you have not been arrested? ☐ Yes ☐ No
4. Since your interview, have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations? ☐ Yes ☐ No
5. Since your interview, have you joined, become associated, or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group? ☐ Yes ☐ No
6. Since your interview, have you deserted from, claimed exemption from, or been separated or discharged from military service? ☐ Yes ☐ No
7. Since your interview, has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; or to perform work of national importance under civilian direction if the law requires it? ☐ Yes ☐ No
8. Since your interview, have you practiced polygamy, received income from illegal gambling, been involved in prostitution, helped anyone enter the United States illegally, trafficked controlled substances, given false testimony to obtain immigration benefits, or been a habitual drunkard? ☐ Yes ☐ No

I certify under penalty of perjury that each answer provided above was made by me or at my direction, that I reviewed and understand all of the questions and answers provided, and that each answer is true and correct as of the date of my Naturalization Oath Ceremony.

Signed at City and State _____ on (Date) _____

Signature _____

Mailing Address: Street Number and Name _____ Apt. ☐ Ste. ☐ Flr. ☐ Number _____

City or Town _____ State _____ ZIP Code _____

### DHS Privacy Notice

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Immigration and Nationality Act (INA) sections 101(f), 313, 316, 332, 334, 335 and 336.

**PURPOSE:** The primary purpose for providing the requested information on this form is to determine if you have maintained good moral character and continued eligibility for naturalization from the date of your last interview until the naturalization ceremony. DHS uses the information you provide to assess your continuing eligibility for the immigration benefit you are seeking.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number (if applicable), and any requested evidence, may delay a final decision or result in denial of your application for an immigration benefit.

**ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS-USCIS-001 - Alien File, Index, and National File Tracking System and DHS-USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS/USCIS-PIA-015 Computer Linked Application Information Management System 4 and DHS/USCIS-PIA-056 USCIS Electronic Immigration System] which you can find at **www.dhs.gov/privacy.** DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

### Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number. The public reporting burden for this collection of information is estimated at 10 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the notice, preparing statements, attaching necessary documentation, and submitting the notice. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Avenue, NW, Washington, DC 20529-2140; OMB No 1615-0054. **Do not mail your completed Form N-445 to this address.**

Form N-445  10/21/19  N                                    Page 4 of 4

Reproduced from ... Document ... Type 1 ... of 400

# Risk and Fraud

This section contains sensitive law enforcement data that has been withheld from this Certified True Copy.



Rec... ...2 ...on FL... ...1...of 400

# Case Flags

## Case Flags

| Flag Status | Flag Type | Flag Description | Flag Creation | Flag Update(s) |
|---|---|---|---|---|
| Inactive | INFORMATION | Applicant did not provide occupation for at least one current employment record<br><br>Detailed description: None provided | 2020-10-28 08:22:16.771<br><br>by: ELIS INTERNAL | 2020-10-28 08:22:24.364<br><br>by: ELIS INTERNAL |
| Inactive | INFORMATION | Applicant did not provide occupation for at least one current employment record<br><br>Detailed description: None provided | 2020-10-28 08:22:30.227<br><br>by: ELIS INTERNAL | 2020-12-15 08:50:15.763<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | 2020-03-13 08:06:44.284<br><br>by: ELIS INTERNAL | 2020-10-28 08:22:24.364<br><br>by: ELIS INTERNAL |
| Inactive | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | 2020-10-28 08:22:30.468<br><br>by: ELIS INTERNAL | 2020-12-15 08:50:15.763<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | 2020-12-15 08:50:20.296<br><br>by: VANCOTT, WALKIRIA | 2020-12-15 10:21:55.137<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | 2020-12-15 10:21:59.944<br><br>by: VANCOTT, WALKIRIA | 2021-02-04 11:23:15.8<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on | 2021-02-04 11:23:21.681<br><br>by: VANCOTT, | 2021-02-04 11:24:33.666<br><br>by: VANCOTT, |

Received by NSD/FARA Registration Unit 02/10/2023 5:41:31 PM

| | | | | |
|---|---|---|---|---|
| | | the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | WALKIRIA | WALKIRIA |
| Active | INFORMATION | Total number of days outside U.S. listed by the applicant does not match the number of days calculated by the system based on the declared dates for each trip<br><br>Detailed description: Applicant listed 32 days outside the U.S.; System calculated 16 days outside the U.S. | 2021-02-04 11:24:38.963<br><br>by: VANCOTT, WALKIRIA | 2021-02-04 11:24:38.963<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2020-03-13 08:04:05.653<br><br>by: ELIS INTERNAL | 2020-10-28 08:22:24.364<br><br>by: ELIS INTERNAL |
| Inactive | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2020-10-28 08:22:24.992<br><br>by: ELIS INTERNAL | 2020-12-15 08:50:15.763<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2020-12-15 08:50:16.135<br><br>by: VANCOTT, WALKIRIA | 2020-12-15 10:21:55.137<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2020-12-15 10:21:55.584<br><br>by: VANCOTT, WALKIRIA | 2021-02-04 11:23:15.8<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2021-02-04 11:23:16.395<br><br>by: VANCOTT, WALKIRIA | 2021-02-04 11:24:33.666<br><br>by: VANCOTT, WALKIRIA |
| Active | INFORMATION | Applicant may not have provided the required evidence<br><br>Detailed description: Forms not provided: I551 Alien Registration Card | 2021-02-04 11:24:34.235<br><br>by: VANCOTT, WALKIRIA | 2021-02-04 11:24:34.235<br><br>by: VANCOTT, WALKIRIA |
| Inactive | INFORMATION | Applicant did not provide occupation for at least one employment history record<br><br>Detailed description: None provided | 2020-10-28 08:22:16.752<br><br>by: ELIS INTERNAL | 2020-10-28 08:22:24.364<br><br>by: ELIS INTERNAL |
| Inactive | INFORMATION | Applicant did not provide occupation for at least one employment history record | 2020-10-28 08:22:30.199<br><br>by: ELIS INTERNAL | 2020-12-15 08:50:15.763<br><br>by: VANCOTT, |

Received by FLSD 2/10/2022 - Document Entered on Docket 02/15/2023 - Page 134 of 400

Detailed description: None provided                    WALKIRIA



Receipt Number: ...  Document Identifier:...  Form Type: I-400

# Payment Information

| Fee Type | Date | Method | Amount | Status | Settled Date |
|----------|------|--------|--------|--------|--------------|
| Form Fee | 03/13/2020 | Personal Check | $640.00 | Collected | None |
| Biometric Fees | 03/13/2020 | Personal Check | $85.00 | Collected | None |

