UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)

UNITED STATES OF AMERICA

v.

JOFF STENN WROY PHILOSSAINT,

    Defendant.

**GOVERNMENT'S CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

    I, Marc Osborne, as counsel for the plaintiff, the United States, hereby certify as follows.

    ☒ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits admitted into evidence have been electronically filed in CM/ECF.

    Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    s/ Marc Osborne
    Assistant United States Attorney
    Court ID# A5500796
    500 S. Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    Tel: (561) 209-1014
    marc.osborne@usdoj.gov