UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80144-CR-Smith/Maynard(s)(s)(s)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOFF STENN WROY PHILOSSAINT,<br>MARIEL TOLLINCHI,<br>REGINE MARIE RENE,<br>BRIANNA MONIQUE GAYLE,<br>MAURICE SHAZIER, and<br>ROBENSON LAUVINCE,<br><br>            Defendants. | |

## GOVERNMENT'S FIFTH DISCOVERY RESPONSE

The United States respectfully supplements our discovery response in this matter. The government has provided additional discovery to the defense as summarized in the attached inventory. The inventory is optimized to print on legal paper.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   s/ Marc Osborne
      Assistant United States Attorney
      Court ID# A5500796
      500 S. Australian Avenue, Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1014
      marc.osborne@usdoj.gov