| Location | Records of | Type | Description | Re | Notes | Date disclosed | Means of disclosure | Disclosure notes |
|---|---|---|---|---|---|---|---|---|
| \230127.zip\23-8005 Clear Shot et al ex parte.pdf | Court | motion and order for tax records | | | 23-8005 | 1/27/2023 | USAfx | |
| \230127.zip\absence of records, Shazier, Sunrise.pdf | IRS | tax records | | Shazier, Sunrise City Construction | 23-8005 | 1/27/2023 | USAfx | |
| \230129.zip | ADP | payroll records | | Azara Import & Export LLC; Black Diamond Investment Group | | 1/29/2023 | USAfx | |
| \230130,zip\ADP Records re Clear Shot Entertainment.zip | ADP | payroll records | | Clear Shot Entertainment | | 1/30/2023 | USAfx | |
| \230130,zip\e-Discovery Report of Findings 01262023_OCA_PDC_SPEARMANBISSETT-3315391689.pdf | SBA | loan file(s) | email | The Technical Advantage, Inc. | partially disclosed on 1/7/23 and 1/17/2023 | 1/30/2023 | USAfx | |
| \230130.zip\3308656924 MOD1 DDZ Family Enterprises | SBA | loan file(s) | | DDZ Family Entertainment | | 1/30/2023 | USAfx | |
| \230202.zip\ADP Records 01-31- | ADP | payroll records | | various | | 1/31/2023 | USAfx | |
| \230202.zip\23-8005 tax | IRS | tax records | | various | 23-8005 | 1/31/2023 | USAfx | |
| \230202.zip\Dad Money EIDL (with certification).zip | SBA | loan file(s) | | Dad Money Investment Group | duplicates items disclosed 1/24/2023, with certification | 1/31/2023 | USAfx | |
| \230202.zip\The Technical Advantage INC - EIDL files and certification of records.zip | SBA | loan file(s) | | The Technical Advantage, Inc. | duplicates items disclosed 1/7/2023 and 1/30/2023, with certification | 2/1/2023 | USAfx | |
| \230202.zip\Itria.zip\Azara Import & Export LLC | Itria | loan file(s) | | Azara Import & Export LLC | | 2/1/2023 | USAfx | |
| \230202.zip\Itria.zip\Kenny Transporter Mechanic Inc. | Itria | loan file(s) | | Kenny Transporter Mechanic Inc | | 2/1/2023 | USAfx | |
| \230202.zip\Itria.zip\MIABoats LLC | Itria | loan file(s) | | Miaboats LLC | | 2/1/2023 | USAfx | |
| \230202.zip\Itria.zip\Vee & Empowerment LLC | Itria | loan file(s) | | Vee & Empowerment LLC | | 2/1/2023 | USAfx | |
| N-445 Philossaint.pdf | USCIS | Immigration records | N-445 | Philossaint | | 2/1/2023 | USAfx | Philossaint only |
| \230203.zip\ | PNC | bank records | signature card | Dad Money Investment Group | | 2/3/2023 | USAfx | |
| \230203 P.zip\N-445 Philossaint (certified).pdf | USCIS | Immigration records | N-445 | | duplicates item disclosed on 2/1/23, with certification | 2/3/2023 | USAfx | Philossaint only |

| Location | Records of | Type | Description | Re | Notes | Date disclosed | Means of disclosure | Disclosure notes |
|---|---|---|---|---|---|---|---|---|
| \230203 P.zip\Jencks | | Jencks | | | | 2/3/2023 | USAfx | Philossaint only |
| \230203 P.zip\trial exhibits | | Trial exhibits | | | | 2/3/2023 | USAfx | Philossaint only |
| \230216.zip\CLEAR SHOT ENTERTAINMENT, LLC.zip | Celtic Bank | loan file(s) | | Clear Shot Entertainment | supplements records disclosed 11/15/22 | 2/16/2023 | USAfx | |
| \230216.zip\Unfold Perception LLC | Celtic Bank | loan file(s) | | Unfold Perception LLC | supplements records disclosed 11/15/22 | 2/16/2023 | USAfx | |
| \230216.zip\Cross River cert Lema's, Louis Mio, New Beginnings, Black Diamond.pdf | Cross River Bank | certification | | various | | 2/16/2023 | USAfx | |
| \230216.zip\DAVID-Tollinchi, Shazier, Rene, Lauvince.pdf | FLHSMV | driver's license records | | various | | 2/16/2023 | USAfx | |
| 230217.pdf | Itria | loan file(s) | | various | supplements records previously provided | 2/17/2023 | USAfx | |
| \230302.zip\Cert business records, Itria dates of receipt.pdf | Itria | certification | | various | | 3/2/2023 | USAfx | |
| \230302.zip\Sunrise City EIDL 3311068098 MOD1.zip | SBA | loan file(s) | | Sunrise City Construction | partiallly duplicates items disclosed on 11/08/2022 | 3/2/2023 | USAfx | |
| \230302.zip\23-8005 ex parte disclosure part 2.pdf | IRS | tax records | | various | 23-8005 | 3/2/2023 | USAfx | |
| \230302.zip\23-8019 ex parte motion and order.pdf | Court | motion and order for tax records | | | 23-8019 | 3/2/2023 | USAfx | |
| \230302.zip\23-8019 ex parte disclosure.pdf | IRS | tax records | | various | 23-8019 | 3/2/2023 | USAfx | |
| \230302.zip\002_WellsFargo | Wells Fargo | bank records | | Shazier, Jream | duplicates records disclosed by hard drive | 3/2/2023 | USAfx | |
| \230302.zip\Jream PPP | Cross River Bank | loan file(s) | | Jream Vision | duplicates records disclosed by hard drive | 3/2/2023 | USAfx | |
| \230308.zip\Philossaint phone (partial) | | Digitial forensic evidence | | Philossaint phone | duplicates records disclosed by hard drive | 3/8/2023 | USAfx | |
| \230308.zip\MOI DJ 230213.pdf | USSS | interview report | | D.J. | | 3/8/2023 | USAfx | |
| \230309.zip\FOF second response | IRS | tax records | Fact-of-filing information | various | | 3/9/2023 | USAfx | |
| \230309.zip\FOF third response | IRS | tax records | Fact-of-filing information | various | | 3/9/2023 | USAfx | |

| Location | Records of | Type | Description | Re | Notes | Date disclosed | Means of disclosure | Disclosure notes |
|---|---|---|---|---|---|---|---|---|
| 230310.pdf | USAO | Summary exhibit | payroll analysis | Cinda Foundation Inc | | 3/10/2023 | USAfx | |
| 230310(2).pdf | USAO | Summary exhibit | payroll analysis | Cinda Foundation Inc | | 3/10/2023 | USAfx | |