# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Courtroom 203D**          Date:          3/16/2023    Time: 11:00 a.m.

Defendant: Joff Wroy Philossaint(J)     J#: 14953-510     Case #: 22-Cr-80144-RS

AUSA: Ajay Alexander                          Attorney: Ian Goldstein, Esq.

Violation: Attempt and Conspiracy to Commit Mail Fraud; Money Laundering; Naturalization by Fraud

Proceeding: Motion to Withdraw as Counsel          CJA Appt: Scott Sakin, ESQ

Bond/PTD Held: ☾ Yes  ☾ No          Recommended Bond: _____

Bond Set at: Detention                          Co-signed by: _____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as  directed/or _____x's a week/month by phone: ____x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
- Defendant present.
- Oral argument heard from both sides.
- Defendant sworn and testified.
- For the reasons stated on the record, the Court grants ECF entry [211] Motion to Withdraw. Attorney Ian Goldstein permitted to withdraw.
- The Court finds the defendant indigent and appoints Attorney Scott Sakin, ESQ as CJA.
- Further proceedings to be held before District Judge.

**NEXT COURT APPEARANCE**  Date:          Time:          Judge:                    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

~~Status Conference RE~~: Sentencing 4/19/2023 at 9:00am before District Judge Smith

D.A.R. 11:07:01 (* 11:10:50 Sealed), 11:20:21    Time in Court: 50 mins

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..